DocuSign Envelope ID: A2AA1338-55B5-4EBE-B470-B8853EC6575B

# AFFIDAVIT OF NEIL THAO

I, Neil Thao, do hereby declare,

1. I represent the Hmong community that resides in the Shasta Vista subdivision of Siskiyou County, and I have extensive personal knowledge about the community.

2. I have lived in Shasta Vista since 2016.

3. The Shasta Vista Subdivision consists of 1600 lots, 1200 lots of which are occupied by Hmong families.

4. The population of the Hmong community in the subdivision is made up of men, women, and children.

5. When the Shasta Vista Subdivision was created a water well was built to supply water to the properties within the subdivision. That well is located on private property. At the creation of the subdivision, residents of the subdivision were allowed to use water from that well to provide for their daily living needs. For some five years now the residents of the subdivision have depended on the water provided by one single well for survival.

6. The well in question provides most of the water needs of the residents of the subdivision.

7. The May 2021 ordinance prohibits water from being distributed from this well.

8. Cutting off the water to the subdivision would cause a humanitarian crisis. The people who are living in the subdivision depend on the water for personal survival. We depend on water for food crops and for human and animal consumption.

9. Without water the residents will be forced to move and lose their investment in their property.

10. The County of Siskiyou has not worked with the residents of the Shasta Vista Subdivision to provide an alternate solution to this issue.

11. The Hmong community has contributed to the local economy by supporting a number of businesses. The Hmong community has also experienced resentment of our presence in the county by some residents.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed this DD day of May 2021, at Siskiyou, California.

Dated: May DD 2021

*NEIL THAO*

**NEIL THAO**

DocuSign Envelope ID: A2AA1338-55B5-4EBE-B470-B8853EC6575B