Margolin & Lawrence, Attorneys at Law
Allison B. Margolin (SBN 222370)
J. Raza Lawrence (SBN 233771)
Jennie W. Stepanian (SBN 289371)
8484 Wilshire Blvd., Suite 440
Beverly Hills, CA 90211
Telephone: (323) 653-9700
Facsimile: (310) 919-0448

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| Dilevon Lo, Jerry Vang, Nathan Thao, Mao Thao, Pao Lee, and Antonio Lee,<br><br>　　　　　Plaintiffs,<br>　v.<br>County of Siskiyou; Jeremiah LaRue and Jesus Fernandez, in their official capacities as members of the Siskiyou County Sheriff's Department and in their individual capacities; and Brandon Criss, Ed Valenzuela, Michael N. Kobseff, Nancy Ogren, and Ray A. Haupt, in their official capacities as members of the Siskiyou County Board of Supervisors and in their individual capacities; Edward Kiernan, in his official capacity as County Counsel for Siskiyou County and in his individual capacity; and DOES 1-100,<br><br>　　　　　Defendants. | Case No.:<br><br>**DECLARATION OF COUNSEL REGARDING NOTICE OF EX PARTE APPLICATION AND BRIEFING SCHEDULE PROVIDED TO SISKIYOU COUNTY COUNSEL** |

## DECLARATION OF J. RAZA LAWRENCE

I, J. RAZA LAWRENCE, declare:

1. I am an attorney admitted to practice before the United States District Court for the Eastern District of California. I am one of the attorneys representing the plaintiffs in this case.

2. On May 26, 2021, I contacted the county counsel of Siskiyou, California by telephone. I told the receptionist that I would like to speak with the appropriate person in the office regarding filing a request for a temporary restraining order and preliminary injunction involving a county ordinance, and was referred to attorney William (Bill) Carroll who informed me he was the correct individual to speak with about this matter. I gave Mr. Carroll notice that we intended to file, at the U.S. District Court for the Eastern District of California, Sacramento Courthouse, an *ex parte* request for a TRO and preliminary injunction seeking to stop enforcement of the water truck ban that the Siskiyou County Board of Supervisors passed on May 4, 2021, and that we would provide him with any documents that we filed on the matter.

3. On June 5, 2021, at 12:07 a.m., paralegal Zachary Tucker of my law firm emailed Mr. Carroll, of the Siskiyou County Counsel's office, copies of the Complaint, Ex Parte Application for a Temporary Restraining Order, and all supporting declarations and other documents that my law office filed in this case on the evening of June 4, 2021.

4. On June 7, 2021, at 8:50 a.m., I emailed Mr. Carroll a copy of the Minute Order that we received from the Court on this case on June 7, 2021, at 7:50 a.m., setting forth the briefing schedule for the plaintiffs' pending *ex parte* application for a temporary restraining order, and requesting that he contact me with any questions.

5. On June 7, 2021, at 9:30 a.m., I called the Siskiyou County Counsel's office and asked to speak with Mr. Carroll to confirm that he received the documents and briefing schedule that we had sent him. The receptionist at the County Counsel's office informed me that Mr.

Carroll was currently working from home, and that she would relay my message to him and ask him to call me with any questions.

I hereby declare under penalty of perjury the above matters are true and correct. Executed on this 7th day of June, 2021, in Los Angeles, California.

| | |
|---|---|
| June 7, 2021 | Respectfully submitted, |
| | /s/ J. Raza Lawrence |
| | Attorney for Plaintiffs |