Allison B. Margolin (SBN 222370)
Raza Lawrence (SBN. 233771)
Margolin & Lawrence, Attorneys at Law
418 S. Swall Dr.
Beverly Hills, CA 90211
Telephone: 323.653.9700
Facsimile:  (310) 919-0448

**Attorneys for Plaintiffs**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| Dilevon Lo, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> County of Siskiyou, et al. <br><br> Defendants. | CASE NO: 2:21-cv-00999-KJM-DMC <br><br> STIPULATION AND ORDER TO CONTINUE BRIEFING AND HEARING SCHEDULE ON MOTION FOR PRELIMINARY INJUNCTION AND TO ALLOW FILING OF FIRST AMENDED COMPLAINT <br><br> **Chief Judge Kimberly J. Mueller** |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, pursuant to the Court's July 1, 2021, order directing the parties to meet and confer and propose a new briefing and hearing schedule on Plaintiffs' pending motion for a preliminary injunction, that the briefing and hearing schedule set by the Court in its June 15, 2021 order be modified as follows:  Plaintiffs may file a brief in support of their Request for Injunctive Relief by 7/14/2021. Defendants may file a response by 7/28/2021.  Plaintiffs may file a reply by 8/4/2021.  A hearing on Plaintiffs' pending motion for a preliminary injunction shall be held via video conference on August 11, 2021, at 10:00 a.m.  Plaintiffs and Defendants also hereby stipulate that Plaintiffs may file a First Amended Complaint by 7/15/2021, without seeking leave of court, pursuant to Federal Rule of Civil Procedure 15(a)(2), and counsel for defendants has

1

agreed to accept service on behalf of all defendants who have agreed to waive service pursuant to the procedures in Federal Rule of Civil Procedure 4(d).

DATED: July 7, 2021  Respectfully submitted,

By: **/s/ J. Raza Lawrence**
J. RAZA LAWRENCE
Margolin & Lawrence
Attorney for Plaintiffs

**/s/ Domenic D. Spinelli**
DOMENIC D. SPINELLI
Spinelli | Donald | Nott
Attorney for Defendants

**ORDER**

**The court grants the parties' stipulation, and sets a hearing on plaintiffs' pending motion for a preliminary injunction (ECF No. 4) for August 6, 2021, at 10:00 a.m.**

**IT IS SO ORDERED.**

DATED: July 8, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE