# AFFIDAVIT OF DER LEE

I, DER LEE, do hereby declare:

1. I am 56 years old and I live in the Mount Shasta Vista subdivision of Siskiyou County, California.

2. I have agreed to join this case as a Plaintiff.

3. I was born in Laos. My father was a Captain in the U.S. Secret Army. He was killed during the war in Southeast Asia. After my father died, my mother remarried a man who was also a solider in the Secret War.

4. From 1975 to 1983, I hid in the jungles of Laos to escape the persecution of the Pathet Lao. In 1983, I surrendered to the Lao government. My parents and other older people were taken to re-education camps after leaving the jungle; some of them did not return. Myself and other children were left alone.

5. I escaped to Thailand and lived in a refugee camp at Chong Chan. I was there for three years before coming to the United States where I settled in Colorado.

6. In 2015, I moved to Mt. Shasta Vista where I bought a 2.5 acre piece of property. Myself and others in the Hmong community in Mt. Shasta experienced a great deal of racial prejudice at the time. Because of the racial prejudice in Mt. Shasta, I moved to Minnesota for one year. I returned to Mt. Shasta in 2016.

7. I have no well on my property. I paid Siskiyou County $360.00 for a permit in April of 2021. Though I passed my percolation test, the County has not come out to my property or approved my permit.

8. I must depend on water trucks to bring me water. I have a large above-ground pool in which I store water. Right now, the amount of water left in the pool does not reach my knees.

9. To get drinking water, I fill three to five 5-gallon jugs with water at the Walmart (when it is available) in Yreka, which is about twenty five miles from my house. Sometimes there is no water at Walmart. I am afraid of being pulled over for transporting water from Walmart to my home.

10. My wife, Yeng Yang, is 50 years old. She and I live on our property with our animals. We have four dogs, 100 to 200 ducks, and 100 chickens. We rely on the animals for food. I worry how I will get water from them when my pool runs dry. Two of my chickens have already died due to lack of water.

11. I normally allocate 100 gallons of water each day for the animals. I have had to reduce the amount to 45 gallons of water per day because I do not have access to enough water.

12. My wife and I also farmed vegetables in a garden on our property, which we also relied on for food. All of the plants have died due to lack of water. When water became scarce, I had to choose between my plants or my animals. I chose to keep my animals alive.

13. I do not know how I will care for my animals, myself, and my wife if I cannot find a solution to get more water.

14. If I do not get more water, I plan to move my animals to Minnesota where there is enough water to keep them alive. I plan to do this in the fall. In the summer, it is too hot to transport them, especially without enough water, and many of them would die.

15. My current living situation is much like when I lived in the jungles of Laos. However, in the jungle I had plenty of water and never had to worry about getting water.

16. Attached hereto as Exhibit A are true and correct photos of my animals and me on my property on June 24, 2021.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on this __07__ day of July 2021 in Siskiyou County, California.

Dated: July __07__ 2021

*DocuSigned by:*
*563BE89A348541B...*
**DER LEE**

# EXHIBIT A

**Der Lee and his Animals**





Photos by Mai Yang  6/24/21

**Der Lee and his Animals**





Photos by Mai Yang  6/24/21

**Der Lee and his Animals**





Photos by Mai Yang   6/24/21