DocuSign Envelope ID: C2AF688D-3A84-42C6-A4A0-F50E86B634DC

# SUPPLEMENTAL AFFIDAVIT OF KOUA LEE

I, KOUA LEE, do hereby declare:

1. I live in the Mount Shasta Vista subdivision of Siskiyou County with my wife, Yiping Yieng.

2. I have agreed to join this case as a Plaintiff.

3. I previously provided the Court with an affidavit (dated and filed June 11, 2021). The present affidavit is intended to supplement the June 11 affidavit, which was also true and correct.

4. In the June 11 affidavit, I explained that my wife and I previously relied on water trucks as a source of water but had to drive to the Mt. Shasta City creek twice a week since the ban. I also explained that we need this water for drinking and cooking, and for our animals.

5. My wife and I farm our own food and previously relied on our vegetables as well as our animals for food. Since the water truck ban, we have not been able to grow any vegetables because we do not have enough water.

6. We also do not have enough water to keep our animals alive. Five hens and one rooster have died recently because of the lack of water.

7. My wife and I also suffer from a lack of water. We are only able to bathe one time per week. We do not have enough water to stay cool and hydrated in the summer heat. We must rely on the shade of the trees to keep cool. I am thirsty all the time.

8. I have become very depressed because I do not have enough water.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on this 06 day of July 2021 in Siskiyou County, California.

Dated: July 06 2021

*KOUA LEE* (DocuSigned)
**KOUA LEE**