DocuSign Envelope ID: D79088C7-F20B-486D-962F-CFB75C588856

# SUPPLEMENTAL AFFIDAVIT OF KHUE CHA

I, KHUE CHA, do hereby declare:

1. I reside on my property in the Mount Shasta Vista subdivision of Siskiyou County with my wife, Angel Cha.

2. I have agreed to join this case as a Plaintiff.

3. I previously provided the Court with an affidavit (dated and filed June 11, 2021). In the June 11 affidavit, I explained that my wife and I previously relied on water trucks for water but have had to travel to the creek in Mt. Shasta City since the water ban. The present affidavit is intended to supplement the June 11 affidavit, which is also true and correct.

4. My wife and I rely on our chickens and vegetable garden for food. Since the water shortage, all of the plants in our garden have died as shown in Exhibit A. We now have about six or seven chickens.

5. We barely have enough water for personal use after providing water to the chickens to keep them alive.

6. My wife and I have had to ask friends to borrow water when possible.

7. Attached as Exhibit A are true and correct photos of my wife, Angel Cha, and me, along with plants that have died on our property. The photos were taken on June 24, 2021.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on this __06__ day of July 2021 in Siskiyou County, California.

Dated: July __06__ 2021

*Khue Cha*
**KHUE CHA**

# EXHIBIT A

**Khue and Angel Cha**





Photos by Mai Yang  6/24/21


Photo Provided By Khua Cha

Photo Provided By Khua Cha



Photo Provided By Khua Cha

