DocuSign Envelope ID: D9DFA97D-253A-48D3-81AD-8914D6B821E8

# AFFIDAVIT OF ZENG LEE

I, ZENG LEE, do hereby declare:

1. I am 49 years old and reside in the Mount Shasta Vista subdivision in Siskiyou County, California.

2. I have agreed to join this case as a Plaintiff.

3. I was born in Laos and at the age of two escaped with my parents to Thailand. My father was a soldier in the U.S. Secret Army and fled the persecution of the Pathet Lao.

4. I lived in the Nam Yao refugee camp in Thailand for nine years with my family. We were then moved to the Ban Vinae refugee camp.

5. In 1996, I came to America with my family and settled in Merced, California.

6. I own the property I live on in Mt. Shasta Vista. I reside on my property with my wife, my 21 year old son, and 8 year old daughter. We have eight dogs, some pheasants, and prior to the water shortage had forty to fifty chickens. Many of my chickens and pheasants have died due to lack of water as shown in Exhibits B and C.

7. I have no well of my own and previously depended on the water trucks to bring water to my property. I use 250 gallons of water per week to survive. I allocate 20 gallons per day to my animals. We use the rest of the water for cooking. Both of my children, my wife, and I only bathe one time per week because there is not enough water left after caring for the animals and cooking to shower more.

8. Since the water truck ban, I have had friends who provided me with smalls amounts of water but told me they can only provide me water until the end of July. I do not have a plan for getting any water at all after that.

9. I suffer from high blood pressure. I am afraid of having a heat stroke or heart attack due to lack of water, so I try to sit quietly.

10. My family and I and our animals are slowly dying and I fear that someday people will find us dead due to lack of water.

11. Attached as Exhibit A are true and correct photos of me and my animals on my property, taken on June 24, 2021.

1

12. Attached as Exhibit B is a true and correct photo of one of my chickens that died on my property due to lack of water.

13. Attached as Exhibit C is a true and correct photo of my son, who also lives on my property, holding a pheasant that died on our property due to lack of water.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on this __06__ day of July 2021 in Siskiyou County, California.

Dated: July __06__ 2021

ZENG LEE

AFFIDAVIT OF ZENG LEE
DILEVON LO *et al.* v. COUNTY OF SISKIYOU *et al.*

# EXHIBIT A




Zeng Lee and his Animals

Photos by Mai Yang  6/24/21




Zeng Lee and his Animals

Photos by Mai Yang  6/24/21

# EXHIBIT B

**Photo Provided By Zeng Lee**



# EXHIBIT C

**Photo Provided By Zeng Lee**



**Zeng Lee's son with dead pheasant**