1  **SPINELLI, DONALD & NOTT**
A Professional Corporation
2  DOMENIC D. SPINELLI, SBN: 131192
J. SCOTT DONALD, SBN: 158338
3  601 University Avenue, Suite 225
Sacramento, CA 95825
4  Telephone: (916) 448-7888
Facsimile: (916) 448-6888
5
Attorneys for Defendants County of
6  Siskiyou; Jeremiah LaRue and Jesus
Fernandez, in their official capacities
7  as members of the Siskiyou County
Sheriff's Department and in their individual
8  capacities; Brandon Criss, Ed Valenzuela,
Michael N. Kobseff, Nancy Ogren, and
9  Ray A. Haupt, in their official capacities
as members of the Siskiyou County Board
10  of Supervisors and in their individual
capacities; Edward Kiernan, in his official
11  capacity as County Counsel for Siskiyou
County and in his individual capacity;
12  and DOES 1-100.

13                    UNITED STATES DISTRICT COURT

14                   EASTERN DISTRICT OF CALIFORNIA

15                        SACRAMENTO DIVISION

16  Dilevon Lo, Jerry Vang, Nathan Thao, Mao      Case No.: 2:21-cv-00999-KJM-DMC
Thao, Pao Lee, Antonio Lee, Koua Lee, Nhia
17  Thai Vang, Zeng Lee, Der Lee and Khue Cha     **DECLARATION OF DONNA**
**HAMILTON, ISO DEFENDANTS'**
18             Plaintiffs,                         **OPPOSITION TO PLAINTIFFS'**
**MOTION FOR A PRELIMINARY**
19      vs.                                        **INJUNCTION**

20  County of Siskiyou; Jeremiah LaRue and        Complaint Filed: June 4, 2021
Jesus Fernandez, in their official capacities as  First Amended Complaint Filed: July 15, 2021
21  members of the Siskiyou County Sheriff's
Department and in their individual capacities;    Date:  August 6, 2021
22  and Brandon Criss, Ed Valenzuela, Michael     Time:  10:00 AM
N. Kobseff, Nancy Ogren, and Ray A. Haupt,
23  in their official capacities as members of the
Siskiyou County Board of Supervisors and in
24  their individual capacities; Edward Kiernan,   **[FEES EXEMPT PURSUANT TO**
in his official capacity as County Counsel for    **GOVERNMENT CODE SECTION 6103]**
25  Siskiyou County and in his individual
capacity; and DOES 1-100,
26
             Defendants.
27

28

SPINELLI, DONALD
& NOTT

1    I, Donna Hamilton, do declare as follows:

2    1.    I am a Criminal Records Technician for the Sheriff's Department for Siskiyou

3    County.  I have been so employed for the past six years.  As part of my duties, I regularly review,

4    research and retrieve records of the Sheriff's department, including CAD information (described

5    below), investigation reports made by sheriff deputies, and citations.

6    2.    I was requested by the County Counsel's office to review information pertaining to

7    certain individuals, with all events taking place in Siskiyou County.

8    3.    The Sheriff's Department maintains records by case number and by which

9    individuals may be searched by name.  The records may include computer-aided dispatch ("CAD")

10    information regarding the call and dispatch to service.  CAD information is entered by the

11    dispatcher at the time of the event or shortly thereafter.  Additionally, a case number is assigned by

12    the dispatcher at the time of the incident.  If an incident is not immediately cited, but a report

13    forwarded to the District Attorney's office, that will be so indicated under the case number.

14    4.    As to Dilevon Lo, CAD records indicate he was subject to a vehicle stop on May 4,

15    2021 on Juniper Drive and the incident was assigned Case # 1210805.  Attached hereto as **Exhibit**

16    **A** is a true and correct copy of the "CAD" for the incident.  The CAD printout indicates that a "red

17    water truck, no plates" was secured.  No citation was issued at the time of the stop but the matter

18    was referred to the District Attorney.

19    5.    As to Jerry Vang, CAD records indicate he was stopped on May 5, 2021 on Martin

20    Drive in a full water truck that was spilling water. The traffic stop was based upon reasonable

21    suspicion the driver was in violation of County Ordinance 3.5-13.102. The incident was assigned

22    Case #1210811. The CAD printout indicates that a "white water truck" was secured. Attached

23    hereto as **Exhibit B** is a true and correct copy of the "CAD" for the incident.  No citation was

24    issued at the time of the stop.

25    6.    As to Nathan Thao, CAD records indicate he was stopped on June 11, 2021 and

26    issued a warning for lighting. Attached hereto as **Exhibit C** is a true and correct copy of the

27    "CAD" for the incident.

28    ///

SPINELLI, DONALD
& NOTT

2

DECLARATION OF DONNA HAMILTON ISO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION
FOR A PRELIMINARY INJUNCTION

1    I, Donna Hamilton, do declare as follows:

2    1.     I am a Criminal Records Technician for the Sheriff's Department for Siskiyou

3    County.  I have been so employed for the past six years.  As part of my duties, I regularly review,

4    research and retrieve records of the Sheriff's department, including CAD information (described

5    below), investigation reports made by sheriff deputies, and citations.

6    2.     I was requested by the County Counsel's office to review information pertaining to

7    certain individuals, with all events taking place in Siskiyou County.

8    3.     The Sheriff's Department maintains records by case number and by which

9    individuals may be searched by name.  The records may include computer-aided dispatch ("CAD")

10   information regarding the call and dispatch to service.  CAD information is entered by the

11   dispatcher at the time of the event or shortly thereafter.  Additionally, a case number is assigned by

12   the dispatcher at the time of the incident.  If an incident is not immediately cited, but a report

13   forwarded to the District attorney's office, that will be so indicated under the case number.

14   4.     As to Dilevon Lo, CAD records indicate he was subject to a vehicle stop on May 4,

15   2021 on Juniper Drive and the incident was assigned Case # 1210805.  Attached hereto as **Exhibit**

16   **A** is a true and correct copy of the "CAD" for the incident.  The CAD printout indicates that a "red

17   water truck, no plates" was secured.  No citation was issued at the time of the stop but the matter

18   was referred to the District Attorney.

19   5.     As to Jerry Vang, CAD records indicate he was stopped on May 5, 2021 on Martin

20   Drive in a full water truck that was spilling water. The traffic stop was based upon reasonable

21   suspicion the driver was in violation of County Ordinance 3.5-13.102. The incident was assigned

22   Case #1210811. The CAD printout indicates that a "white water truck" was secured. Attached

23   hereto as **Exhibit B** is a true and correct copy of the "CAD" for the incident.  No citation was

24   issued at the time of the stop.

25   6.     As to Nathan Thao, CAD records indicate he was stopped on June 11, 2021 and

26   issued a warning for lighting.  Attached hereto as **Exhibit C** is a true and correct copy of the

27   "CAD" for the incident.

28   ///

1    7.    As to Mao Thao, CAD records indicate he was stopped on May 7, 2021 on Highway

2  A-12.  The reason for the stop was running a stop sign.  Attached hereto as **Exhibit D** is a true and

3  correct copy of the "CAD" for the incident.  Further a citation was issued for the incident, which

4  citation includes violations of Vehicle Code 22450(a) "stop sign" and 16028(a) "insurance."

5  Attached hereto as **Exhibit E** is a true and correct copy of the citation issued.

6    8.    As to Pao Lee, CAD records indicate he was stopped on May 14, 2021 on Bonanza

7  Road.  Attached hereto as **Exhibit F** is a true and correct copy of the "CAD" for the incident.  The

8  truck was observed as "full of water."  No citation was issued but the matter was forwarded to the

9  District Attorney for violation of County Ordinance 3-4.1501.

10    9.    As to Antonio Lee, the only reference in the Sheriff's system, is as a passenger to the

11  stop described in Paragraph 7 above.

12    10.    As to Koua Lee, CAD records indicate that he was detained during an illegal

13  cannabis cultivation search warrant on June 8, 2017 at 7638 White Pine Road in the KRCE

14  subdivision. Attached hereto as **Exhibit G** is a true and correct copy of the "CAD" for the incident.

15  At the time, Koua Lee indicated that the property was his brother's and that he lived there to grow

16  cannabis.

17    11.    As to Nhia Thai Vang, there is no reference to him in the CAD system.

18    12.    As to Zeng Lee, CAD records indicate that he was pulled over on Highway A-12 on

19  July 13, 2018 for having a brake light out. Attached hereto as **Exhibit H** is a true and correct copy

20  of the "CAD" for the incident. Information provided indicates that he is a resident of a home

21  address in Anchorage, Alaska and a mailing address in Oroville, California. At the time he was

22  pulled over, there was an outstanding warrant from Bass Lake, California. Attached hereto as

23  **Exhibit I** is a true and correct copy of the citation issued.

24    13.    As to Der Lee, this name does not appear in the CAD system.

25    14.    As to Khue Cha, this name does not appear in the CAD system.

26    15.    As to address information in the Sheriff's records as to the above persons based on

27  presented identification, the following persons had their residences listed outside of Siskiyou

28  County: Dilevon Lo, Jerry Vang, Pao Lee, Antonio Lee and Zeng Lee.

SPINELLI, DONALD
& NOTT

DECLARATION OF DONNA HAMILTON ISO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION
FOR A PRELIMINARY INJUNCTION

1        I declare under penalty of perjury under the laws of the State of California that the foregoing

2   is true and correct and that this was executed on this 28th day of July, 2021 in Siskiyou County,

3   California.

4

5                                                          _____*/s/  Donna Hamilton*_____
                                                              Donna Hamilton

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT A



# SISKIYOU COUNTY
# SHERIFF'S DEPARTMENT
**305 BUTTE ST**
**YREKA, CA 96097**
**(530) 841-2900**

| CFS EVENT DETAIL |
|---|
| CAD EVENT NUMBER |
| **2105040036** |
| CALL TYPE |
| **VEH STOP** |

## CALLS FOR SERVICE INFORMATION

| AGENCY | CAD EVENT NUMBER | CASE NUMBER | AGENCY NUMBER | DATE AND TIME | CALL TYPE | CALL TYPE EXPLAINED | | FINAL CALL TYPE |
|---|---|---|---|---|---|---|---|---|
| **SCSO** | **2105040036** | **1210805** | **21006048** | **05/04/2021 14:04** | **VEH STOP** | **VEHICLE STOP** | | |

| LOCATION | | APT/SUITE/BOX | CITY | | RESPONSE ZONE | RESPONSE AREA |
|---|---|---|---|---|---|---|
| **JUNIPER DR/COLLINS DR** | | | | | **1F** | **1F** |

| CALL SOURCE | LOCATION COMMENT |
|---|---|
| **P** | |

| COMMENTS |
|---|
| **RED WATER TRUCK, NO PLATES** |
| -------------------------[CAD2/3190  05/04/21 14:11:15] |
| **ISSUED CASE# 1210805 FOR AGENCY SCSO by UNIT P13** |
| -------------------------[CAD3/1532  05/04/21 14:33:46] |
| **VEHICLE SIEZED. REFER TO REPORT. P13/STRELOW.** |
| ***** EVENT CLOSED BY CAD3** |

| REPORTING PARTY | | AREA CODE | PHONE NUMBER |
|---|---|---|---|
| | | **530** | |

| REPORTING ADDRESS |
|---|
| |

| PRIMARY UNIT | DISPOSITION | DISPOSITION COMMENTS |
|---|---|---|
| **5E3** | **RR** | |

| E-911 | DISPATCH | ARRIVED | CLEARED | CLOSED | |
|---|---|---|---|---|---|
| | **14:04:32** | **14:04:54** | **00:00:00** | **14:48:55** | |

## UNITS STATUS RECORDSxxx

| TIME | UNIT | STATUS | COMMENT | LOCATION | DISPO |
|---|---|---|---|---|---|
| 5/4/2021 2:04:32 PM | 5E3 | D | | JUNIPER DR/COLLINS DR | |
| 5/4/2021 2:04:54 PM | P13 | A | | JUNIPER DR/COLLINS DR | |
| 5/4/2021 2:04:54 PM | P57 | A | | JUNIPER DR/COLLINS DR | |
| 5/4/2021 2:11:15 PM | P13 | RL | CASE# 1210805 FOR AGENCY SCSO | | |
| 5/4/2021 2:22:46 PM | P6 | D | | JUNIPER DR/COLLINS DR | |
| 5/4/2021 2:33:50 PM | 5E3 | F | FREED BY CAD3 | | |
| 5/4/2021 2:33:55 PM | P57 | F | FREED BY CAD3 | | |
| 5/4/2021 2:34:01 PM | P13 | C | CLEARED BY CAD3 | | RR |
| 5/4/2021 2:48:55 PM | P6 | F | EVENT CLOSED BY CAD3 | | |

## LINKED NAMES

| UNIT | REASON | NAME ( OR DL ) | DOB |
|---|---|---|---|
| | | **LO, DILEVON** | **09/24/1997** |

## LINKED VEHICLES

| UNIT | REASON | | LICENSE NO. | ST | MAKE | YEAR | COLOR |
|---|---|---|---|---|---|---|---|
| **5E3** | | | **98139V2** | **CA** | **WSTR** | **2013** | **/RED/** |

## CASE NUMBERS

| CASE NUMBER | AGENCY | UNIT |
|---|---|---|
| **1210805** | **SCSO** | **P13** |

## AGENCY EVENT NUMBERS

| AGENCY EVENT NUMBER | AGENCY |
|---|---|
| **21006048** | **SCSO** |

EXHIBIT B



# SISKIYOU COUNTY
# SHERIFF'S DEPARTMENT
**305 BUTTE ST**
**YREKA, CA 96097**
**(530) 841-2900**

| CFS EVENT DETAIL | |
|---|---|
| CAD EVENT NUMBER | |
| 2105050003 | |
| CALL TYPE | |
| VEH STOP | |

## CALLS FOR SERVICE INFORMATION

| AGENCY | CAD EVENT NUMBER | CASE NUMBER | AGENCY NUMBER | DATE AND TIME | CALL TYPE | CALL TYPE EXPLAINED | | FINAL CALL TYPE |
|---|---|---|---|---|---|---|---|---|
| SCSO | 2105050003 | 1210811 | 21006085 | 05/05/2021 09:01 | VEH STOP | VEHICLE STOP | | |

| LOCATION | | APT/SUITE/BOX | CITY | | RESPONSE ZONE | RESPONSE AREA |
|---|---|---|---|---|---|---|
| MARTIN DR/HINCKLEY DR | | | | | 1F | 1F |

| CALL SOURCE | LOCATION COMMENT |
|---|---|
| P | |

**COMMENTS**
62835J2 WHITE WATER TRUCK
--------------------------[CAD1/1013  05/05/21 09:05:55]
A2 REQUESTED A SECOND UNIT AND A DRIVER.  10-5 L1, SEND P35.  10-5 P35
--------------------------[CAD2/3190  05/05/21 09:20:12]
ISSUED CASE# 1210811 FOR AGENCY SCSO by UNIT A2
--------------------------[CAD1/1013  05/05/21 09:44:20]
A2 ADVISED VEHICLE TOWED PER 22655 V.C.
--------------------------[CAD2/3190  05/05/21 09:58:40]
P54 10-6 ESCORTING A WATER TRUCK TO AREA 51.
--------------------------[CAD1/1013  05/05/21 10:37:26]
VEHICLE HAS BEEN SECURED AT AREA 51.

| REPORTING PARTY | | AREA CODE | PHONE NUMBER |
|---|---|---|---|
| RANDALL,UNDERSHERIFF | | 530 | |

| REPORTING ADDRESS | | | |
|---|---|---|---|

| PRIMARY UNIT | DISPOSITION | DISPOSITION COMMENTS | |
|---|---|---|---|
| A2 | | | |

| E-911 | DISPATCH | ARRIVED | CLEARED | CLOSED | |
|---|---|---|---|---|---|
| | 09:01:48 | 09:01:48 | 10:37:30 | 10:37:30 | |

## UNITS STATUS RECORDSxxx

| TIME | UNIT | STATUS | COMMENT | LOCATION | DISPO |
|---|---|---|---|---|---|
| 5/5/2021 9:01:48 AM | A2 | A | | MARTIN DR/HINCKLEY DR | |
| 5/5/2021 9:07:20 AM | A2 | TM | UNIT TIMER: TIMER CANCELLED | | |
| 5/5/2021 9:07:24 AM | A2 | C4 | | | |
| 5/5/2021 9:09:10 AM | P35 | D | | MARTIN DR/HINCKLEY DR | |
| 5/5/2021 9:20:12 AM | A2 | RL | CASE# 1210811 FOR AGENCY SCSO | | |
| 5/5/2021 9:33:33 AM | P35 | A | | MARTIN DR/HINCKLEY DR | |
| 5/5/2021 9:47:19 AM | P35 | TM | UNIT TIMER: TIMER CANCELLED | | |
| 5/5/2021 9:50:30 AM | A2 | F | FREED BY CAD1 | | |
| 5/5/2021 9:58:40 AM | P54 | A | | MARTIN DR/HINCKLEY DR | |
| 5/5/2021 10:00:45 AM | P35 | F | FREED BY CAD1 | | |
| 5/5/2021 10:13:43 AM | P54 | TM | UNIT TIMER: TIMER CANCELLED | | |
| 5/5/2021 10:37:30 AM | P54 | C | CLEARED BY CAD1 | | RR |

## LINKED NAMES

| UNIT | REASON | NAME ( OR DL) | DOB |
|---|---|---|---|
| | RP | RANDALL, UNDERSHERIFF | |
| A2 | FI | VANG, JERRY | 08/10/1958 |

## CASE NUMBERS

| CASE NUMBER | AGENCY | UNIT |
|---|---|---|
| 1210811 | SCSO | A2 |

| CFS EVENT DETAIL | SISKIYOU COUNTY SHERIFF'S DEPARTMENT | CAD EVENT NUMBER<br>2105050003 |
|---|---|---|

## AGENCY EVENT NUMBERS

| AGENCY EVENT NUMBER | AGENCY |
|---|---|
| **21006085** | **SCSO** |

EXHIBIT C



# SISKIYOU COUNTY
# SHERIFF'S DEPARTMENT
**305 BUTTE ST**
**YREKA, CA 96097**
**(530) 841-2900**

| CFS EVENT DETAIL |
|---|
| CAD EVENT NUMBER |
| 2106110008 |
| CALL TYPE |
| VEH STOP |

## CALLS FOR SERVICE INFORMATION

| AGENCY | CAD EVENT NUMBER | CASE NUMBER | AGENCY NUMBER | DATE AND TIME | CALL TYPE | CALL TYPE EXPLAINED | | FINAL CALL TYPE |
|---|---|---|---|---|---|---|---|---|
| SCSO | 2106110008 | | 21008327 | 06/11/2021 01:41 | VEH STOP | VEHICLE STOP | | |

| LOCATION | | APT/SUITE/BOX | CITY | | | RESPONSE ZONE | RESPONSE AREA |
|---|---|---|---|---|---|---|---|
| A12/97 | | | | | | 2 | 2 |

| CALL SOURCE | LOCATION COMMENT |
|---|---|
| P | |

**COMMENTS**
52895U2/ CA
--------------------------[CAD2/3109  06/11/21 01:49:26]
P45 VW FOR LIGHTING

| REPORTING PARTY | AREA CODE | PHONE NUMBER |
|---|---|---|
| | 530 | |

| REPORTING ADDRESS |
|---|
| |

| PRIMARY UNIT | DISPOSITION | DISPOSITION COMMENTS | | |
|---|---|---|---|---|
| P13 | | | | |
| E-911 | DISPATCH 01:41:31 | ARRIVED 00:00:00 | CLEARED 01:49:35 | CLOSED 01:49:35 |

## UNITS STATUS RECORDSxxx

| TIME | UNIT | STATUS | COMMENT | LOCATION | DISPO |
|---|---|---|---|---|---|
| 6/11/2021 1:41:31 AM | P13 | D | | A12/97 | |
| 6/11/2021 1:41:47 AM | P45 | D | | A12/97 | |
| 6/11/2021 1:49:30 AM | P45 | C | CLEARED BY CAD2 | | VW |
| 6/11/2021 1:49:35 AM | P13 | C | CLEARED BY CAD2 | | VW |

## LINKED NAMES

| UNIT | REASON | NAME ( OR DL) | DOB |
|---|---|---|---|
| | | THAO, NATHAN | 09/20/1954 |

## LINKED VEHICLES

| UNIT | REASON | | LICENSE NO. | ST | MAKE | YEAR | COLOR |
|---|---|---|---|---|---|---|---|
| | | | 52895U2 | CA | | | /WHI/ |
| | | | 52895U2 | CA | CHEV | 2007 | / |

## AGENCY EVENT NUMBERS

| AGENCY EVENT NUMBER | AGENCY |
|---|---|
| 21008327 | SCSO |

EXHIBIT D



# SISKIYOU COUNTY
# SHERIFF'S DEPARTMENT
**305 BUTTE ST**
**YREKA, CA 96097**
**(530) 841-2900**

| CFS EVENT DETAIL | |
|---|---|
| CAD EVENT NUMBER | |
| 2105070013 | |
| CALL TYPE | |
| VEH STOP | |

## CALLS FOR SERVICE INFORMATION

| AGENCY | CAD EVENT NUMBER | CASE NUMBER | AGENCY NUMBER | DATE AND TIME | CALL TYPE | CALL TYPE EXPLAINED | | FINAL CALL TYPE |
|---|---|---|---|---|---|---|---|---|
| SCSO | 2105070013 | | 21006208 | 05/07/2021 09:34 | VEH STOP | VEHICLE STOP | | |

| LOCATION | | | APT/SUITE/BOX | CITY | | RESPONSE ZONE | RESPONSE AREA |
|---|---|---|---|---|---|---|---|
| A12/97 | | | | | | 2 | 2 |

| CALL SOURCE | LOCATION COMMENT |
|---|---|
| P | |

| COMMENTS |
|---|
| ----------------------[CAD2/3190  05/07/21 09:37:38] |
| P35 ADVISED A VEHICLE PULLED UP BEHIND THEM ON STOP |
| ----------------------[CAD2/3190  05/07/21 09:40:04] |
| 10-6 CITE |
| ----------------------[CAD2/3190  05/07/21 09:49:13] |
| CITATION 48557 ISSUED FOR 22450A AND 16028A |

| REPORTING PARTY | AREA CODE | PHONE NUMBER |
|---|---|---|
| | 530 | |

| REPORTING ADDRESS |
|---|
| |

| PRIMARY UNIT | DISPOSITION | DISPOSITION COMMENTS | | |
|---|---|---|---|---|
| P2 | | | | |
| E-911 | DISPATCH 09:35:01 | ARRIVED 00:00:00 | CLEARED 09:49:16 | CLOSED 09:49:16 |

## UNITS STATUS RECORDSxxx

| TIME | UNIT | STATUS | COMMENT | LOCATION | DISPO |
|---|---|---|---|---|---|
| 5/7/2021 9:35:01 AM | P2 | D | | A12/97 | |
| 5/7/2021 9:35:21 AM | P35 | D | | A12/97 | |
| 5/7/2021 9:49:15 AM | P2 | C | CLEARED BY CAD2 | | |
| 5/7/2021 9:49:16 AM | P35 | C | CLEARED BY CAD2 | | |

## LINKED NAMES

| UNIT | REASON | NAME ( OR DL) | DOB |
|---|---|---|---|
| | | THAO, MAO ME | 08/16/1961 |

## LINKED VEHICLES

| UNIT | REASON | LICENSE NO. | ST | MAKE | YEAR | COLOR |
|---|---|---|---|---|---|---|
| P35 | | 06263Z1 | CA | TOYT | 2010 | /WHI/ |
| | | 7U91276 | CA | CHEV | 2003 | / |

## AGENCY EVENT NUMBERS

| AGENCY EVENT NUMBER | AGENCY |
|---|---|
| 21006208 | SCSO |

EXHIBIT E



**SISKIYOU COUNTY**
**SHERIFF'S DEPARTMENT**
305 BUTTE ST
YREKA, CA 96097
(530) 841-2900

| CITATION REPORT | |
| --- | --- |
| CITATION NUMBER | 48557 |
| REPORT TYPE | TRAFFIC |
| ENTERED BY 3527 - WOODS. SAMUEL | ENTERED DATE 5/10/2021 9:01:40 |

## CITATION ENTRY

| AGENCY SCSO | CITATION TYPE TRAFFIC | CITATION NUMBER 48557 | ISSUED DATE AND TIME 05/07/2021 09:34 | OCCURRED DATE AND TIME 05/07/2021 09:34 | CASE NUMBER | CAD EVENT NUMBER 2105070013 |
| --- | --- | --- | --- | --- | --- | --- |
| ☐ SIGNATURE REFUSED | | | LOCATION HIGHWAY A12 / HIGHWAY 97. MONTAGUE, CA 96064 | | | |

| DISTRICT 1B | SECTOR HQ | ZONE SCSO | WATCH | SCHOOL ZONE N | WORK ZONE N |
| --- | --- | --- | --- | --- | --- |

REPORTING OFFICER
3527 - WOODS. SAMUEL

COMMENTS

**On 5/7/21 at around 0930 hours, I was on patrol in full uniform and driving a marked unit on Hwy A12. I saw a white colored Chevy Van driving east on Hwy A12 just west of Hwy 97. I saw that the vehicle failed to come to a complete stop before the limit line of a posted stop sign at the intersection of Hwy A12 / Hwy 97. I initiated a traffic stop on the vehicle for violating 22450(a) of the vehicle code. I contacted the driver who identified by California drivers license as Mao Thao. I informed Mao of the reason for the stop. Mao told me she did stop at the stop sign. Mao was unable to provide me with valid proof of insurance. I issued Mao citation # 48557 for violating 22450(a) and 16028(a) of the vehicle code.**

## OFFENSES

| ENTRY NO 1 | VIOLATION / STATUTE 22450(A)VC | OFFENSE DESCRIPTION FAILURE TO STOP AT STOP SIGN/ OR R/R CROSSING | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ATTEMPTED N | LEVEL I | DEGREE | COUNTS | NCIC CODE | BCS CODE | DISPOSITION | DISPOSITION DATE |
| AGENCY CLASSIFICATION 22450(A)VC | | | | LOCATION OF OFFENSE HWY A12/ HWY 97 | | | |
| GOC | | MODIFIER 1 | | MODIFIER 2 | | MODIFIER 3 | |
| COURT | | | | COURT DATE 06/29/2021 | | JUDGE | |
| COMMENTxxx | | | | | | | |

| ENTRY NO 2 | VIOLATION / STATUTE 16028(A)VC | OFFENSE DESCRIPTION NO PROOF OF INSURANCE | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ATTEMPTED N | LEVEL I | DEGREE | COUNTS | NCIC CODE | BCS CODE | DISPOSITION | DISPOSITION DATE |
| AGENCY CLASSIFICATION 16028(A)VC | | | | LOCATION OF OFFENSE HWY A12/ HWY 97 | | | |
| GOC | | MODIFIER 1 | | MODIFIER 2 | | MODIFIER 3 | |
| COURT | | | | COURT DATE 06/29/2021 | | JUDGE | |
| COMMENTxxx | | | | | | | |

## NAMES

| NUMBER 1 | INVOLVEMENT PC | NAME: LAST. FIRST. MIDDLE THAO, MAO ME | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| HOME ADDRESS 11727 QUARTZ AVE MONTAGUE, CA 96064 | | | | | MAILING ADDRESS | | |
| EMPLOYER | | EMPLOYER ADDRESS | | | | OCCUPATION | |
| HOME PHONE () | | CELL PHONE | | OTHER PHONE | | EMPLOYER PHONE | |

| DOB 08/16/1961 | AGE 59 | SEX F | RACE A | ETH | HEIGHT 501 | WEIGHT 150 | HAIR BLK | EYES BRO | POB | CITIZEN US | GANG IDENTIFICATION | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| DL NUMBER C1559681 | | DL ST CA | SSN | | FBI ID | | STATE ID | | LOCAL | | ID | ID |
| COMMENT | | | | | | | | | | | | |

## STATUS

| REPORT STATUS ISSUED | REPORT STATUS DATE 05/10/2021 | DISPOSITION CLOSED | DISPOSITION DATE 05/10/2021 | APPROVAL 3069 - WHETSTINE. BEN SPENCER | APPROVAL DATE 05/10/2021 |
| --- | --- | --- | --- | --- | --- |

| CITATION REPORT | SISKIYOU COUNTY SHERIFF'S DEPARTMENT | CITATION NUMBER 48557 |
|---|---|---|

## LAND VEHICLES

| ENTRY NO | INVOLVEMENT | VEHICLE TYPE | YEAR | MAKE | MODEL | STYLE | COLOR | COLOR | EVIDENCE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | AUTO | 2003 | CHEVROLET | EXPRESS (FULL SIZED | VN | WHI | WHI | N |

| LICENSE NUMBER | STATE | TYPE | YEAR | VIN | CUSTODY STATUS |
|---|---|---|---|---|---|
| 7U91276 | CA | | 2021 | 1GCFG15X131198328 | |

| COMMENT |
|---|
| |

## NAME RELATIONSHIP

| RELATIONSHIP TYPE | RELATIONSHIP 1 | RELATIONSHIP 2 |
|---|---|---|
| SUSPECT | THAO, MAO ME | THAO, MAO ME |

| COMMENT |
|---|
| |

## VEHICLE RELATIONSHIP

| RELATIONSHIP TYPE | RELATIONSHIP 1 | RELATIONSHIP 2 |
|---|---|---|
| DRIVER | THAO, MAO ME | AUTO: 7U91276 CA CHEV 2003 |

| COMMENT |
|---|
| |

EXHIBIT F



# SISKIYOU COUNTY
# SHERIFF'S DEPARTMENT
**305 BUTTE ST**
**YREKA, CA 96097**
**(530) 841-2900**

| **CFS EVENT DETAIL** |
| --- |
| CAD EVENT NUMBER |
| 2105140023 |
| CALL TYPE |
| OWAV |

## CALLS FOR SERVICE INFORMATION

| AGENCY | CAD EVENT NUMBER | CASE NUMBER | AGENCY NUMBER | DATE AND TIME | CALL TYPE | CALL TYPE EXPLAINED | | FINAL CALL TYPE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| SCSO | 2105140023 | 1210870 | 21006656 | 05/14/2021 11:26 | OWAV | OUT WITH A VEHICLE | | |

| LOCATION | | APT/SUITE/BOX | CITY | | RESPONSE ZONE | RESPONSE AREA |
| --- | --- | --- | --- | --- | --- | --- |
| BONANZA RD/A12 | | | | | 1F | 1F |

| CALL SOURCE | LOCATION COMMENT |
| --- | --- |
| P | |

| COMMENTS |
| --- |
| ------------------------[CAD2/3190  05/14/21 11:26:57]<br>P41 REQ L1 FOR A TRUCK FULL OF WATER.<br>------------------------[CAD1/1013  05/14/21 11:37:00]<br>ISSUED CASE# 1210870 FOR AGENCY SCSO by UNIT P41<br>------------------------[CAD1/1013  05/14/21 12:02:44]<br>VEHICLE TRANSPORTED TO AREA 51.<br><br><br>REFER TO DEPUTY VARGAS' REPORT |

| REPORTING PARTY | | AREA CODE | PHONE NUMBER |
| --- | --- | --- | --- |
| | | 530 | |

| REPORTING ADDRESS |
| --- |
| |

| PRIMARY UNIT | DISPOSITION | DISPOSITION COMMENTS | | |
| --- | --- | --- | --- | --- |
| P41 | | | | |

| E-911 | DISPATCH | ARRIVED | CLEARED | CLOSED | |
| --- | --- | --- | --- | --- | --- |
| | 11:27:52 | 11:27:54 | 12:03:42 | 12:03:42 | |

## UNITS STATUS RECORDSxxx

| TIME | UNIT | STATUS | COMMENT | LOCATION | DISPO |
| --- | --- | --- | --- | --- | --- |
| 5/14/2021 11:27:52 AM | P41 | D | | BONANZA RD/A12 | |
| 5/14/2021 11:27:54 AM | P41 | A | | BONANZA RD/A12 | |
| 5/14/2021 11:27:58 AM | P45 | D | | BONANZA RD/A12 | |
| 5/14/2021 11:33:44 AM | P41 | TM | UNIT TIMER: TIMER CANCELLED | | |
| 5/14/2021 11:37:00 AM | P41 | RL | CASE# 1210870 FOR AGENCY SCSO | | |
| 5/14/2021 11:37:21 AM | P41 | C4 | | | |
| 5/14/2021 12:03:40 PM | P45 | F | FREED BY CAD1 | | |
| 5/14/2021 12:03:42 PM | P41 | C | CLEARED BY CAD1 | | RR |

## LINKED NAMES

| UNIT | REASON | NAME ( OR DL) | DOB |
| --- | --- | --- | --- |
| | | LEE, PAO CHOUA | 06/26/1988 |
| P41 | FI | LEE, ANTONIO | 08/19/1997 |

## LINKED VEHICLES

| UNIT | REASON | LICENSE NO. | ST | MAKE | YEAR | COLOR |
| --- | --- | --- | --- | --- | --- | --- |
| | | 58775J2 | CA | GMC | 2018 | / |

## CASE NUMBERS

| CASE NUMBER | AGENCY | UNIT |
| --- | --- | --- |
| 1210870 | SCSO | P41 |

| CFS EVENT DETAIL | SISKIYOU COUNTY SHERIFF'S DEPARTMENT | CAD EVENT NUMBER<br>2105140023 |

## AGENCY EVENT NUMBERS

| AGENCY EVENT NUMBER | AGENCY |
|---|---|
| 21006656 | SCSO |

EXHIBIT G



# SISKIYOU COUNTY
# SHERIFF'S DEPARTMENT
**305 BUTTE ST**
**YREKA, CA 96097**
**(530) 841-2900**

| CFS EVENT DETAIL | |
|---|---|
| CAD EVENT NUMBER | |
| 2009040029 | |
| CALL TYPE | |
| MFEL | |

## CALLS FOR SERVICE INFORMATION

| AGENCY | CAD EVENT NUMBER | CASE NUMBER | AGENCY NUMBER | DATE AND TIME | CALL TYPE | CALL TYPE EXPLAINED | | FINAL CALL TYPE |
|---|---|---|---|---|---|---|---|---|
| SCSO | 2009040029 | | 20013289 | 09/04/2020 09:51 | MFEL | MISC FELONY | | |

| LOCATION | | APT/SUITE/BOX | CITY | | RESPONSE ZONE | RESPONSE AREA |
|---|---|---|---|---|---|---|
| 0 PERLA DR | | | | | 1F | 1F |

| CALL SOURCE | LOCATION COMMENT |
|---|---|
| P | |

**COMMENTS**
8G62432
8MYT
----------------------------[CAD1/1013  09/04/20 09:52:19]
VEHICLE JUST TURNED ON TO SHASTA VISTA
----------------------------[CAD2/3367  09/04/20 09:53:02]
IDA1 ADVISED 45MPH
----------------------------[CAD1/1013  09/04/20 09:53:38]
IDA1 ADVISED VEHICLE TURNED ON TO ST. GEORGE
----------------------------[CAD2/3367  09/04/20 09:53:39]
IDA1 ADVISED OF ADW WITH VEHICLE
----------------------------[CAD1/1013  09/04/20 09:53:48]
TURNING ON TO CARNES
----------------------------[CAD1/1013  09/04/20 09:54:06]
IDA1 45 MPH
----------------------------[CAD1/1013  09/04/20 09:54:17]
ASIAN MALE WEARING A MASK
----------------------------[CAD2/3367  09/04/20 09:54:49]
ONE OCCUPANT COLOR GRY
----------------------------[CAD1/1013  09/04/20 09:55:15]
40 TO 45 MPH
----------------------------[CAD2/3367  09/04/20 09:55:34]
VEHICLE TURNED ONTO MANZANITA
----------------------------[CAD1/1013  09/04/20 09:56:21]
VEHICLE TURNED ON TO ROLLINS
----------------------------[CAD2/3367  09/04/20 09:56:28]
VEHICLE TURNED ONTO ROLLAND
----------------------------[CAD2/3367  09/04/20 09:56:48]
VEHICLE NOW ON FELDMAN
----------------------------[CAD1/1013  09/04/20 09:57:13]
IDA1 ON HEIZELMAN
----------------------------[CAD1/1013  09/04/20 09:58:05]
IDA1 ADVISED VEHICLE IS 100 YARDS AHEAD OF HIM DUE TO DUST
----------------------------[CAD1/1013  09/04/20 09:58:16]
TURNED ON TO MARSHALL.
----------------------------[CAD1/1013  09/04/20 09:58:46]
IDA1 ADVISED HE IDENTIFIED HIMSELF AS A POLICE OFFICER TO THE INDIVIDUAL.
----------------------------[CAD1/1013  09/04/20 09:58:58]
TURNED ON TO COUNTRY DRIVE
----------------------------[CAD1/1013  09/04/20 09:59:12]
50 MPH
----------------------------[CAD1/1013  09/04/20 09:59:48]
TURNING ON TO RAEGAN.
----------------------------[CAD1/1013  09/04/20 09:59:59]
NO WEAPONS SEEN.
----------------------------[CAD1/1013  09/04/20 10:01:13]
IN A CLOUD OF DUST THE VEHICLE WENT AROUND ANOTHER VEHICLE OR TURNED INTO ONE OF THE PROPERTIES.
----------------------------[CAD1/1013  09/04/20 10:02:13]
CHECKING THE AREA.  SHUTTING DOWN HIS EMERGENCY EQUIPMENT
----------------------------[CAD1/1013  09/04/20 10:04:34]
DRIVER'S SIDE MIRROR WAS BENT BACK WHEN HE HIT HIM.
----------------------------[CAD1/1013  09/04/20 10:06:02]
IDA1 ADVISED THIS WAS A NEWER SMALL SILVER SUV
----------------------------[CAD1/1013  09/04/20 10:17:49]
END OF LOST MINE RD WITH SH3
----------------------------[CAD2/3367  09/04/20 10:18:46]
IDA1 REQUESTING TOW
----------------------------[CAD1/1013  09/04/20 10:18:52]
S10 ON SEEN WITH OTHER UNITS.
----------------------------[CAD1/1013  09/04/20 10:24:24]
IDA1 ADVISED THE SUSPECT FLED IN ANOTHER VEHICLE.

| CFS EVENT DETAIL | SISKIYOU COUNTY SHERIFF'S DEPARTMENT | CAD EVENT NUMBER<br>2009040029 |
|---|---|---|

NO OTHER UNITS NEEDED.

10-5 L2
-----------------------------[CAD1/1013  09/04/20 10:30:09]
IDA1 ADVISED HIS CASE # IS 20-DA-157
-----------------------------[CAD2/3367  09/04/20 10:32:54]
S10 ADVISED OUT WITH 5
-----------------------------[CAD1/1013  09/04/20 10:36:32]
S10 C4. CONTACTING SEVERAL RESIDENTS WHO ARE UPSET THAT THE LAW ENFORCEMENT UNITS WERE DRIVING TOO FAST ON THE ROADWAY.
-----------------------------[CAD1/1013  09/04/20 11:04:14]
S10 ADVISED THE TOW IS ON SCENE.
-----------------------------[CAD1/1013  09/04/20 11:15:32]
IDA1 ADVISED ALL UNITS ARE CLEAR.  HE IS FOLLOWING THE 1185 TO THE COUNTY YARD.
-----------------------------[CAD1/1013  09/04/20 11:15:54]
REFER TO IDA1'S REPORT

| REPORTING PARTY | | AREA CODE<br>530 | PHONE NUMBER |
|---|---|---|---|
| REPORTING ADDRESS | | | |

| PRIMARY UNIT<br>IDA1 | DISPOSITION | DISPOSITION COMMENTS | | |
|---|---|---|---|---|
| E-911 | DISPATCH<br>09:52:26 | ARRIVED<br>09:52:26 | CLEARED<br>12:50:39 | CLOSED<br>12:50:39 |

## UNITS STATUS RECORDSxxx

| TIME | UNIT | STATUS | COMMENT | LOCATION | DISPO |
|---|---|---|---|---|---|
| 9/4/2020 9:52:26 AM | IDA1 | A | | 0 PERLA DR | |
| 9/4/2020 9:53:59 AM | S10 | D | | 0 PERLA DR | |
| 9/4/2020 10:02:31 AM | IDA1 | TM | UNIT TIMER: TIMER CANCELLED | | |
| 9/4/2020 10:13:28 AM | P45 | D | | 0 PERLA DR | |
| 9/4/2020 10:13:38 AM | P45 | ES | | 0 PERLA DR | |
| 9/4/2020 10:27:51 AM | P45 | A | | 0 PERLA DR | |
| 9/4/2020 10:32:46 AM | SH3 | A | | 0 PERLA DR | |
| 9/4/2020 10:36:58 AM | P45 | TM | UNIT TIMER: TIMER CANCELLED | | |
| 9/4/2020 10:39:19 AM | SH3 | TM | UNIT TIMER: TIMER CANCELLED | | |
| 9/4/2020 11:04:19 AM | S10 | F | FREED BY CAD1 | | |
| 9/4/2020 11:15:36 AM | SH3 | F | FREED BY CAD1 | | |
| 9/4/2020 11:15:36 AM | P45 | F | FREED BY CAD1 | | |
| 9/4/2020 12:50:39 PM | IDA1 | C | CLEARED BY CAD1 | | RR |

## LINKED NAMES

| UNIT | REASON | NAME ( OR DL) | DOB |
|---|---|---|---|
| SH3 | FI | THAO, YER | 02/03/1983 |
| IDA1 | FI | LEE, KOUA NEG | 09/09/1978 |

## LINKED VEHICLES

| UNIT | REASON | LICENSE NO. | ST | MAKE | YEAR | COLOR |
|---|---|---|---|---|---|---|
| IDA1 | S | 8MYT752 | CA | SUBA | 2010 | /SIL/ |
| IDA1 | | 8G62432 | CA | TOYT | 2006 | / |
| IDA1 | | 0689F1 | CA | | | / |

## AGENCY EVENT NUMBERS

| AGENCY EVENT NUMBER | AGENCY |
|---|---|
| 20013289 | SCSO |

EXHIBIT H



**SISKIYOU COUNTY**
**SHERIFF'S DEPARTMENT**
**305 BUTTE ST**
**YREKA, CA 96097**
**(530) 841-2900**

| CFS EVENT DETAIL |
| --- |
| CAD EVENT NUMBER |
| 1807130068 |
| CALL TYPE |
| VEH STOP |

## CALLS FOR SERVICE INFORMATION

| AGENCY | CAD EVENT NUMBER | CASE NUMBER | AGENCY NUMBER | DATE AND TIME | CALL TYPE | CALL TYPE EXPLAINED | | FINAL CALL TYPE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| SCSO | 1807130068 | | 18010429 | 07/13/2018 20:42 | VEH STOP | VEHICLE STOP | | |

| LOCATION | | APT/SUITE/BOX | CITY | | RESPONSE ZONE | RESPONSE AREA |
| --- | --- | --- | --- | --- | --- | --- |
| A12/ JUNIPER DR | | | | | 1 | 1 |

| CALL SOURCE | LOCATION COMMENT |
| --- | --- |
| P | |

| COMMENTS |
| --- |
| ---------------------------[CAD1/3367  07/13/18 21:06:46] |
| CITE 45653 ISSUED TO SUBJECT RAN FOR WARRANT |
| ***** EVENT CLOSED BY CAD2 |

| REPORTING PARTY | | AREA CODE | PHONE NUMBER |
| --- | --- | --- | --- |
| | | 530 | |

| REPORTING ADDRESS |
| --- |
| |

| PRIMARY UNIT | DISPOSITION | DISPOSITION COMMENTS | | |
| --- | --- | --- | --- | --- |
| E-911 | INF | | | |

| | DISPATCH | ARRIVED | CLEARED | CLOSED | |
| --- | --- | --- | --- | --- | --- |
| | 20:42:09 | 00:00:00 | 00:00:00 | 21:24:43 | |

## UNITS STATUS RECORDSxxx

| TIME | UNIT | STATUS | COMMENT | LOCATION | DISPO |
| --- | --- | --- | --- | --- | --- |
| 7/13/2018 8:42:09 PM | P51 | D | | A12/ JUNIPER DR | |
| 7/13/2018 9:04:22 PM | P51 | F | RE-ASSIGNED | | |

## LINKED NAMES

| UNIT | REASON | NAME ( OR DL) | DOB |
| --- | --- | --- | --- |
| | | LEE, ZENG Y | 05/15/1972 |

## LINKED VEHICLES

| UNIT | REASON | LICENSE NO. | ST | MAKE | YEAR | COLOR |
| --- | --- | --- | --- | --- | --- | --- |
| | | 7WZB483 | CA | HOND | 2002 | / |

## AGENCY EVENT NUMBERS

| AGENCY EVENT NUMBER | AGENCY |
| --- | --- |
| 18010429 | SCSO |

EXHIBIT I



## SISKIYOU COUNTY
## SHERIFF'S DEPARTMENT
**305 BUTTE ST**
**YREKA, CA 96097**
**(530) 841-2900**

| CITATION REPORT | |
|---|---|
| CITATION NUMBER | |
| 45653 | |
| REPORT TYPE | |
| WARRANT | |
| ENTERED BY | ENTERED DATE |
| 2226 - HOPPER. JOSEPH DALE | 7/17/2018 |

## CITATION ENTRY

| AGENCY | CITATION TYPE | CITATION NUMBER | ISSUED DATE AND TIME | OCCURRED DATE AND TIME | CASE NUMBER | CAD EVENT NUMBER |
|---|---|---|---|---|---|---|
| SCSO | WARRANT | 45653 | 07/13/2018 20:42 | 07/13/2018 20:42 | | 1807130068 |

☐ SIGNATURE REFUSED   LOCATION: A12 / JUNIPER DR. MONTAGUE. CA 96064

| DISTRICT | | SECTOR | ZONE | WATCH | SCHOOL ZONE | WORK ZONE |
|---|---|---|---|---|---|---|
| 1 | | BV | SCSO | | N | N |

REPORTING OFFICER
2226 - HOPPER. JOSEPH DALE

COMMENTS

**On 07/13/18 at approximately 2047 hours, I was on patrol in in full uniform and in a marked Siskiyou County patrol vehicle. I was travelling W/B on Hwy A12 near Juniper Drive when I noticed a silver sedan with a break light out. I activated my overhead lights that have a constant forward facing red light and made and enforcement stop on the vehicle. I contacted the driver at his window and he was identified as Zeng Yee Lee by is Alaska Drivers license. After checking Lee's 29's it was determined he had a warrant for his arrest from Bass Lake Ca.**

**Lee was cited for his warrant to Madera Sheriff's Department on 9-11-18 at 0900 hours.**

## OFFENSES

| ENTRY NO | VIOLATION / STATUTE | OFFENSE DESCRIPTION | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | WARRANT OF ARREST | WARRANT OF ARREST-M | | | | | |

| ATTEMPTED | LEVEL | DEGREE | COUNTS | NCIC CODE | BCS CODE | DISPOSITION | DISPOSITION DATE |
|---|---|---|---|---|---|---|---|
| N | M | | | | 069 | | |

| AGENCY CLASSIFICATION | LOCATION OF OFFENSE | |
|---|---|---|
| WARRANT OF ARREST-M | | |

| GOC | MODIFIER 1 | MODIFIER 2 | MODIFIER 3 |
|---|---|---|---|
| | | | |

| COURT | COURT DATE | JUDGE |
|---|---|---|
| | 09/11/2018 | |

COMMENTxxx

## NAMES

| NUMBER | INVOLVEMENT | NAME: LAST. FIRST. MIDDLE |
|---|---|---|
| 1 | PC | LEE, ZENG Y |

| HOME ADDRESS | MAILING ADDRESS |
|---|---|
| 4200 E 4TH AVE ANCHORAGE, AK 99508 | 1660 LETA LN OROVILLE, CA 95965 |

| EMPLOYER | EMPLOYER ADDRESS | OCCUPATION |
|---|---|---|
| | | |

| HOME PHONE | CELL PHONE | OTHER PHONE | EMPLOYER PHONE |
|---|---|---|---|
| () | | | |

| DOB | AGE | SEX | RACE | ETH | HEIGHT | WEIGHT | HAIR | EYES | POB | CITIZEN | GANG IDENTIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/15/1972 | | M | | | 505 | 140 | BLK | BRO | | | |

| DL NUMBER | DL ST | SSN | FBI NO | STATE ID | LOCAL | ID | ID |
|---|---|---|---|---|---|---|---|
| 7021909 | AK | | | | | | |

COMMENT

## LAND VEHICLES

| ENTRY NO | INVOLVEMENT | VEHICLE TYPE | YEAR | MAKE | MODEL | STYLE | COLOR | COLOR | EVIDENCE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | AUTO | 1997 | TOYOTA | TERCEL | 4D | SIL | | N |

| LICENSE NUMBER | STATE | TYPE | YEAR | VIN | CUSTODY STATUS |
|---|---|---|---|---|---|
| 7WZR483 | CA | | | | |

COMMENT

## VEHICLE RELATIONSHIP

| RELATIONSHIP TYPE | RELATIONSHIP 1 | RELATIONSHIP 2 |
|---|---|---|
| RO/DRIVER | LEE, ZENG Y | AUTO: 7WZR483 CA TOYT 1997 |

COMMENT

## STATUS

| REPORT STATUS | REPORT STATUS DATE | DISPOSITION | DISPOSITION DATE | APPROVAL | APPROVAL DATE |
|---|---|---|---|---|---|
| ISSUED | 07/17/2018 | CLOSED | 07/17/2018 | 2047 - WEED. ABNER | 08/13/2018 |