1   **SPINELLI, DONALD & NOTT**
A Professional Corporation
2   DOMENIC D. SPINELLI, SBN: 131192
J. SCOTT DONALD, SBN: 158338
3   601 University Avenue, Suite 225
Sacramento, CA 95825
4   Telephone:  (916) 448-7888
Facsimile:  (916) 448-6888
5
Attorneys for Defendants County of
6   Siskiyou; Jeremiah LaRue and Jesus
Fernandez, in their official capacities
7   as members of the Siskiyou County
Sheriff's Department and in their individual
8   capacities; Brandon Criss, Ed Valenzuela,
Michael N. Kobseff, Nancy Ogren, and
9   Ray A. Haupt, in their official capacities
as members of the Siskiyou County Board
10  of Supervisors and in their individual
capacities; Edward Kiernan, in his official
11  capacity as County Counsel for Siskiyou
County and in his individual capacity;
12  and DOES 1-100.

13              UNITED STATES DISTRICT COURT

14            EASTERN DISTRICT OF CALIFORNIA

15                 SACRAMENTO DIVISION

16  Dilevon Lo, Jerry Vang, Nathan Thao, Mao        Case No.: 2:21-cv-00999-KJM-DMC
    Thao, Pao Lee, Antonio Lee, Koua Lee, Nhia
17  Thai Vang, Zeng Lee, Der Lee and Khue Cha      **DECLARATION OF SISKIYOU COUNTY
                                                    SHERIFF JEREMIAH LARUE, ISO
18              Plaintiffs,                          DEFENDANTS' OPPOSITION TO
                                                    PLAINTIFFS' MOTION FOR A
19          vs.                                     PRELIMINARY INJUNCTION**

20  County of Siskiyou; Jeremiah LaRue and         Complaint Filed: June 4, 2021
    Jesus Fernandez, in their official capacities as   First Amended Complaint Filed: July 15, 2021
21  members of the Siskiyou County Sheriff's
    Department and in their individual capacities;  Date:  August 6, 2021
22  and Brandon Criss, Ed Valenzuela, Michael      Time:  10:00 AM
    N. Kobseff, Nancy Ogren, and Ray A. Haupt,
23  in their official capacities as members of the
    Siskiyou County Board of Supervisors and in
24  their individual capacities; Edward Kiernan,   **[FEES EXEMPT PURSUANT TO
    in his official capacity as County Counsel for GOVERNMENT CODE SECTION 6103]**
25  Siskiyou County and in his individual
    capacity; and DOES 1-100,
26
                Defendants.
27

28

SPINELLI, DONALD
& NOTT

1
DECLARATION OF SISKIYOU COUNTY SHERIFF JEREMIAH LARUE ISO DEFENDANTS' OPPOSITION TO
PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

1    I, Jeremiah LaRue, do declare as follows:

2    1.    I am currently the appointed Siskiyou County Sheriff-Coroner.  I have held that

3    position since October 2020.  Prior to being appointed as Sheriff, I first became employed by

4    Siskiyou County as a Deputy Sheriff in 2006.  Over the years, I was promoted to Sergeant and then

5    Lieutenant before being appointed Sheriff.  I have personal knowledge of the matters contained

6    herein and, if called to do so, could and would testify to the facts set forth below.

7    2.    In my capacity as a law enforcement officer charged with enforcing the laws of this

8    state and county and specifically those related to the illegal cultivation of cannabis, I am intimately

9    familiar with all of the areas of the county and those areas where crime is concentrated including

10    the Mt. Shasta Vista subdivision.  (Hereinafter "MSV".)

11    3.    Over the years and starting a few years before 2015, marijuana cultivation began to

12    steadily increase in the MSV subdivision.  As a result, on April 7, 2015, the County passed an

13    ordinance making it illegal to cultivate cannabis. As a result of the ordinance and due to increased

14    enforcement, outdoor grows started to significantly decrease while greenhouses slowly became

15    more prevalent, with them exploding between 2018-2021. The move from outdoor to indoor

16    cultivation allowed cannabis growers to increase yields by a factor of two to three times on a per

17    annum basis.

18    4.    In approximately 2017-2018 the County issued an Urgency Resolution declaring a

19    local state of emergency due to the proliferation of indoor grow sites.

20    5.    In my capacity as a law enforcement officer, I engaged in eradication operations

21    where huge quantities of cannabis plants were ceased.  Through these operations I learned that the

22    cannabis we were confiscating was intended for illegal black markets and was being illegally

23    transported over state lines.  Approximately 150 search warrants per year were issued to effect

24    searches and seizures of illegal cannabis.

25    6.    Since 2017, illegal cultivation cannabis has only increased in the MSV area.  The

26    number of greenhouses is far greater than most of the other areas located in the county.  (**Exhibit A**

27    illustrates the increases in greenhouses between 2017 and 2021 in MSV.)

28    7.    Indoor marijuana cultivation requires an enormous amount of water.  A vast majority

SPINELLI, DONALD
& NOTT

DECLARATION OF SISKIYOU COUNTY SHERIFF JEREMIAH LARUE ISO DEFENDANTS' OPPOSITION TO
PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

1 | of the grow sites located in MSV are dependent on water trucks to provide the necessary water for
2 | illegal cannabis cultivation.  Generally, the standard water tender style truck is between 2,500 and
3 | 4,000 gallons. Prior to the enforcement of these water ordinances, there were around 100 trucks of
4 | that size making multiple trips per day from some of the large agricultural wells near to MSV. The
5 | water typically comes from ranchers who can charge large amounts from the cannabis growers for
6 | water and therefore many pump water on a continuous basis to supply the cultivators.  As reported
7 | as early as last year, more than 30 wells in adjacent farmland ran dry due to excessive pumping of
8 | ground water by adjacent property owners.

9 |       8.      In addition to its extraordinarily detrimental impact on the County's water supply,
10 | the cultivation of cannabis at the level known to occur in MSV requires the unregulated use of
11 | insecticides, pesticides, rodenticides, and fertilizers.

12 |       9.      In my capacity as a law enforcement officer, I have observed the impact on the
13 | environment as a result of the activities of the illegal cannabis growers including but not limited to
14 | the discharge of raw sewage on the land, the discharge of chemicals on the land and into the water
15 | table and the effect of the unpermitted construction on the thousands of sites located in MSV.
16 | (**Exhibit B** contains photographs of the devastation to the environment caused by the illegal
17 | cultivation of cannabis in MSV.)

18 |       10.     Several individuals have died due to carbon monoxide poisoning as a result of
19 | breathing carbon monoxide in illegally constructed dwellings and unpermitted greenhouses.

20 |       11.     In my capacity as a law enforcement officer, I have personally observed an increase
21 | in crime including dangerous felonies in MSV in the last four years.  While the occupants of MSV
22 | are distrustful of law enforcement and typically hesitant to report crimes, my office has received
23 | reports of armed robberies, assaults and murder where no such crimes were reported having
24 | occurred in MSV prior to the illegal cannabis cultivators moving in.  (**Exhibit C** to this declaration
25 | is a chart setting forth the increase in arrests and citations, including felonies. Plant counts,
26 | processed marijuana and seizure of U.S. currency and firearms have also increased)

27 |       12.     At approximately 1:15 PM on June 28, 2021, in conjunction with Bryan Schenone,
28 | the Director of the Office of Emergency Services (OES), we issued orders including an evacuation

SPINELLI, DONALD
& NOTT

DECLARATION OF SISKIYOU COUNTY SHERIFF JEREMIAH LARUE ISO DEFENDANTS' OPPOSITION TO
PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

1  warning and ultimately an actual evacuation of Lake Shastina and MSV.  The response to the

2  evacuation order by many of the individuals inhabiting MSV was extremely hostile.  Emergency

3  Response personnel, including firefighters, were intimidated with threats, thrown objects, and the

4  brandishment of firearms.  Additionally, residents of MSV utilized water trucks to block the

5  roadways that emergency personnel, including firefighters, needed to use in order to access the

6  active portions of the encroaching fire.

7     13.     Just within the past week, a Hmong individual was pistol whipped and robbed inside

8  MSV. Another Hmong individual was shot at by his Hmong neighbor during the night. Two

9  vehicles were vandalized and destroyed at one of the entrances to MSV, the vehicles were then

10  occupied and surrounded by "residents" of the vista and windows were smashed in.

11     14.     On July 23rd, six Hmong individuals were tied up with zip ties inside a structure and

12  robbed at gunpoint with firearms that were described as AK-47 style assault rifles and semi-

13  automatic handguns by three individuals from outside of the MSV area.

14     I declare under penalty of perjury under the laws of the State of California that the foregoing

15  is true and correct and that this was executed on this 28th day of July, 2021 in Siskiyou County,

16  California.

17

18                    _/s/ Jeremiah LaRue_
                     Jeremiah LaRue

19

20

21

22

23

24

25

26

27

28

SPINELLI, DONALD
& NOTT

4

DECLARATION OF SISKIYOU COUNTY SHERIFF JEREMIAH LARUE ISO DEFENDANTS' OPPOSITION TO
PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

EXHIBIT A





EXHIBIT B







































































EXHIBIT C

CRIMINAL IMPACT OF ILLEGAL CANNABIS IN MOUNT SHASTA VISTA

| Year | Plant Count | Processed MJ | U.S. Currency | Firearms | Arrests/Citations |
|---|---|---|---|---|---|
| 2017-2018 | 42,852 | 14,455 | $ 25,264.00 | 4 | 28 |
| 2018-2019 | 45,505 | 22,846.25 | $ 44,456.00 | 15 | 23 |
| 2019-2020 | 44,369 | 16,759.50 | Unknown | 15 | Unknown |
| 2020-2021 | 113,986 | 11,051 | $ 286,343.00 | 25 | 80 |
| 2021 (to date) | 441,990 | 28,111 | $ 711,545.00 | 43 | 123 |