**SPINELLI, DONALD & NOTT**
A Professional Corporation
DOMENIC D. SPINELLI, SBN: 131192
J. SCOTT DONALD, SBN: 158338
601 University Avenue, Suite 225
Sacramento, CA 95825
Telephone:  (916) 448-7888
Facsimile:   (916) 448-6888

Attorneys for Defendants County of Siskiyou; Jeremiah LaRue and Jesus Fernandez, in their official capacities as members of the Siskiyou County Sheriff's Department and in their individual capacities; Brandon Criss, Ed Valenzuela, Michael N. Kobseff, Nancy Ogren, and Ray A. Haupt, in their official capacities as members of the Siskiyou County Board of Supervisors and in their individual capacities; Edward Kiernan, in his official capacity as County Counsel for Siskiyou County and in his individual capacity; and DOES 1-100.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Dilevon Lo, Jerry Vang, Nathan Thao, Mao Thao, Pao Lee, Antonio Lee, Koua Lee, Nhia Thai Vang, Zeng Lee, Der Lee and Khue Cha<br><br>Plaintiffs,<br><br>vs.<br><br>County of Siskiyou; Jeremiah LaRue and Jesus Fernandez, in their official capacities as members of the Siskiyou County Sheriff's Department and in their individual capacities; and Brandon Criss, Ed Valenzuela, Michael N. Kobseff, Nancy Ogren, and Ray A. Haupt, in their official capacities as members of the Siskiyou County Board of Supervisors and in their individual capacities; Edward Kiernan, in his official capacity as County Counsel for Siskiyou County and in his individual capacity; and DOES 1-100,<br><br>Defendants. | Case No.: 2:21-cv-00999-KJM-DMC<br><br>**DECLARATION OF BRYAN SCHENONE, ISO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Complaint Filed: June 4, 2021<br>First Amended Complaint Filed: July 15, 2021<br><br>Date:   August 6, 2021<br>Time:   10:00 AM<br><br><br>**[FEES EXEMPT PURSUANT TO GOVERNMENT CODE SECTION 6103]** |

I, Bryan Schenone, do declare as follows:

1. I am the director of the Siskiyou County Office of Emergency Services (OES). I have held this position since April of 2021. I have held a similar position with the United States Air Force for 12 years. I am currently completing a Bachelor's degree and Master's degree from Arizona State in emergency management and public policy.

2. My training and service in the U.S. Air Force and my education have been focused on management of emergency response, which is intended to ensure saving lives, protecting property and protecting the environment in the event of a natural or man-made emergency.

3. As part of my duties with the County, I am responsible for monitoring and coordinating the County's response to emergency situations such as wildfires. In that capacity, I was responsible for monitoring and coordinating the County's response to a fire that has been identified as the Lava Fire and led to the issuance of an evacuation warning and laterally an evacuation order for Mt. Shasta Vista and Lake Shastina.

4. In furtherance of my duties with the County OES, I along with Siskiyou County Sheriff Jeremiah LaRue, monitored the Lava Fire in real time from Highway 97 as it grew in order to determine what emergency response including evacuation was required. Initially, the fire was fought exclusively by the U.S. Forest Service as it was confined to federal lands above railroad tracks located 1.5 miles from Hwy 97 and direction North another three miles to Lake Shastina and Mt. Shasta Vista. At that time, I was in communication with decision makers for the U.S. Forest Service concerning the spread and direction of the fire, the effectiveness of the U.S. Forest Service's efforts to battle the fires, and the weather, among other variables.

5. Based on my observations, my discussions with personnel in charge of the U.S. Forest Service's response to the fire and my discussions with Sheriff LaRue, we issued an order to residents of Lake Shastina and Mt. Shasta Vista consisting of an **evacuation warning** for those regions. We further determined that when the fire jumped the railroad tracks, we would need to call for an evacuation order for both of those areas because that would signal that the fire was moving in the direction of those two areas that were within the Siskiyou County jurisdiction and were known to be inhabited, and it was unlikely that the fire would be stopped by emergency personnel before it

reached those areas. When in fact the fire crossed the railroad tracks, in coordination with Sheriff LaRue we determined that an evacuation order was required on June 28, 2021.

6. At the point that the fire moved across the tracks, it ceased to be exclusively under the jurisdiction of the U.S. Forest Service and a coordinated response was initiated by Cal Fire crews who already had personnel and equipment including bulldozers and firetrucks in place to combat the fire with local agencies including the Weed Fire Department, Mt. Shasta Fire Department and Lake Shastina Fire Department.

7. The evacuation order was intended to apply to all of the inhabitants concerned in the districts that it applied. This includes all of the inhabitants of Mt. Shasta Vista.

8. In my capacity as the Director of the OES, I met with various individuals of the Hmong community from Mt. Shasta Vista to discuss the response to the Lava Fire and some of Mt. Shasta Vista's inhabitants' complaints that they should be allowed to fight the fires themselves. In both cases Cal Fire and Federal Forest Service Incident Management Teams PIO personnel were also present and the citizenry of Mt. Shasta Vista were informed that because they were not trained and properly equipped to fight fires, they would not be allowed to put themselves or others in harm's way. They were also informed that if they wished to become firefighters on a voluntary basis, training was available, and they were provided information on how to get that training.

9. In my capacity as a coordinator of emergency response personnel, I am aware that it is extremely unsafe for untrained, underequipped and improperly protected lay-people to attempt to fight any type of fire, but in particular wildfires, such as the Lava Fire. Firefighting associating with a wildfire such as the Lava Fire requires a coordinated response by trained individuals with appropriate equipment and an ability to communicate with others in the field to avoid becoming injured or killed by smoke or flames. It is my experience that untrained individuals in these types of events turn a property saving endeavor into a lifesaving incident. In those situations, valuable resources and personnel who should be fighting the fire are instead required to save these untrained and under-equipped lay personnel. This is one of the reasons why in the United States, it is required that firefighting is performed by trained firefighters including volunteer firefighters who must undergo extensive training in order to be certified to do so.

10. The Lava Fire saw 35 mph winds with large sized embers hurtling through the air to ignite and create new blazes hundreds of yards from where they initially originated. In such conditions the utilization of the water trucks owned by some Mt. Shasta Vista residents are of no practical use.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this was executed on this 28th day of July, 2021 in Siskiyou County, California.

                                         /s/ Bryan Schenone
                                         Bryan Schenone