**SPINELLI, DONALD & NOTT**
A Professional Corporation
DOMENIC D. SPINELLI, SBN: 131192
J. SCOTT DONALD, SBN: 158338
601 University Avenue, Suite 225
Sacramento, CA 95825
Telephone: (916) 448-7888
Facsimile: (916) 448-6888

Attorneys for Defendants County of Siskiyou; Jeremiah LaRue and Jesus Fernandez, in their official capacities as members of the Siskiyou County Sheriff's Department and in their individual capacities; Brandon Criss, Ed Valenzuela, Michael N. Kobseff, Nancy Ogren, and Ray A. Haupt, in their official capacities as members of the Siskiyou County Board of Supervisors and in their individual capacities; Edward Kiernan, in his official capacity as County Counsel for Siskiyou County and in his individual capacity; and DOES 1-100.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Dilevon Lo, Jerry Vang, Nathan Thao, Mao Thao, Pao Lee, Antonio Lee, Koua Lee, Nhia Thai Vang, Zeng Lee, Der Lee and Khue Cha<br><br>Plaintiffs,<br><br>vs.<br><br>County of Siskiyou; Jeremiah LaRue and Jesus Fernandez, in their official capacities as members of the Siskiyou County Sheriff's Department and in their individual capacities; and Brandon Criss, Ed Valenzuela, Michael N. Kobseff, Nancy Ogren, and Ray A. Haupt, in their official capacities as members of the Siskiyou County Board of Supervisors and in their individual capacities; Edward Kiernan, in his official capacity as County Counsel for Siskiyou County and in his individual capacity; and DOES 1-100,<br><br>Defendants. | Case No.: 2:21-cv-00999-KJM-DMC<br><br>**DEFENDANTS' OBJECTIONS TO THE AFFIDAVIT OF DER LEE DATED JULY 7, 2021 (CM/ECF NO. 23)**<br><br>Complaint Filed: June 4, 2021<br>First Amended Complaint Filed: July 15, 2021<br><br>Date: August 6, 2021<br>Time: 10:00 AM<br><br>**[FEES EXEMPT PURSUANT TO GOVERNMENT CODE SECTION 6103]** |

Defendants hereby submit their objections to the affidavit filed by Der Lee in support of Plaintiffs' original motion for TRO and preliminary injunction and the current motion for preliminary injunction.

| Material Objected To: | Grounds for Objection: | Ruling on Objection: |
|---|---|---|
| Affidavit of Der Lee, July 7, 2021, ¶3<br><br>"I was born in Laos. My father was a Captain in the U.S. Secret Army. He was killed during the war in Southeast Asia. After my father died, my mother remarried a man who was also a solider in the Secret War." | Irrelevant.<br><br>Prejudicial, confusing and misleading (FRE 403) | Sustained: _____<br><br>Overruled: _____ |
| ¶4<br><br>"From 1975 to 1983, I hid in the jungles of Laos to escape the persecution of the Pathet Lao. In 1983, I surrendered to the Lao government. My parents and other older people were taken to re-education camps after leaving the jungle; some of them did not return. Myself and other children were left alone." | Irrelevant.<br><br>Prejudicial, confusing and misleading (FRE 403) | Sustained: _____<br><br>Overruled: _____ |
| ¶5<br><br>"I escaped to Thailand and lived in a refugee camp at Chong Chan. I was there for three years before coming to the United States where I settled in Colorado." | Irrelevant.<br><br>Prejudicial, confusing and misleading (FRE 403) | Sustained: _____<br><br>Overruled: _____ |
| ¶6<br><br>"In 2015, I moved to Mt. Shasta Vista where I bought a 2.5 acre piece of property. Myself and others in the Hmong community in Mt. Shasta experienced a great deal of racial prejudice at the time. Because of the racial prejudice in Mt. Shasta, I moved to Minnesota for one year. I returned to Mt. Shasta in 2016." | Lacks foundation.<br><br>Irrelevant.<br><br>Hearsay. (FRE 801)<br><br>Prejudicial, confusing and misleading (FRE 403) | Sustained: _____<br><br>Overruled: _____ |
| ¶8<br><br>"I must depend on water trucks to bring me water. I have a large above-ground pool in which I store water. Right now, the amount of water left in the pool does not reach my knees." | Irrelevant.<br><br>Prejudicial, confusing and misleading (FRE 403) | Sustained: _____<br><br>Overruled: _____ |

| | | | |
|---|---|---|---|
| 1 | ¶9 "To get drinking water, I fill three to five 5-gallon jugs with water at the Walmart (when it is available) in Yreka, which is about twenty five miles from my house. Sometimes there is no water at Walmart. I am afraid of being pulled over for transporting water from Walmart to my home." | Irrelevant.<br><br>Prejudicial, confusing and misleading (FRE 403) | Sustained: _____<br><br>Overruled: _____ |
| 6 | ¶10 "My wife, Yeng Yang, is 50 years old. She and I live on our property with our animals. We have four dogs, 100 to 200 ducks, and 100 chickens. We rely on the animals for food. I worry how I will get water from them when my pool runs dry. Two of my chickens have already died due to lack of water." | Irrelevant.<br><br>Prejudicial, confusing and misleading (FRE 403)<br><br>Lacks foundation.<br><br>Inadmissible opinion. (FRE 701) | Sustained: _____<br><br>Overruled: _____ |
| 12 | ¶11 "I normally allocate 100 gallons of water each day for the animals. I have had to reduce the amount to 45 gallons of water per day because I do not have access to enough water." | Irrelevant.<br><br>Prejudicial, confusing and misleading (FRE 403) | Sustained: _____<br><br>Overruled: _____ |
| 15 | ¶12 "My wife and I also farmed vegetables in a garden on our property, which we also relied on for food. All of the plants have died due to lack of water. When water became scarce, I had to choose between my plants or my animals. I chose to keep my animals alive." | Irrelevant.<br><br>Prejudicial, confusing and misleading (FRE 403)<br>Speculation.<br><br>Inadmissible opinion. (FRE 701) | Sustained: _____<br><br>Overruled: _____ |
| 20 | ¶14 "If I do not get more water, I plan to move my animals to Minnesota where there is enough water to keep them alive. I plan to do this in the fall. In the summer, it is too hot to transport them, especially without enough water, and many of them would die." | Irrelevant.<br><br>Prejudicial, confusing and misleading (FRE 403)<br><br>Speculation.<br><br>Inadmissible opinion. (FRE 701) | Sustained: _____<br><br>Overruled: _____ |
| 25 | ¶15 "My current living situation is much like when I lived in the jungles of Laos. However, in the jungle I had plenty of water and never had to worry about getting water." | Irrelevant.<br><br>Prejudicial, confusing and misleading (FRE 403) | Sustained: _____<br><br>Overruled: _____ |

| ¶16 "Attached hereto as Exhibit A are true and correct photos of my animals and me on my property on June 24, 2021." | Irrelevant. | Sustained: _____ Overruled: _____ |
|---|---|---|