1  **SPINELLI, DONALD & NOTT**
   A Professional Corporation
2  DOMENIC D. SPINELLI, SBN: 131192
   J. SCOTT DONALD, SBN: 158338
3  601 University Avenue, Suite 225
   Sacramento, CA 95825
4  Telephone:  (916) 448-7888
   Facsimile:  (916) 448-6888
5
   Attorneys for Defendants County of
6  Siskiyou; Jeremiah LaRue and Jesus
   Fernandez, in their official capacities
7  as members of the Siskiyou County
   Sheriff's Department and in their individual
8  capacities; Brandon Criss, Ed Valenzuela,
   Michael N. Kobseff, Nancy Ogren, and
9  Ray A. Haupt, in their official capacities
   as members of the Siskiyou County Board
10 of Supervisors and in their individual
   capacities; Edward Kiernan, in his official
11 capacity as County Counsel for Siskiyou
   County and in his individual capacity;
12 and DOES 1-100.

13                UNITED STATES DISTRICT COURT

14             EASTERN DISTRICT OF CALIFORNIA

15                   SACRAMENTO DIVISION

16 | Dilevon Lo, Jerry Vang, Nathan Thao, Mao Thao, Pao Lee, Antonio Lee, Koua Lee, Nhia Thai Vang, Zeng Lee, Der Lee and Khue Cha | Case No.:  2:21-cv-00999-KJM-DMC |

17
18                    Plaintiffs,                **DEFENDANTS' OBJECTIONS TO THE AFFIDAVIT OF KOUA LEE DATED JUNE 11, 2021 (CM/ECF NO. 9-8)**

19       vs.
                                                 Complaint Filed: June 4, 2021
20 County of Siskiyou; Jeremiah LaRue and         First Amended Complaint Filed: July 15, 2021
   Jesus Fernandez, in their official capacities as
21 members of the Siskiyou County Sheriff's       Date:   August 6, 2021
   Department and in their individual capacities;  Time:  10:00 AM
22 and Brandon Criss, Ed Valenzuela, Michael
   N. Kobseff, Nancy Ogren, and Ray A. Haupt,
23 in their official capacities as members of the
   Siskiyou County Board of Supervisors and in    **[FEES EXEMPT PURSUANT TO**
24 their individual capacities; Edward Kiernan,    **GOVERNMENT CODE SECTION 6103]**
   in his official capacity as County Counsel for
25 Siskiyou County and in his individual
   capacity; and DOES 1-100,

26                    Defendants.

27

28

Defendants hereby submit their objections to the affidavit filed by Koua Lee in support of Plaintiffs' original motion for TRO and preliminary injunction and the current motion for preliminary injunction.

| Material Objected To: | Grounds for Objection: | Ruling on Objection: |
|---|---|---|
| Affidavit of Koua Lee, June 11, 2021, ¶2<br><br>"Both my wife and I were born in Laos." | Irrelevant.<br><br>Prejudicial, confusing and misleading (FRE 403) | Sustained: _____<br><br>Overruled: _____ |
| ¶3<br><br>"During the time of the Secret War, I was a college student. When the Pathet Lao took over the country, they were sending college students to re-education camps." | Irrelevant.<br><br>Prejudicial, confusing and misleading (FRE 403) | Sustained: _____<br><br>Overruled: _____ |
| ¶4<br><br>"In 1976 I escaped Laos and for the next two years was in a refugee camp in Thailand. My wife and I met in the camp and were married in 1977." | Irrelevant.<br><br>Prejudicial, confusing and misleading (FRE 403) | Sustained: _____<br><br>Overruled: _____ |
| ¶5<br><br>"In 1978 my wife and I immigrated to the United States and stayed in Hawaii. I worked for IBM in North Carolina for seven years as a Quality Inspector. I also owned a Chinese restaurant in Modesto, California with my wife. I am now disabled and retired." | Irrelevant.<br><br>Prejudicial, confusing and misleading (FRE 403) | Sustained: _____<br><br>Overruled: _____ |
| ¶6<br><br>"My wife and I were dependent on the water trucks for our needs. Now we have to go to the creek in City Park in Mt. Shasta City two times a week to bring back 68 gallons from the creek." | Irrelevant.<br><br>Prejudicial, confusing and misleading (FRE 403) | Sustained: _____<br><br>Overruled: _____ |
| ¶7<br><br>"We need this water for drinking, cooking, and for our animals. We have 20 chickens and 6 pheasants. We are not able to bathe." | Irrelevant.<br><br>Prejudicial, confusing and misleading (FRE 403) | Sustained: _____<br><br>Overruled: _____ |
| ¶8<br><br>"I am disabled and have h ad heart surgery. My wife and I suffer great | Irrelevant.<br><br>Prejudicial, confusing and misleading (FRE 403) | Sustained: _____<br><br>Overruled: _____ |

| | | |
|---|---|---|
| anxiety and depression from the trauma of the war." | | |
| ¶9<br><br>"If we can't get water, we will have to sell our property, but there are no buyers." | Irrelevant.<br><br>Prejudicial, confusing and misleading (FRE 403) | Sustained: _____<br><br>Overruled: _____ |
| ¶10<br><br>"Four years ago, we paid $170 for a well permit but we never received the permit." | Hearsay. (FRE 801)<br><br>Irrelevant.<br><br>Prejudicial, confusing and misleading (FRE 403) | Sustained: _____<br><br>Overruled: _____ |
| ¶11<br><br>"My wife and I have encountered local residents in Siskiyou County who tell us that because we are Asian we must be growing marijuana and tell us 'go back where you came from.'" | Hearsay. (FRE 801)<br><br>Irrelevant.<br><br>Prejudicial, confusing and misleading (FRE 403) | Sustained: _____<br><br>Overruled: _____ |

SPINELLI, DONALD
& NOTT

DEFENDANTS' OBJECTIONS TO THE AFFIDAVIT OF KOUA LEE DATED 6/11/21 (CM/ECF NO. 9-8)