1  **SPINELLI, DONALD & NOTT**
   A Professional Corporation
2  DOMENIC D. SPINELLI, SBN: 131192
   J. SCOTT DONALD, SBN: 158338
3  601 University Avenue, Suite 225
   Sacramento, CA 95825
4  Telephone:  (916) 448-7888
   Facsimile:   (916) 448-6888
5
   Attorneys for Defendants County of
6  Siskiyou; Jeremiah LaRue and Jesus
   Fernandez, in their official capacities
7  as members of the Siskiyou County
   Sheriff's Department and in their individual
8  capacities; Brandon Criss, Ed Valenzuela,
   Michael N. Kobseff, Nancy Ogren, and
9  Ray A. Haupt, in their official capacities
   as members of the Siskiyou County Board
10 of Supervisors and in their individual
   capacities; Edward Kiernan, in his official
11 capacity as County Counsel for Siskiyou
   County and in his individual capacity;
12 and DOES 1-100.

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15                       SACRAMENTO DIVISION

16 | Dilevon Lo, Jerry Vang, Nathan Thao, Mao Thao, Pao Lee, Antonio Lee, Koua Lee, Nhia Thai Vang, Zeng Lee, Der Lee and Khue Cha | Case No.:  2:21-cv-00999-KJM-DMC |
17 | | **DEFENDANTS' OBJECTIONS TO THE AFFIDAVIT OF NHIA THAI VANG DATED JUNE 11, 2021 (CM/ECF NO. 9-5)** |
18 | Plaintiffs, | |
19 | vs. | Complaint Filed: June 4, 2021 First Amended Complaint Filed: July 15, 2021 |
20 | County of Siskiyou; Jeremiah LaRue and Jesus Fernandez, in their official capacities as members of the Siskiyou County Sheriff's Department and in their individual capacities; and Brandon Criss, Ed Valenzuela, Michael N. Kobseff, Nancy Ogren, and Ray A. Haupt, in their official capacities as members of the Siskiyou County Board of Supervisors and in their individual capacities; Edward Kiernan, in his official capacity as County Counsel for Siskiyou County and in his individual capacity; and DOES 1-100, | Date:  August 6, 2021 Time:  10:00 AM |
21 | | |
22 | | |
23 | | **[FEES EXEMPT PURSUANT TO GOVERNMENT CODE SECTION 6103]** |
24 | | |
25 | | |
26 | Defendants. | |

27

28

Defendants hereby submit their objections to the affidavit filed by Nhia Thai Vang in support of Plaintiffs' original motion for TRO and preliminary injunction and the current motion for preliminary injunction.

| Material Objected To: | Grounds for Objection: | Ruling on Objection: |
|---|---|---|
| Affidavit of Nhia Thai Vang, June 11, 2021, ¶2<br><br>" | Irrelevant.<br><br>Prejudicial, confusing and misleading (FRE 403) | Sustained: _____<br><br>Overruled: _____ |
| ¶3<br><br>" | Irrelevant.<br><br>Prejudicial, confusing and misleading (FRE 403) | Sustained: _____<br><br>Overruled: _____ |
| ¶4<br><br>" | Irrelevant.<br><br>Prejudicial, confusing and misleading (FRE 403) | Sustained: _____<br><br>Overruled: _____ |
| ¶5<br><br>" | Irrelevant.<br><br>Prejudicial, confusing and misleading (FRE 403) | Sustained: _____<br><br>Overruled: _____ |
| ¶6<br><br>" | Irrelevant.<br><br>Prejudicial, confusing and misleading (FRE 403) | Sustained: _____<br><br>Overruled: _____ |
| ¶8<br><br>" | Speculation.<br><br>Hearsay. (FRE 801)<br><br>Inadmissible opinion. (FRE 701) | Sustained: _____<br><br>Overruled: _____ |
| ¶9<br><br>" | Irrelevant.<br><br>Prejudicial, confusing and misleading (FRE 403) | Sustained: _____<br><br>Overruled: _____ |
| ¶10<br><br>" | Lacks foundation.<br><br>Irrelevant.<br><br>Inadmissible opinion. (FRE 701)<br><br>Prejudicial, confusing and misleading (FRE 403) | Sustained: _____<br><br>Overruled: _____ |
| ¶12<br><br>" | Speculation.<br><br>Lacks foundation.<br><br>Prejudicial, confusing and misleading (FRE 403) | Sustained: _____<br><br>Overruled: _____ |

SPINELLI, DONALD & NOTT

DEFENDANTS' OBJECTIONS TO THE AFFIDAVIT OF NHIA THAI VANG DATED 6/11/21 (CM/ECF NO. 9-5)

| | | Sustained: _____ |
|---|---|---|
| | | Overruled: _____ |

SPINELLI, DONALD & NOTT

DEFENDANTS' OBJECTIONS TO THE AFFIDAVIT OF NHIA THAI VANG DATED 6/11/21 (CM/ECF NO. 9-5)