**SPINELLI, DONALD & NOTT**
A Professional Corporation
DOMENIC D. SPINELLI, SBN: 131192
J. SCOTT DONALD, SBN: 158338
601 University Avenue, Suite 225
Sacramento, CA 95825
Telephone:  (916) 448-7888
Facsimile:   (916) 448-6888

Attorneys for Defendants County of Siskiyou; Jeremiah LaRue and Jesus Fernandez, in their official capacities as members of the Siskiyou County Sheriff's Department and in their individual capacities; Brandon Criss, Ed Valenzuela, Michael N. Kobseff, Nancy Ogren, and Ray A. Haupt, in their official capacities as members of the Siskiyou County Board of Supervisors and in their individual capacities; Edward Kiernan, in his official capacity as County Counsel for Siskiyou County and in his individual capacity; and DOES 1-100.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Dilevon Lo, Jerry Vang, Nathan Thao, Mao Thao, Pao Lee, Antonio Lee, Koua Lee, Nhia Thai Vang, Zeng Lee, Der Lee and Khue Cha<br><br>Plaintiffs,<br><br>vs.<br><br>County of Siskiyou; Jeremiah LaRue and Jesus Fernandez, in their official capacities as members of the Siskiyou County Sheriff's Department and in their individual capacities; and Brandon Criss, Ed Valenzuela, Michael N. Kobseff, Nancy Ogren, and Ray A. Haupt, in their official capacities as members of the Siskiyou County Board of Supervisors and in their individual capacities; Edward Kiernan, in his official capacity as County Counsel for Siskiyou County and in his individual capacity; and DOES 1-100,<br><br>Defendants. | Case No.:  2:21-cv-00999-KJM-DMC<br><br>**DEFENDANTS' OBJECTIONS TO THE AFFIDAVIT OF NHIA THAI VANG DATED JULY 6, 2021 (CM/ECF NO. 26)**<br><br>Complaint Filed: June 4, 2021<br>First Amended Complaint Filed: July 15, 2021<br><br>Date:   August 6, 2021<br>Time:   10:00 AM<br><br>**[FEES EXEMPT PURSUANT TO GOVERNMENT CODE SECTION 6103]** |

Defendants hereby submit their objections to the supplemental affidavit filed by Nhia Thai Vang in support of Plaintiffs' original motion for TRO and preliminary injunction and the current motion for preliminary injunction.

| Material Objected To: | Grounds for Objection: | Ruling on Objection: |
|---|---|---|
| Supplemental Affidavit of Nhia Thai Vang, July 6, 2021, ¶4<br><br>"In the June 11 affidavit, I explained that my wife and I were told we could not put in a well when we purchased our property in 2015 due to the high salt content. I also explained that my wife and I depend on our daughter and son-in-law to bring us water in 55-gallon drums." | Hearsay. (FRE 801)<br><br>Inadmissible opinion. (FRE 701)<br><br>Prejudicial, confusing and misleading (FRE 403)<br><br>Contradictory to original declaration ¶8 | Sustained: _____<br><br>Overruled: _____ |
| ¶5<br><br>"My daughter and son-in-law both work full-time jobs so my wife and I are only able to get water from them when they have availability." | Irrelevant.<br><br>Prejudicial, confusing and misleading (FRE 403) | Sustained: _____<br><br>Overruled: _____ |
| ¶6<br><br>"My wife and I have chickens and ducks that we rely on for food. We also have two dogs. Before the water truck ban, we had over 100 chickens and ducks. Many of them have died due to lack of water. Now we only have around six or seven chickens and thirty ducks." | Irrelevant.<br><br>Prejudicial, confusing and misleading (FRE 403)<br><br>Lacks foundation.<br><br>Inadmissible opinion. (FRE 701) | Sustained: _____<br><br>Overruled: _____ |
| ¶7<br><br>"My wife and I have had to ask friends to borrow water when possible." | Irrelevant.<br><br>Prejudicial, confusing and misleading (FRE 403) | Sustained: _____<br><br>Overruled: _____ |
| ¶8<br><br>"Attached as Exhibit A are true and correct photos of my wife, Bao Lee, and me with our chickens on our property in Siskiyou County. The photos were taken on June 24, 2021." | Irrelevant.<br><br>Prejudicial, confusing and misleading (FRE 403) | Sustained: _____<br><br>Overruled: _____ |