**SPINELLI, DONALD & NOTT**
A Professional Corporation
DOMENIC D. SPINELLI, SBN: 131192
J. SCOTT DONALD, SBN: 158338
601 University Avenue, Suite 225
Sacramento, CA 95825
Telephone: (916) 448-7888
Facsimile: (916) 448-6888

Attorneys for Defendants County of Siskiyou; Jeremiah LaRue and Jesus Fernandez, in their official capacities as members of the Siskiyou County Sheriff's Department and in their individual capacities; Brandon Criss, Ed Valenzuela, Michael N. Kobseff, Nancy Ogren, and Ray A. Haupt, in their official capacities as members of the Siskiyou County Board of Supervisors and in their individual capacities; Edward Kiernan, in his official capacity as County Counsel for Siskiyou County and in his individual capacity; and DOES 1-100.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Dilevon Lo, Jerry Vang, Nathan Thao, Mao Thao, Pao Lee, Antonio Lee, Koua Lee, Nhia Thai Vang, Zeng Lee, Der Lee and Khue Cha<br><br>Plaintiffs,<br><br>vs.<br><br>County of Siskiyou; Jeremiah LaRue and Jesus Fernandez, in their official capacities as members of the Siskiyou County Sheriff's Department and in their individual capacities; and Brandon Criss, Ed Valenzuela, Michael N. Kobseff, Nancy Ogren, and Ray A. Haupt, in their official capacities as members of the Siskiyou County Board of Supervisors and in their individual capacities; Edward Kiernan, in his official capacity as County Counsel for Siskiyou County and in his individual capacity; and DOES 1-100,<br><br>Defendants. | Case No.: 2:21-cv-00999-KJM-DMC<br><br>**DEFENDANTS' OBJECTIONS TO THE AFFIDAVIT OF DER LEE DATED JULY 7, 2021 (CM/ECF NO. 23)**<br><br>Complaint Filed: June 4, 2021<br>First Amended Complaint Filed: July 15, 2021<br><br>Date: August 6, 2021<br>Time: 10:00 AM<br><br>**[FEES EXEMPT PURSUANT TO GOVERNMENT CODE SECTION 6103]** |

Defendants hereby submit their objections to the affidavit filed by Der Lee in support of Plaintiffs' original motion for TRO and preliminary injunction and the current motion for preliminary injunction.

| Material Objected To: | Grounds for Objection: | Ruling on Objection: |
|---|---|---|
| Affidavit of Der Lee, July 7, 2021, ¶3 | Irrelevant. | Sustained: _____ |
| " | Prejudicial, confusing and misleading (FRE 403) | Overruled: _____ |
| ¶4 | Irrelevant. | Sustained: _____ |
| " | Prejudicial, confusing and misleading (FRE 403) | Overruled: _____ |
| ¶5 | Irrelevant. | Sustained: _____ |
| " | Prejudicial, confusing and misleading (FRE 403) | Overruled: _____ |
| ¶6 | Lacks foundation. | Sustained: _____ |
| " | Irrelevant. | Overruled: _____ |
|  | Hearsay. (FRE 801) |  |
|  | Prejudicial, confusing and misleading (FRE 403) |  |
| ¶8 | Irrelevant. | Sustained: _____ |
| " | Prejudicial, confusing and misleading (FRE 403) | Overruled: _____ |
| ¶9 | Irrelevant. | Sustained: _____ |
| " | Prejudicial, confusing and misleading (FRE 403) | Overruled: _____ |
| ¶10 | Irrelevant. | Sustained: _____ |
| " | Prejudicial, confusing and misleading (FRE 403) | Overruled: _____ |
|  | Lacks foundation. |  |
|  | Inadmissible opinion. (FRE 701) |  |
| ¶11 | Irrelevant. | Sustained: _____ |
| " | Prejudicial, confusing and misleading (FRE 403) | Overruled: _____ |
| ¶12 | Irrelevant. | Sustained: _____ |
| " | Prejudicial, confusing and misleading (FRE 403) | Overruled: _____ |

| | | |
|---|---|---|
| | Speculation. | |
| | Inadmissible opinion. (FRE 701) | |
| ¶14 " | Irrelevant. | |
| | Prejudicial, confusing and misleading (FRE 403) | |
| | Speculation. | |
| | Inadmissible opinion. (FRE 701) | |
| ¶15 " | | |