**SPINELLI, DONALD & NOTT**
A Professional Corporation
DOMENIC D. SPINELLI, SBN: 131192
J. SCOTT DONALD, SBN: 158338
601 University Avenue, Suite 225
Sacramento, CA 95825
Telephone: (916) 448-7888
Facsimile: (916) 448-6888

Attorneys for Defendants County of Siskiyou; Jeremiah LaRue and Jesus Fernandez, in their official capacities as members of the Siskiyou County Sheriff's Department and in their individual capacities; Brandon Criss, Ed Valenzuela, Michael N. Kobseff, Nancy Ogren, and Ray A. Haupt, in their official capacities as members of the Siskiyou County Board of Supervisors and in their individual capacities; Edward Kiernan, in his official capacity as County Counsel for Siskiyou County and in his individual capacity; and DOES 1-100.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Dilevon Lo, Jerry Vang, Nathan Thao, Mao Thao, Pao Lee, Antonio Lee, Koua Lee, Nhia Thai Vang, Zeng Lee, Der Lee and Khue Cha<br><br>Plaintiffs,<br><br>vs.<br><br>County of Siskiyou; Jeremiah LaRue and Jesus Fernandez, in their official capacities as members of the Siskiyou County Sheriff's Department and in their individual capacities; and Brandon Criss, Ed Valenzuela, Michael N. Kobseff, Nancy Ogren, and Ray A. Haupt, in their official capacities as members of the Siskiyou County Board of Supervisors and in their individual capacities; Edward Kiernan, in his official capacity as County Counsel for Siskiyou County and in his individual capacity; and DOES 1-100,<br><br>Defendants. | Case No.: 2:21-cv-00999-KJM-DMC<br><br>**DEFENDANTS' AMENDED OBJECTIONS TO THE AFFIDAVIT OF NHIA THAI VANG DATED JUNE 11, 2021 (CM/ECF NO. 9-5)**<br><br>Complaint Filed: June 4, 2021<br>First Amended Complaint Filed: July 15, 2021<br><br>Date: August 6, 2021<br>Time: 10:00 AM<br><br>**[FEES EXEMPT PURSUANT TO GOVERNMENT CODE SECTION 6103]** |

Defendants hereby submit their objections to the affidavit filed by Nhia Thai Vang in support of Plaintiffs' original motion for TRO and preliminary injunction and the current motion for preliminary injunction.

| Material Objected To: | Grounds for Objection: | Ruling on Objection: |
|---|---|---|
| Affidavit of Nhia Thai Vang, June 11, 2021, ¶2<br><br>"I was a Lieutenant in the U.S. Secret War and was involved in intercepting communist supplies being sent down the Ho Chi Minh trail." | Irrelevant.<br><br>Prejudicial, confusing and misleading (FRE 403) | Sustained: _____<br><br>Overruled: _____ |
| ¶3<br><br>"I was not injured myself in the war but witnessed others being wounded and killed." | Irrelevant.<br><br>Prejudicial, confusing and misleading (FRE 403) | Sustained: _____<br><br>Overruled: _____ |
| ¶4<br><br>"During the war, my wife Bao lived at the Secret Army headquarters base at Long Chieng where she raised our ten children." | Irrelevant.<br><br>Prejudicial, confusing and misleading (FRE 403) | Sustained: _____<br><br>Overruled: _____ |
| ¶5<br><br>"When the war ended in 1975 we fled to the jungles of Laos where we lived until 1987." | Irrelevant.<br><br>Prejudicial, confusing and misleading (FRE 403) | Sustained: _____<br><br>Overruled: _____ |
| ¶6<br><br>"In 1987 we fled to Thailand where we lived in various refugee camps for two years. On December 7, 1989 we came to the United States." | Irrelevant.<br><br>Prejudicial, confusing and misleading (FRE 403) | Sustained: _____<br><br>Overruled: _____ |
| ¶8<br><br>"We were told if we tried to put in a well the water would be salty so we depended on the water trucks for water." | Speculation.<br><br>Hearsay. (FRE 801)<br><br>Inadmissible opinion. (FRE 701) | Sustained: _____<br><br>Overruled: _____ |
| ¶9<br><br>"To get water now we must depend on our daughter and son-in-law to give us water every three days which we transport in two 55 gallon drums." | Irrelevant.<br><br>Prejudicial, confusing and misleading (FRE 403) | Sustained: _____<br><br>Overruled: _____ |
| ¶10<br><br>"As to the attitude of the community, some people are racist towards us and | Lacks foundation.<br><br>Irrelevant. | Sustained: _____<br><br>Overruled: _____ |

| | | |
|---|---|---|
| some people are not." | Inadmissible opinion. (FRE 701)<br><br>Prejudicial, confusing and misleading (FRE 403) | |
| ¶12<br><br>"The water issue is a crisis to us and we are hurt to the extreme. If my wife and I are unable to get water, we will have to leave the property or we will not be able to survive." | Speculation.<br><br>Lacks foundation.<br><br>Prejudicial, confusing and misleading (FRE 403) | Sustained: _____<br><br>Overruled: _____ |

Dated: July 29, 2021            SPINELLI, DONALD & NOTT

                                        By: */s/ J. Scott Donald*
                                                 J. SCOTT DONALD
                                                 Attorneys for Defendants

SPINELLI, DONALD & NOTT