| | |
|---|---|
| 1 | **SPINELLI, DONALD & NOTT** |
| | A Professional Corporation |
| 2 | DOMENIC D. SPINELLI, SBN: 131192 |
| | J. SCOTT DONALD, SBN: 158338 |
| 3 | 601 University Avenue, Suite 225 |
| | Sacramento, CA 95825 |
| 4 | Telephone: (916) 448-7888 |
| | Facsimile: (916) 448-6888 |
| 5 | |
| 6 | Attorneys for Defendants County of Siskiyou; Jeremiah LaRue and Jesus |
| 7 | Fernandez, in their official capacities as members of the Siskiyou County |
| 8 | Sheriff's Department and in their individual capacities; Brandon Criss, Ed Valenzuela, |
| 9 | Michael N. Kobseff, Nancy Ogren, and Ray A. Haupt, in their official capacities |
| 10 | as members of the Siskiyou County Board of Supervisors and in their individual |
| 11 | capacities; Edward Kiernan, in his official capacity as County Counsel for Siskiyou |
| 12 | County and in his individual capacity; and DOES 1-100. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| 16 | Dilevon Lo, Jerry Vang, Nathan Thao, Mao Thao, Pao Lee, Antonio Lee, Koua Lee, Nhia Thai Vang, Zeng Lee, Der Lee and Khue Cha | Case No.: 2:21-cv-00999-KJM-DMC |
| 17 | | **DEFENDANTS' OBJECTIONS TO THE AFFIDAVIT OF ZENG LEE DATED** |
| 18 | Plaintiffs, | **JULY 6, 2021 (CM/ECF NO. 27)** |
| 19 | vs. | Complaint Filed: June 4, 2021 |
| 20 | County of Siskiyou; Jeremiah LaRue and Jesus Fernandez, in their official capacities as | First Amended Complaint Filed: July 15, 2021 |
| 21 | members of the Siskiyou County Sheriff's Department and in their individual capacities; | Date: August 6, 2021 |
| 22 | and Brandon Criss, Ed Valenzuela, Michael N. Kobseff, Nancy Ogren, and Ray A. Haupt, | Time: 10:00 AM |
| 23 | in their official capacities as members of the Siskiyou County Board of Supervisors and in | |
| 24 | their individual capacities; Edward Kiernan, in his official capacity as County Counsel for | **[FEES EXEMPT PURSUANT TO GOVERNMENT CODE SECTION 6103]** |
| 25 | Siskiyou County and in his individual capacity; and DOES 1-100, | |
| 26 | Defendants. | |
| 27 | | |
| 28 | | |

Defendants hereby submit their objections to the affidavit filed by Zeng Lee in support of Plaintiffs' original motion for TRO and preliminary injunction and the current motion for preliminary injunction.

| Material Objected To: | Grounds for Objection: | Ruling on Objection: |
|---|---|---|
| Affidavit of Zeng Lee, July 6, 2021, ¶3<br><br>"I was born in Laos and at the age of two escaped with my parents to Thailand. My father was a soldier in the U.S. Secret Army and fled the persecution of the Pathet Lao." | Irrelevant.<br><br>Prejudicial, confusing and misleading (FRE 403) | Sustained: _____<br><br>Overruled: _____ |
| ¶4<br><br>"I lived in the Nam Yao refugee camp in Thailand for nine years with my family. We were then moved to the Ban Vinae refugee camp." | Irrelevant.<br><br>Prejudicial, confusing and misleading (FRE 403) | Sustained: _____<br><br>Overruled: _____ |
| ¶6<br><br>"I own the property I live on in Mt. Shasta Vista. I reside on my property with my wife, my 21 year old son, and 8 year old daughter. We have eight dogs, some pheasants, and prior to the water shortage had forty to fifty chickens. Many of my chickens and pheasants have died due to lack of water as shown in Exhibits B and C." | Lacks foundation.<br><br>Irrelevant.<br><br>Inadmissible opinion. (FRE 701) | Sustained: _____<br><br>Overruled: _____ |
| ¶7<br><br>"I have no well of my own and previously depended on the water trucks to bring water to my property. I use 250 gallons of water per week to survive. I allocate 20 gallons per day to my animals. We use the rest of the water for cooking. Both of my children, my wife, and I only bathe one time per week because there is not enough water left after caring for the animals and cooking to shower more." | Irrelevant.<br><br>Prejudicial, confusing and misleading (FRE 403) | Sustained: _____<br><br>Overruled: _____ |
| ¶8<br><br>"Since the water truck ban, I have had friends who provided me with smalls amounts of water but told me they can only provide me water until the end of July. I do not have a plan | Irrelevant.<br><br>Prejudicial, confusing and misleading (FRE 403) | Sustained: _____<br><br>Overruled: _____ |

| | | |
|---|---|---|
| for getting any water at all after that." | | |
| ¶9 "I suffer from high blood pressure. I am afraid of having a heat stroke or heart attack due to lack of water, so I try to sit quietly." | Irrelevant. Prejudicial, confusing and misleading (FRE 403) | Sustained: _____ Overruled: _____ |
| ¶10 "My family and I and our animals are slowly dying and I fear that someday people will find us dead due to lack of water." | Irrelevant. Prejudicial, confusing and misleading (FRE 403) Lacks foundation. Speculation. | Sustained: _____ Overruled: _____ |
| ¶12 "Attached as Exhibit B is a true and correct photo of one of my chickens that died on my property due to lack of water." | Lacks foundation. Speculation. Prejudicial, confusing and misleading (FRE 403) Speculation. Inadmissible opinion. (FRE 701) | Sustained: _____ Overruled: _____ |
| ¶13 "Attached as Exhibit C is a true and correct photo of my son, who also lives on my property, holding a pheasant that died on our property due to lack of water." | Lacks foundation. Speculation. Prejudicial, confusing and misleading (FRE 403) Speculation. Inadmissible opinion. (FRE 701) | Sustained: _____ Overruled: _____ |

Dated: July 29, 2021              **SPINELLI, DONALD & NOTT**


By   /s/ J. Scott Donald
     J. SCOTT DONALD
     Attorneys for Defendants