Margolin & Lawrence, Attorneys at Law
Allison B. Margolin (SBN 222370)
J. Raza Lawrence (SBN 233771)
8484 Wilshire Blvd., Suite 440
Beverly Hills, CA 90211
Telephone: (323) 653-9700
Facsimile: (310) 919-0448

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| Dilevon Lo, Jerry Vang, Nathan Thao, Mao Thao, Pao Lee, Antonio Lee, Koua Lee, Nhia Thai Vang, Zeng Lee, Der Lee, and Khue Cha,<br><br>Plaintiffs,<br>v.<br><br>County of Siskiyou; Jeremiah LaRue and Jesus Fernandez, in their official capacities as members of the Siskiyou County Sheriff's Department and in their individual capacities; and Brandon Criss, Ed Valenzuela, Michael N. Kobseff, Nancy Ogren, and Ray A. Haupt, in their official capacities as members of the Siskiyou County Board of Supervisors and in their individual capacities; Edward Kiernan, in his official capacity as County Counsel for Siskiyou County and in his individual capacity; California Department of Forestry and Fire Protection; and DOES 1-100,<br><br>Defendants. | Case No.: 2:21-cv-00999-KJM-DMC<br><br>**SUPPLEMENTAL DECLARATION OF ALLISON MARGOLIN IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

**DECLARATION OF ALLISON B. MARGOLIN**

I, ALLISON B. MARGOLIN, declare:

1. I am an attorney admitted to practice before the United States District Court for the Eastern District of California. I am one of the attorneys representing the plaintiffs in this case.

2. I submitted a declaration dated yesterday, August 4, 2021 to the court regarding this case. In ¶ 2 of my 8/4/21 declaration, I described a YouTube video and attached a screen shot of the video as Exhibit A to the 8/4/21 declaration. My office just received a transcript of the video today, August 5, 2021 at 4:32 PM from Language Fish LLC transcription services.

3. Attached hereto as **Exhibit A** is a true and correct copy of a transcript from a YouTube video posted by U.S. Congressman Doug LaMalfa on July 19, 2021, entitled "Rep. LaMalfa, Sheriff LaRue, and Supervisor Haupt at the illegal grows," available at https://www.youtube.com/watch?v=tOPHKIasQKI.  This is the same video I reference in ¶ 2 of my 8/4/21 declaration. In the video, Rep. LaMalfa states that Sheriff LaRue is showing that they "mean business" and are going to "run these guys out of here."  Sheriff LaRue states in the video that there are "over 6,000 people that are involved in this area, and they all cultivate year-round in greenhouses," that "there is a lot of gang activity in this area," and that "the group of people that we have here, they have not complied with any of our laws."  Supervisor Haupt states in the video that "everything out here is illegal" and "there are no permits for anything and we've been left with a real mess."

I hereby declare under penalty of perjury the above matters are true and correct. Executed on this 5th day of August, 2021, in California.

August 5, 2021                               Respectfully submitted,

                                             /s/ Allison B. Margolin
                                             Attorney for Plaintiffs

2

# EXHIBIT A



# CERTIFICATE OF ACCURACY

Language Fish LLC (aka CertifiedTranslate) certifies that the document produced from the audio file named **Rep. LaMalfa, Sheriff LaRue, and Supervisor Haupt at the illegal grows.mp4** is a true and accurate transcription. The transcript was produced by the employees and contractors of Language Fish LLC to the best of their abilities and no intentional changes or redactions have been made.

Dated: August 5, 2021

Sean Kirschenstein, President
For Language Fish LLC

*Transcription attached



| | | |
|---|---|---|
| 1 | | Rep. LaMalfa, Sheriff LaRue, and Supervisor Haupt at the illegal grows.mp4 |
| 2 | Rep. LaMalfa: | We're really pleased to be up here, uh, with, uh, Sheriff LaRue and Supervisor |
| 3 | | Haupt to- today in Siskiyou County where this terrible marijuana grow has been |
| 4 | | allowed to get away because, uh, some of us in higher levels of government |
| 5 | | haven't been able to enforce things, but Sheriff has taken the bull by the horns |
| 6 | | on this thing, and some of you have seen already in the other videos is really |
| 7 | | showing that they mean business and they're gonna run these guys out of here. |
| 8 | | Supervisor Haupt's been very helpful [00:00:30] with us today and, uh, ongoing |
| 9 | | with, uh, helping get the ordinances in place that gives them the power to do |
| 10 | | what they need to do. So, we need to have the state and the federal |
| 11 | | government get over themselves a little bit and help implement stronger policy |
| 12 | | that gives these fellows the tools, so Sheriff, take it away, please. |
| 13 | Sheriff LaRue: | Yeah, no, I appreciate that. I think, uh, you know, uh, cannabis is one thing but if |
| 14 | | you consider the environment impact that we're seeing on a large scale. Uh, the |
| 15 | | area that we're in right now is part of a subdivision with 1,700 parcels, and on |
| 16 | | each one of those parcels [00:01:00] it's often illegally subdivided, and what |
| 17 | | we're often seeing is huge pits that are dug to bury trash, raw sewage being |
| 18 | | pumped into the ground, and all kinds of caustic chemicals that we're not sure |
| 19 | | exactly what they're used for in the groves but they are everywhere. Um, it's |
| 20 | | very dangerous for our deputies to be inside these greenhouses, and we are |
| 21 | | tired of it. We're tired of sending people in to a place that we know is probably |
| 22 | | gonna prevent or create some sort of, uh, issue later on with their health, and |
| 23 | | what we've been trying to do here is- [00:01:30] is tell people that we have had |
| 24 | | | enough of this. |
| 25 | | Um, you know, all the laws that we have on the books are just not designed to |
| 26 | | take c- uh, you know, care of something of this magnitude and, uh, you know, |
| 27 | | there may have been some initial thoughts about legalizing cannabis so that it |
| 28 | | would be easier for people to, um, you know, regulate it, uh, but what |
| 29 | | unfortunately has happened is people have thrived on the ability for, uh, small |
| 30 | | counties to not be able to, um, have the resources to target the problem. So, uh, |



| | | |
|---|---|---|
| 31 | | [00:02:00] this has blown up exponentially. It used to be a small group of |
| 32 | | people. It's now over 6,000 people, um, that are involved in, um, this area, and |
| 33 | | they all cultivate, uh, year-round in greenhouses, and most of these parcels |
| 34 | | have anywhere a three to four greenhouses, uh, per parcel. Um, we're looking |
| 35 | | at millions of dollars per parcel that's going to the black market for, uh, illicit |
| 36 | | cannabis. |
| 37 | Rep. LaMalfa: | Thanks. Supervisor Ray Haupt. |
| 38 | Supervisor Haup...: | I wanna thank both you- |
| 39 | Sheriff LaRue: | Yeah. |
| 40 | Supervisor Haup...: | ... today, uh, you especially, [00:02:30] uh, Sheriff LaRue. Uh, you know, I've |
| 41 | | been, uh, working towards this day for better than five years and, you know, it- |
| 42 | | it's critical for the public to understand that this is criminal activity, you know. |
| 43 | | This is not a couple of folks trying to grow some cannabis, you know, to get high |
| 44 | | and, you know, the typical things that we've seen in the county, you know, as |
| 45 | | long as I've been in the county. This is- is deep embedded criminal activity and- |
| 46 | | and everything out here is illegal. Uh, the occupancy, uh, uh, there are no |
| 47 | | permits for [00:03:00] anything and we've been left with a real mess, uh, from |
| 48 | | an environmental standpoint to clean up up here, and I appreciate the- the |
| 49 | | support of the board members, too- |
| 50 | Sheriff LaRue: | Yeah. |
| 51 | Supervisor Haup...: | ... uh, that got behind the ordinance, and also, you know, behind the scenes like |
| 52 | | some of the county departments, uh, uh, supporting effort. |
| 53 | Sheriff LaRue: | Sure. |
| 54 | Supervisor Haup...: | Even the forest service, uh, is in, is involved, uh, in this, which is, uh, they have |
| 55 | | adjacent properties here and, uh, I can't say thank you enough. |
| 56 | Sheriff LaRue: | Yeah, no. What I also wanna say, and I appreciate, uh, the [00:03:30] board of |
| 57 | | supervisors, Doug, your office as well, uh, something to also keep in mind about |
| 58 | | this that maybe I didn't touch on is, uh, there's a lot of gang activity that we |
| 59 | | have documented in this area. Um, you know, there's- there's a lot of |
| 60 | | discussions about, um, you know, individuals that live in this community, but I'll |

Case 2:21-cv-00999-KJM-DMC   Document 35   Filed 08/05/21   Page 7 of 8

certifiedtranslate                                                      www.certifiedtranslate.com

TRANSCRIPTION
Case 2:21-cv-00999-KJM-DMC
Lo et al v. County of Siskiyou
Page 3 of 4

| | | |
|---|---|---|
| 61 | | tell you what. The- the folks that are here that are saying they're living here, |
| 62 | | these are not, uh, places that have residences on them. Um, what they're doing |
| 63 | | is squatting on property, so there's real no lawful purpose to be [00:04:00] here. |
| 64 | | They do not, uh, put in the, uh, appropriate septic system. They do not have |
| 65 | | wells on the property, and they don't have residences. |
| 66 | | So, it's something to consider that, um, you know, the- the group of people that |
| 67 | | we have here, um, unfortunately have not complied with any of our laws, and |
| 68 | | they have developed a commercial cannabis grow site that again, like, uh, |
| 69 | | Supervisor Haupt has said, is 100% illegal, and in our county it is prohibited. So, |
| 70 | | um, you know, we're doing everything we can do let it be known that that is |
| 71 | | illegal. [00:04:30] We have spread the information out throughout the |
| 72 | | community. We have translated, um, you know, the- the ordinances in different |
| 73 | | languages, and from the people that we've discussed in- in, uh, in the |
| 74 | | community, they know full well that it's illegal but they have told us, "Too bad. |
| 75 | | What are you gonna do about it?" And I think we're demonstrating what we're |
| 76 | | gonna do about it here today. |
| 77 | Rep. LaMalfa: | It's amazing how brazen and bold they are just putting all this up here. I mean, |
| 78 | | you know, take a look at that over there. Pan under that and just ... This is the |
| 79 | | stuff they've left laying around here in these buildings [00:05:00] and on the |
| 80 | | grounds that, uh, they don't care how it affects waterways or anything else |
| 81 | | here, and they're- they're gonna keep getting away with it until people get |
| 82 | | tough like these folks are, and us helping them. We need the National Guard in |
| 83 | | us. We need DEA in on it, anybody that can come and help and hap- make this |
| 84 | | not happen here or southern California or other areas. |
| 85 | Sheriff LaRue: | Right. |
| 86 | Rep. LaMalfa: | 'Cause this is, this is terrible for the- the good people that live here. |
| 87 | Sheriff LaRue: | Yeah, and I, uh, just to add to that, i asked, uh, people on both sides of the aisle |
| 88 | | no matter where [00:05:30] you stand politically, we can all get behind the fact |
| 89 | | that our environment here is being absolutely just trashed. Uh, again, the raw |
| 90 | | sewage and the chemicals going into the ground, we should all be able to stand |


| | | |
|---|---|---|
| 91 | | up and agree on that, that that is not, um, appropriate at all at any level, no |
| 92 | | matter what- what is going on behind the scenes, whether it's cannabis or any |
| 93 | | other type of activity. Uh, this is occurring now and it's occurring everywhere |
| 94 | | throughout this county, and we should all be able to get together and agree, uh, |
| 95 | | that we need to stop that immediately. So, we ask for everyone's support in that |
| 96 | | [00:06:00] and we need the attention of the people at the federal and state |
| 97 | | level. |
| 98 | Rep. LaMalfa: | Sheriff Jeremiah LaRue, thank you so much. |
| 99 | Sheriff LaRue: | You bet. |
| 100 | Rep. LaMalfa: | Supervisor Ray Haupt, thank you very much. |
| 101 | Supervisor Haup...: | Thank you. |
| 102 | | |
| 103 | The transcript has been reviewed with the audio recording submitted and it is an accurate transcription. | |
| 104 | Signed_____ | |
| 105 | | |