1  **SPINELLI, DONALD & NOTT**
   A Professional Corporation
2  DOMENIC D. SPINELLI, SBN: 131192
   J. SCOTT DONALD, SBN: 158338
3  601 University Avenue, Suite 225
   Sacramento, CA 95825
4  Telephone:  (916) 448-7888
   Facsimile:   (916) 448-6888
5
   Attorneys for Defendants County of
6  Siskiyou; Jeremiah LaRue and Jesus
   Fernandez, in their official capacities
7  as members of the Siskiyou County
   Sheriff's Department and in their individual
8  capacities; Brandon Criss, Ed Valenzuela,
   Michael N. Kobseff, Nancy Ogren, and
9  Ray A. Haupt, in their official capacities
   as members of the Siskiyou County Board
10 of Supervisors and in their individual
   capacities; Edward Kiernan, in his official
11 capacity as County Counsel for Siskiyou
   County and in his individual capacity;
12 and DOES 1-100.

13               UNITED STATES DISTRICT COURT

14              EASTERN DISTRICT OF CALIFORNIA

15                   SACRAMENTO DIVISION

16 | Dilevon Lo, Jerry Vang, Nathan Thao, Mao | Case No.:  2:21-cv-00999-KJM-DMC
   Thao, Pao Lee, Antonio Lee, Koua Lee, Nhia
17 Thai Vang, Zeng Lee, Der Lee and Khue Cha | **SUPPLEMENTAL DECLARATION OF**
                                            | **JEREMIAH LARUE IN SUPPORT OF**
18              Plaintiffs,                 | **DEFENDANTS' OPPOSITION TO**
                                            | **PLAINTIFFS' MOTION FOR**
19     vs.                                  | **PRELIMINARY INJUNCTION**

20 County of Siskiyou; Jeremiah LaRue and
   Jesus Fernandez, in their official capacities as
21 members of the Siskiyou County Sheriff's     | Complaint Filed: June 4, 2021
   Department and in their individual capacities; | First Amended Complaint Filed: July 15, 2021
22 and Brandon Criss, Ed Valenzuela, Michael
   N. Kobseff, Nancy Ogren, and Ray A. Haupt,
23 in their official capacities as members of the
   Siskiyou County Board of Supervisors and in
24 their individual capacities; Edward Kiernan,
   in his official capacity as County Counsel for
25 Siskiyou County and in his individual
   capacity; and DOES 1-100,

26             Defendants.

27

28

I, Jeremiah LaRue, do declare as follows:

1.      I am currently the appointed Siskiyou County Sheriff-Coroner.  I have held that position since October 2020.  Prior to being appointed as Sheriff, I first became employed by Siskiyou County as a Deputy Sheriff in 2006.  Over the years, I was promoted to Sergeant and then Lieutenant before being appointed Sheriff.  I have personal knowledge of the matters contained herein and, if called to do so, could and would testify to the facts set forth below.

2.      I have reviewed that document entitled, "Plaintiffs' Reply In Support of Request for Preliminary Injunction" and the declarations from Plaintiffs' counsel that purport to attribute a racial intent behind statements I have made regarding the enforcement of ordinances at issue in this case.

3.      At no time when I have made statements to the press or others regarding these restrictions have I intended to direct those comments at Hmong people. Rather, my comments have always been specific to those committing crimes in the County, including the areas of Mount Shasta Vista and Butte Valley, and those knowingly abetting those crimes, such as those selling and delivering non-potable water for the illegal cultivation of cannabis.

4.      Specifically, the comments attributed to me at a Board of Supervisors meeting when the selective water truck ban resolution was discussed, "those people, not just the growers, are helping this to be established" referred to illegal cannabis growers, regardless of race, and knowing facilitators of illegal cannabis growers, regardless of their race, such as water suppliers and suppliers of other raw materials for greenhouses, such as lumber. The words attributed to me by Plaintiffs' counsel from that meeting, "important that we direct our anger at the right people" and "perplexed that those individuals are not shamed more by…the County" were intended to direct citizens' frustration not only toward the illegal cannabis growers, regardless of their race, but also those knowingly facilitating and otherwise aiding and abetting the commission of this crime, such as water truck drivers and purveyors of ground water who are knowingly contributing to a criminal enterprise.

5.      At no time have any of my comments been intended to encourage vigilantism against people in the Hmong community or anybody else. Rather, the intent of my comments has been to

SPINELLI, DONALD & NOTT

2

SUPPLEMENTAL DECLARATION OF JEREMIAH LARUE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

1  inform the citizenry as to steps being taken by my office to address the County's concern regarding

2  devasting crime and its impact in Siskiyou County.

3      6.      As set forth in my prior declaration, the concentration of illegal cannabis cultivation

4  in Mount Shasta Vista and Butte Valley is by far the most expansive, excessive, extreme and

5  impactful of any as compared to the rest of the County. There are more cannabis-related crimes,

6  including felonies, occurring in and requiring response by my office in Mount Shasta Vista and

7  Butte Valley than any other areas. I have good reason to believe many crimes in this community go

8  unreported. Because of the greater concentration of greenhouses in Mount Shasta Vista and Butte

9  Valley as opposed to any other areas in Siskiyou County, logically it follows that there is more

10  ground water wasted on this illegal cultivation attributable to these areas than any others in Siskiyou

11  County and more pollution attributed to it than in any other areas.

12      7.      While this office has actively pursued the large water transport trucks that service

13  illegal cannabis cultivators with ground water, at no time have we prevented the delivery of potable

14  water to residents of Mount Shasta Vista. In fact, we have no record of having ever stopped a

15  vehicle pursuant to these ordinance transporting potable water.

16      8.      In accordance with one of our marijuana eradication grants that the County receives

17  yearly, a strategic plan must be prepared. The statement that "the Sheriff has acknowledged that

18  cannabis grows are concentrated in areas outside of Shasta Vista subdivision and only 3% of the

19  illegal grows are in the Shasta Vista subdivision" as contained in Plaintiffs' Reply in Support of

20  Request for Preliminary Injunction, 22:1-3, misrepresents the information in the document which

21  addresses a photograph that shows a 600-acre parcel with 80 cultivation sites within the Mount

22  Shasta Vista Subdivision. However, there are 1,800 total parcels within Mount Shasta Vista and the

23  majority of those parcels contain cultivation sites.

24      9.      Exhibit A to this declaration is an Annual Strategic Plan for the fiscal year 2021

25  which shows a photograph of the area depicting the 80 cultivation sites referred to in the Strategic

26  Plan.

27      10.     Exhibit B to this declaration is a photograph that shows the entire Mount Shasta

28  Vista subdivision and clearly shows that there are vastly more than 80 cultivation sites in Mount

SPINELLI, DONALD
& NOTT

3
SUPPLEMENTAL DECLARATION OF JEREMIAH LARUE IN SUPPORT OF DEFENDANTS' OPPOSITION TO
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

1   Shasta Vista.

2        I declare under penalty of perjury under the laws of the State of California that the foregoing

3   is true and correct and that this was executed on this 12th day of August, 2021 in Siskiyou County,

4   California.

5                                          _____/s/ *Jeremiah LaRue*_____

6                                          Jeremiah LaRue

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUPPLEMENTAL DECLARATION OF JEREMIAH LARUE IN SUPPORT OF DEFENDANTS' OPPOSITION TO
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

EXHIBIT A

Fiscal Year

2021

Annual Strategic Plan


State/Local Agency Name:

**I.    Domestic Cannabis Intelligence Overview:**

    **A. Self Assessment** – Summary of the previous year's activities and if the agency met last year's Annual Strategic Plan goals (including general statistical and expense results).  Explanation of any reasons for a significant rise or drop of eradication statistics from previous season.


Siskiyou County's eradication efforts continue to focus on both the cultivation of marijuana on public lands and marijuana being cultivated on private property.  One full time Sergeant is assigned to marijuana investigations on both public and private land. One full time Detective is assigned to investigate marijuana cultivated on private lands only.

Public Land sites have increased in 2020.  Over the course of two flight sessions I discovered two large marijuana cultivation sites.   These sites include the Six Rivers National Forest and the Klamath National Forest.  These sites are scheduled for entry and eradication at the end of the August.  A fire in the Humboldt County area has prevented me from following up on tips for potential sites in the Trinity Alps Wildness area.  Hispanic residents continue to be the groups found cultivating marijuana on public lands.

On the other hand, private land marijuana cultivation sites have exploded in 2020.  We have had issues for the past three years with private land grows.  In the past, many of these were 99-plant outdoor marijuana cultivation sites.  In 2020 we have seen a massive increase of greenhouses and hoop houses.  This is causing the number of plants being cultivated to spike.  It appears that the first grows are going into the greenhouses and hoop houses in early March.  These grows are being harvested in June when fully matured and being replanted for another harvest in

1

September/October.  In terms of quantity, we are consistently seeing two outdoor greenhouses.  The below photos are just a snap shot of one area that we are dealing with in Siskiyou County which we refer to as Stock Trail. Prior to this year there was not one marijuana cultivation site in the area. These photos were taken on 07/18/2020.





The following photos are of an area we refer to as the Mount Shasta Vista sub-division.   This is a 600-acre parcel that has been divided into at least 80 cultivation sites. In addition, it is safe to say that almost every surrounding parcel is being used for the sole purpose of cultivating hundred if not thousands of marijuana plants.



3



Although we are dealing with all different ethnic groups (Hmong, Hispanic, Bulgarian, Caucasian and Chinese) on private land, we are seeing the highest increase within the Chinese population.  The Siskiyou County Board of Supervisors declared a local state of emergency in October 2018, due to the large numbers of marijuana cultivation sites in Siskiyou County and the dangers they bring to our communities.  This local state of emergency is still in effect.

Up until this date in 2020, Siskiyou County has eradicated 68,293 marijuana plants and seized 5,022 pounds of processed marijuana.  We have arrested 54 suspects related to cultivation, seized 11 firearms and $188,469.00 in U.S. currency.

Our 2020 grant was approved for $128,000.00.  We used it towards the following:

- $47,000.00 for contract helicopters to fly recon and long line missions
- $27,000.00 for the purchase of a UTV
- $54,000.00 was used to cover additional overtime expenses and miscellaneous equipment such as: protective clothing/uniforms, gloves, boots, GPS units, chainsaws, cutters and other essential gear

4

Without DCESP funds we would be forced to rely on county general funds. This would impose an extreme hardship on the county in addition to any Covid-19 issues that may create additional impacts.

In an honest self-assessment, I would have to say we eradicate about 10% of the cultivation sites in our county. I would estimate upwards of 2,500 illegal marijuana cultivation sites in Siskiyou County.

We know the majority of marijuana that is cultivated in Siskiyou County is being taken out of the state. We have assisted many Agencies regarding marijuana investigations that originated from Siskiyou County.

I believe Public Land sites will continue to be an issue. We will need to be vigilant for public land activity which would involve placing surveillance cameras out on rural back roads and using contract helicopters for overflights. Siskiyou County is the fifth largest county geographically in California. National forest's and wilderness areas make up about 60% of Siskiyou County.

Below is a list of such areas:

- Klamath National Forest
- Shasta-Trinity National Forest
- Modoc National Forest
- Six Rivers National Forest
- Rogue-Siskiyou National Forest
- Marble Mountain Wilderness
- Trinity Alps Wilderness
- Russian Wilderness

All these areas are rugged and would be next to impossible to locate Public land cultivation sites without the use of helicopters for overflight.

In terms of Private Lands, I also foresee increases in marijuana cultivation sites. We have major issues in three rural subdivisions known as the Mt. Shasta Vista,

5

Pleasant Valley Highlands and Klamath River Country Estates. I'm finding more single rural sites on private land then I had in the past. I know the land adjacent to the Stock Trail was formerly a huge rescue ranch for horses but was recently sold. I anticipate it being overrun with marijuana cultivation sites in 2021.

Unfortunately, the state laws of California do not provide much of a deterrent for the illegal cultivation of marijuana. To quote cultivators I have dealt with, "the reward is worth the risk".

**B. Percentage of Enforcement Spent On:** Public Lands vs. Private Lands and Outdoor Cultivation vs. Indoor Grows

Public Lands 15%        Private Lands 85%

Indoor Grows 10%        Outdoor Cultivation 90%

**II.    State / Local Eradication Suppression Program:**
**A. Agency Point of Contact (POC):**
Name: Cory Persing
Title: Sergeant
Telephone No.: 530-598-2917
Email Address: cory.persing@siskyousheriff.org
Address Line 1: 305 Butte Street
Agency ORI Number: CA0470000
City: Yreka
State: CA
Zip Code: 96097

**1.   Resources available from your agency: aircraft, manpower, funding, etc.**
- 1 full-time Sergeant
- 1 full-time Deputy
- 3 part-time Reserve Deputies (when available)

6

For both Public Land and Private Land sites we seek the assistance from the: U.S. Forest Service, Bureau of Land Management, California Fish and Wildlife, California National Guard, Environmental Scientists, California State Water Board, CAL DOJ Task forces and other local allied agencies.

Air support is provided by private contractors. Helicopters are used for air reconnaissance of public lands and for long line missions in areas that we are unable to get trailers into. The private contractors are funded 100% by DCESP funds. Air reconnaissance is essential to our operations. Many private property sites are being gated off, denying us access to the area. The only way we make our observations of illegal marijuana cultivation is from the air.

On occasion, the National Guard is utilized for reconnaissance and the California Highway Patrol can assist when executing search warrant services. We also partner with CAMP for missions but must work around the limited availability for reconnaissance. Siskiyou County is relying heavily on assistance from allied agencies for personnel due to our limited staff and difficulty covering regular patrol shifts.

Siskiyou County currently has 4x4 vehicles assigned to marijuana team members. These include two dump trailers for surveillance cameras and trial cams. DCESP funds are used judiciously and are essential to the seizure of nearly 1/2 a billion dollars' worth of illegal marijuana plants and processed marijuana that would have ended up in various states and jurisdictions within the United States.

2. **Methods your agency uses for eradication program: air search, informants, public awareness, intelligence, prosecutions, asset removals, etc.**

Siskiyou County uses CAMP, private contractors and California Highway Patrol helicopters to long line loads. At least 90% of public land sites and approximately 50% of private land sites are located by helicopter reconnaissance.

Personnel will hike into public land sites attempting to capture suspects as much as possible. After the site is secure, we will do an evaluation of the grow site and determine if it is contaminated with pesticides or other chemicals. The plants are

cut down by hand. Depending on the location the plants they are loaded by hand into nets and flown out to a landing zone. There they are either loaded into a dump trailer or dragged by hand, and hand loaded into the dump trailer. The plants are then transported to a secure area to be destroyed.

Most cultivation sites are located in extremely rugged terrain, which makes seizures extremely difficult.

In the past years we have improved our capabilities by purchasing two dump trailers with DCESP funds. We're also using County Roads Department's dump trucks and back hoes to increase our load capacities and reduce our individual labor.

The mere cultivation of marijuana in California is a Misdemeanor crime. Sentences are commonly reduced by the courts depending on the severity. We are getting the best results for prosecution when we combine our efforts with California Fish and Wildlife Environmental Scientists, and or, the California Water Board. Violations of these agencies' codes and regulations in conjunction with the cultivation of marijuana are felony violations. We have been working with our local District Attorney to pursue these violations.

**B. Who is your agency POC for the DEA Internet Capability Endeavor (DICE):[1]**
Name: Cory Persing
Title: Sergeant
Telephone No.: 530-598-2917
Email Address: cory.persing@siskiyousheriff.org
Address Line 1: 305 Butte Street
Address Line 2:
City: Yreka
State: California
Zip Code: 96097

**Summarize how your agency will, with its own law enforcement personnel and employees, perform the activities and duties described below:**

1. **Gather and report intelligence data relating to the illicit cultivation, possession, and distribution of cannabis.**

Detectives assigned to this position maintain files on all suspected illegal marijuana activities, received from the public, informants, patrol contacts, and self-initiated operations. This information is disseminated with other agencies both federal and local; Detective will enter stats in DICE and forward information to the DOJ fusion centers in Oregon and California. Information will be evaluated and shared with applicable intelligence gathering sources such as WSIN.

2. **Investigate and report instances involving the trafficking in controlled substances.**

Each Detective is required to use appropriate resources for each case and generate a report on all suspected illegal activities. Narcotic investigations are frequently initiated by patrol division, which are then forwarded to the Detectives for further investigation. Typically, these cases require multi-agency efforts in which regional cooperation is needed to be successful. Siskiyou County has developed a working information-gathering relationship with all state and federal agencies within the county. Siskiyou County currently is a member of a regional marijuana suppression program with Shasta and Tehama counties. The county is an active member within the NSMIT program, which allows for further investigation outside of Siskiyou County.

3. **Provide law enforcement personnel for the eradication of illicit cannabis located within AOR.**

Eradication efforts are handled with Siskiyou County personnel and the assistance of local, state and, federal agencies. Our staffing levels are so low that we cannot dedicate any further personnel than the Detectives that are assigned to the marijuana team. Deputies and Jail staff volunteer for overtime to assist with eradication.

4. **Make arrests and refer to the appropriate prosecutorial authority cases for prosecution under controlled substances laws and other criminal laws.**

Depending on the violations that are found, we believe in attempting to arrest suspects at all illegal marijuana cultivation sites, the option of citing the suspects with a court date or filing charges with the District Attorney's Office. In the past several years, all our public land arrestees have been prosecuted federally.

5. **Send required samples of eradicated cannabis to the National Institute on Drug Abuse (NIDA) Potency Monitoring Project**.

Random samples are collected throughout the season from both outdoor DTO sites and indoor greenhouse commercial operations that are suspected to yield high percentages, for submission to NIDA.

6. **Submit to DEA quarterly expenditure reports.**

Quarterly reports will be submitted by the Department Fiscal Officer and stats will be entered in DICE by Detectives.

C. **Requirements for DEA Funding:** denote amount of funding for each category requested by your agency to accomplish program goals. *Note: Final allocated funds will be determined by DEA/HQS and is based on the agency's abilities, effectiveness, and program objectives.* ***All expenditures for equipment and supplies/materials will require prior approval by DEA Headquarters.***

| Operational Funds | Amount |
|---|---|
| a.   Aircraft Expenses | $70,000.00 |
| b.  Clothing & Protective Gear | |
| c.  Container/Space Rental | |

10

    d.  **Equipment**[2]

    e.  **Miscellaneous Commercial Contracts**

    f.  **Overtime**                                  **$60,000.00**

    g.  **Supplies/Materials**[2]
    h.  **Training**
    i.  **Travel/Per Diem**
    j.  **Vehicle Rental**

                             **Total**            **$130,000.00**

  **D. Audits:**  Grantees and sub-grantees are responsible for obtaining audits in accordance with the Single Audit Act of 1984 and federal agency implementing regulations.  An independent auditor, in accordance with generally accepted government auditing standards covering financial and compliance audits, shall make the audits.

**III.**  **Explain how your agency plans to coordinate with other Government Agencies (Program Participation and Resource Commitments):**

    **A. U.S. Forest Service**

- Informational sharing
- Operational planning
- Mission execution through combined resources
- Coordinated parallel investigations and interdiction operations of high drug trafficking areas

A large percentage of the county topography is public lands administered by USFS law enforcement. Siskiyou County has limited resources and depends heavily on outside assistance from State and Federal agencies.  I have a close working relationship with the local forest service personnel.

11

### B. Bureau of Land Management

Information and case investigation will be conducted with BLM in the same manner as it is with USFS.  I also have a close working relationship with BLM personnel.

### C. National Guard

Siskiyou County has been coordinating successfully with the California National Guard for air assets for several years. Both fixed-wing and helicopter over flights have been used resulting in substantial success to the eradication missions. The Marijuana Team would like to request additional air and ground support to assist with cartel operations. The use of CDJTF resources is instrumental in intelligence gathering, interdiction, and execution of these missions. California National Guard has been instrumental in our private property operations by providing ground personnel to assist with eradication efforts.

### D. Civil Air Patrol

Siskiyou County rarely interacts with Civil Air Patrol but does maintain a list of resources.

IV.   **Explain how your agency will support Statewide Intelligence Sharing:**
      **A. Central repository or collection ability for eradication statistics.**

Detectives routinely submit information to California DOJ fusion centers for dissemination. Monthly statistics are submitted to DEA. Currently Siskiyou County is a member of the North State Investigative Team with DOJ, BLM, DEA and CHP. The WSIN component is utilized for deconfliction and information sharing.

**B. Intelligence and trends (cultivators, traffickers, distribution, etc.)**

Siskiyou County has been actively involved with sharing of intelligence with state and federal agencies. Historically suspects have been making supply runs from the Central Valley areas of California to Siskiyou County marijuana gardens. Currently Siskiyou County has an agent or officer assigned to the NSMIT program. As a member of this regional task force it is anticipated that these combined resources will continue to assist in the dissemination of information and facilitate eradication and prosecution efforts.

**V.    List equipment your Agency proposes to purchase this year with DCE/SP Funds:**

We will not be allocating funds towards equipment purchases this year. Our needs for additional flight time have been prioritized.

> *Note: DCE/SP funds are intended to be used to purchase supplies and equipment directly related to the program activities.  Though equipment/supplies may be specifically itemized in the Annual Strategic Plan, they **are not automatically approved** for purchase.  LOA equipment purchases **should not exceed 10%** of its allocated funds.  Any exemption require DEA Headquarters approval.  **All expenditures for equipment and supplies/materials will require prior approval by DEA Headquarters.***

**VI.    Training Requirements:**
   **A.** Name of Agency Training Coordinator:
       Name: Lt. Bob Giannini
       Title: Lieutenant
       Telephone No.: 530-842-8767
       Email Address: bob.giannini@siskiyoucountysheriff.org

13

Address Line 1: 305 Butte Street
Address Line 2:
City: Yreka
State: California
Zip Code: 96097

**B. Describe any training your agency intends to conduct this year to include cannabis detection and eradication schools for other Federal agencies, National Guard, and state/local officers.[3]**

Helicopter short haul certification and recertification spring 2020.

Educate personnel being used to make entry and eradicate marijuana of the dangers presented by the chemicals that are being used in these sites and how they can affect the individual's health.  Educate personnel on steps that should be taken to clean equipment and prevent exposure to their families.

Medical marijuana training to educate investigators how to tell the difference between marijuana possession for medical need vs. for the purpose of sales. This is required in the state of California in order to testify as an expert.

**VII.  Targeted Investigations:**
   **A.  Summary of law enforcement activities which your agency is conducting and/or plans to initiate during the year.**

Siskiyou County will utilize the following programs and operations to augment the eradication effort:

- Seize/forfeit assets and proceeds, including land derived from the cultivation and trafficking of marijuana, in accordance with federal and state guidelines
- Air and ground reconnaissance of suspected sites and areas of historical operations
- Use of informants and buy programs
- Promotion of public awareness through drug demand reduction programs

14

- Gather and disseminate intelligence related to marijuana cultivation and trafficking activities
- To identify individuals or organizations (DTO) who are involved and coordinate through appropriate agencies or resources
- Provide investigative support for cases having federal and state prosecutorial potential.

**B. Summary of special or enforcement operations that your agency intends on conducting during the year.**

Multi-agency eradication and interdiction operations within both State and rural highways will be coordinated.  The Siskiyou County Sheriff's Department does the majority of on-highway interdiction in Siskiyou County and DCESP funds are used to supports these operations.

 The department will increase its daytime and nighttime interdiction efforts especially within the Highway-96 and 97 corridors which are main arteries for drug trafficking. It is our wish, that a multi-agency sweep of these areas will be conducted during elevated activity levels.

The Sheriff s Department will coordinate with NSMIT, and surrounding counties to enhance eradication efforts through State and regional cooperation.

I plan on conducting more back to back multi day operations focusing on our problem areas combined with night time interdiction.


**VIII.  National Environmental Policy Issues** (describe if applicable)[4]:

The environmental issues that Siskiyou County is currently facing are directly related to the cultivation of marijuana. This includes the diversion of creeks and springs, moving water from one water shed to another.  The use of fertilizers, illegal pesticides, herbicides, rodenticides being used on both public and private lands is concerning.  They are contaminating local creeks, stream and rivers.  The dumping of trash, fuel and oil spills are all effecting the wildlife and watersheds in our area.

For assistance, please contact your State DEA DCE/SP Coordinator or DEA DCE/SP Regional Contractor.

_____

**Signature and Date of Agency Official Approving Annual Strategic Plan**

(PLEASE SIGN IN BLUE INK)

Printed Name and Title of Agency Official Approving Annual Strategic Plan

JEREMIAH LARUE, SHERIFF-CORONOR

| FOOTNOTES |
|---|

1. Web-based DEA Internet Capability Endeavor (DICE) and TFOs with Firebird access to the DEA Analysis and Response Tracking System (DARTS): Effective in 2012, all participants in the DCE/SP are required to use DICE or DARTS for reporting statistics (on each incident), submission or reportable intelligence, deconfliction, and for the sharing of information.
2. None of the Asset Forfeiture Funds allocated to you may be used to purchase promotional items, gifts, mementos, tokens of appreciation, or other similar items. These will include items justified as training aids if they are embossed, engraved, or printed with the agency or program logos. **All expenditures for equipment and supplies/materials will require prior approval by DEA Headquarters.**
3. Web-based DEA Internet Capability Endeavor (DICE) and TFOs with Firebird access to the DEA Analysis and Response Tracking System (DARTS: Effective in 2012, all participants in the DCE/SP are required to use DICE or DARTS for reporting statistics (on each incident), submission or reportable intelligence, deconfliction, and for the sharing of information.
4. The National Environmental Policy Act (NEPA) requires federal agencies to consider the potential effects on the human environment of major federal actions. Pursuant to NEPA, DEA has published regulations under which manual eradication is normally categorically excluded from further analysis, while herbicidal eradication normally requires preparation of an Environmental Assessment (EA). Any proposed use or funding of herbicides should be described in this section.

EXHIBIT B

