**SPINELLI, DONALD & NOTT**
A Professional Corporation
DOMENIC D. SPINELLI, SBN: 131192
J. SCOTT DONALD, SBN: 158338
601 University Avenue, Suite 225
Sacramento, CA 95825
Telephone: (916) 448-7888
Facsimile: (916) 448-6888

Attorneys for Defendants County of Siskiyou; Jeremiah LaRue and Jesus Fernandez, in their official capacities as members of the Siskiyou County Sheriff's Department and in their individual capacities; Brandon Criss, Ed Valenzuela, Michael N. Kobseff, Nancy Ogren, and Ray A. Haupt, in their official capacities as members of the Siskiyou County Board of Supervisors and in their individual capacities; Edward Kiernan, in his official capacity as County Counsel for Siskiyou County and in his individual capacity; and DOES 1-100.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Dilevon Lo, Jerry Vang, Nathan Thao, Mao Thao, Pao Lee, Antonio Lee, Koua Lee, Nhia Thai Vang, Zeng Lee, Der Lee and Khue Cha<br><br>Plaintiffs,<br><br>vs.<br><br>County of Siskiyou; Jeremiah LaRue and Jesus Fernandez, in their official capacities as members of the Siskiyou County Sheriff's Department and in their individual capacities; and Brandon Criss, Ed Valenzuela, Michael N. Kobseff, Nancy Ogren, and Ray A. Haupt, in their official capacities as members of the Siskiyou County Board of Supervisors and in their individual capacities; Edward Kiernan, in his official capacity as County Counsel for Siskiyou County and in his individual capacity; and DOES 1-100,<br><br>Defendants. | Case No.: 2:21-cv-00999-KJM-DMC<br><br>**DECLARATION OF RICK DEAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Complaint Filed: June 4, 2021<br>First Amended Complaint Filed: July 15, 2021 |

I, Rick Dean, do declare as follows:

1. I am currently employed by the County of Siskiyou as a Community Development Director. Prior to that I was employed by the County of Siskiyou as the Deputy Director of Environmental Health. In my capacity in both positions I am intimately familiar with the facts and ordinances involved in this litigation.

2. Safe and legal habitation in the state of California requires residents to utilize potable water for drinking and bathing. Agricultural water such as the water targeted by the ordinances in question is not safe for human consumption or for bathing.

3. The agricultural water targeted by the ordinances is legally usable for legally-approved agricultural purposes such as the irrigation of crops and vegetables and for watering livestock. It is not tested or treated for contaminants that may cause health risks if ingested or utilized for external use such as bathing by humans.

4. For water to be considered potable as defined by California Health and Safety Code 113869, the water and delivery truck must be specifically maintained and licensed. California Health and Safety Code requires water haulers to get a Water Hauler's License from the Department of Public Health, Food and Drug Branch (FDB). To insure that delivered potable water remains potable for human use, the receiving vessel for the end user must also be maintained enclosed, clean and sanitized for that purpose. Typical water tanks that can be purchased at tractor supply and farm supply stores are commonly used to store this type of water. Open pools do not meet the standard for potable water storage and may not be used for that purpose.

5. There are several companies located in Siskiyou County that actively provide potable water and delivery services to customers within the County.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this was executed on this 11th day of August, 2021 in Siskiyou County, California.

                                                  /s/ Rick Dean
                                                  Rick Dean