UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dilevon Lo, et al., | No. Case 2:21-cv-00999-KJM-DMC |
| Plaintiffs, | ORDER |
| v. | |
| County of Siskiyou, et al., | |
| Defendants. | |

The ex parte application to shorten time at ECF No. 42 is **granted**. Any opposition to the motion for leave to participate as amici curiae by the American Civil Liberties Union of Northern California and the Asian Law Caucus must be filed by **August 18, 2021 at 5:00 p.m.** Any reply must be filed by **August 19, 2021 at 5:00 p.m**.

IT IS SO ORDERED.

DATED: August 16, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

1