1
2
3
4
5
6
7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    DILEVON LO, et al.,                          No.  2:21-CV-0999-KJM-DMC

12                    Plaintiffs,

13         v.                                      ORDER

14    COUNTY OF SISKIYOU, et al.,

15                    Defendants.

16

17          Plaintiffs, who are proceeding with retained counsel, bring this civil action.

18    Pursuant to 28 U.S.C. § 455(a), the undersigned hereby recuses himself from this action.

19    Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly

20    assign this case to another Magistrate Judge for all further proceedings and make the appropriate

21    adjustment in the assignment of civil cases to compensate for this reassignment.

22

23    Dated:  September 21, 2021

24                                                _____
                                                  DENNIS M. COTA
25                                                UNITED STATES MAGISTRATE JUDGE

26
27
28

1