Margolin & Lawrence, Attorneys at Law
Allison B. Margolin (SBN 222370)
J. Raza Lawrence (SBN 233771)
418 S. Swall Dr.
Beverly Hills, CA 90211
Telephone: (323) 653-9700
Facsimile: (310) 919-0448

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| DILEVON LO, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SISKIYOU; ET AL.,<br><br>Defendants. | Case No.: 2:21-cv-00999-KJM-DMC<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION** |

Plaintiffs, by and through their attorneys at Margolin & Lawrence, and Defendants, by and through their attorneys at Spinelli, Donald & Nott, hereby stipulate to a dismissal of California Department of Forestry and Fire without prejudice from the above-referenced action, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

IT IS SO STIPULATED.

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION

1

Dated: November 4, 2021  **MARGOLIN & LAWRENCE**

 s/ J. Raza Lawrence
J. Raza Lawrence
Attorney for Plaintiffs

Dated: November 4, 2021  **SPINELLI, DONALD & NOTT**

 s/ Domenic D. Spinelli
Domenic D. Spinelli
Attorney for Defendants

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION

2