RESOLUTION NO. 21-131

## RESOLUTION OF THE BOARD OF SUPERVISORS
## OF THE COUNTY OF SISKIYOU EXEMPTING CERTAIN PERMIT HOLDERS FROM COUNTY'S WATER TRUCK ORDINANCE

WHEREAS, pursuant to Siskiyou County Code 3-4.1505, the Board of Supervisors may specify by resolution that certain permits and licenses exempt their holders from Article 15 to Chapter 4 of Title 3 of the Siskiyou County Code pertaining to Water Trucks.

WHEREAS, the Board hereby determines that the holders of the permits or licenses set forth below, subject to the conditions set forth herein, sufficiently assure satisfaction of the purposes for which the Article 15 to Chapter 4 of Title 3 of the Siskiyou County Code pertaining to Water Trucks was adopted so that separate permitting under that Article is unnecessary;

NOW, THEREFORE, BE IT RESOLVED that the Siskiyou County Board of Supervisors that holders of the following are exempt from Article 15 to Chapter 4 of Title 3 of the Siskiyou County Code pertaining to Water Trucks:

1. The holder of a potable water permit issued by the state of California, provided the person making such delivery has a copy of the permit with the vehicle making the delivery available for inspection by law enforcement and provided any such delivery is made to an appropriate sanitary receptacle.
2. The holder of a permit issue by the Air Quality Control Board, provided the person driving the vehicle capable of holding 100 gallons or more water has a copy of the permit with the vehicle available for inspection by law enforcement.
3. The holder of a permit issued by the Regional Water Quality Control Board, provided the person driving the vehicle capable of holding 100 gallons or more water has a copy of the permit with the vehicle available for inspection by law enforcement.
4. The holder of a permit issued by the California Agriculture Department, provided the person driving the vehicle capable of holding 100 gallons or more water has a copy of the permit with the vehicle available for inspection by law enforcement.
5. The holder of Timber Harvest Plans from Cal-Fire, provided the person driving the vehicle capable of holding 100 gallons or more water has a copy of the permit with the vehicle available for inspection by law enforcement.
6. A Certified well driller with a well permit issued by Siskiyou County, provided the person driving the vehicle capable of holding 100 gallons or more water has a copy of the permit with the vehicle available for inspection by law enforcement.

SISKIYOU COUNTY
RESOLUTION
No. 21-131

PASSED AND ADOPTED by the Siskiyou County Board of Supervisors at a regular meeting of said Board, held on the 7th day of September, 2021, by the following vote

AYES: Supervisors Criss, Kobseff, Valenzuela, Ogren and Haupt
NOES: None
ABSENT: None
ABSTAIN: None

Ray A. Haupt, Chairman
Siskiyou County Board of Supervisors

ATTEST:
LAURA BYNUM,
COUNTY CLERK

By _____