RESOLUTION NO. 21-139

## RESOLUTION OF THE BOARD OF SUPERVISORS
## OF THE COUNTY OF SISKIYOU SETTING FORTH ROADS INCLUDED WITHIN SISKIYOU COUNTY CODE SECTION 3-4.1501

WHEREAS, the County finds pursuant to Vehicle Code Section 21101(c), a county may regulate the types of vehicles it allows upon highways within its jurisdiction.

WHEREAS, pursuant to Government Code section 25123, the County has enacted an ordinance for the immediate preservation of the public peace, health, or safety;

WHEREAS, the Board of Supervisors adopted an urgency ordinance and later a regular ordinance on May 4, 2021 amending chapter 4 of title 3 to add article 15;

WHEREAS, Section 3-4.1501 provides that the County may restrict Water Trucks, as defined therein, from certain specified county streets and highways;

WHEREAS, the Board of Supervisors adopted resolution 21-61 on May 4, 2021 to specify certain County roads to which the restrictions in article 15 of chapter 4 of title 3 apply;

WHEREAS, the Board of Supervisors wishes to expand the applicability of the restrictions in article 15 of chapter 4 of title 3 to make them County-wide;

NOW, THEREFORE, BE IT RESOLVED that the Siskiyou County Board of Supervisors hereby prohibits Water Trucks, as defined in the above-referenced ordinances, from all County streets (as defined in California Vehicle Code Section 590) and highways (as defined in California Vehicle Code Section 360) in unincorporated Siskiyou County over which the County has jurisdiction.

SISKIYOU COUNTY
RESOLUTION
No. 21-139

BE IT FURTHER RESOLVED that this resolution replaces resolution 21-61.

PASSED AND ADOPTED by the Siskiyou County Board of Supervisors at a regular meeting of said Board, held on the 21st day of September, 2021, by the following vote

AYES: Supervisors Criss, Valenzuela, Ogren and Haupt
NOES: None
ABSENT: Supervisor Kobseff
ABSTAIN: None

Ray A. Haupt, Chairman
Siskiyou County Board of Supervisors

ATTEST:
LAURA BYNUM,
COUNTY CLERK

By _____

2