

Results

Maps



195 Greenhorn Rd Yreka, CA...
577 mi
Go

**WATER FILL STATION**
NON-POTABLE WATER

## CITY OF YREKA
## PUBLIC NOTICE

### RESTRICTIONS IMPOSED ON BULK WATER SALES

BY ORDER OF THE CITY COUNCIL

**EFFECTIVE MONDAY, JUNE 13TH 2016**

TOKENS FOR WATER PURCHASES WILL BE SOLD AT CITY HALL, 701 FOURTH ST.

**TOKENS MAY ONLY BE PURCHASED MONDAY – THURSDAYS  8:00AM – 5:00PM**

**CA$H ONLY** WATER SALES WILL BE RESERVED FOR RESIDENTS WITHIN THE 96097 SERVICE AREA ONLY FOR NON-POTABLE HOUSEHOLD / DOMESTIC USE. CUSTOMERS MUST SHOW PROOF OF RESIDENCY VIA POWER OR TRASH BILL PLUS PHOTO ID.

**MAXIMUM OF 5 TOKENS PER WEEK**

THANK YOU, THE CITY OF YREKA

DEPOSIT TOKENS SLOWLY

**AFFIDAVIT OF ALLISON B. MARGOLIN**

I, ALLISON B. MARGOLIN, do hereby declare:

1. I am over 18 years old, and am a citizen of the State of California. I am an attorney-at-law duly licensed in the State of California.

2. I am the attorney of record for the Plaintiffs in this case.

3. The following facts are within my personal knowledge.

4. On August 27, 2021, at 12:31 p.m., I captured images on my mobile device from the location at 195 Greenhorn Rd., Yreka, CA 96097.

5. The attached images have not been altered in any way.

6. The subject matter of the images is a non-potable water filling station, for use by Yreka residents, and a notice attached to the filling station.

7. The images show that each token is redeemable for 250 gallons of non-potable water for household and domestic use, and that customers can obtain up to 5 tokens, or 1,250 gallons of non-potable water per week.

8. This program appears to be endorsed by the Yreka City Council, and tokens are available for purchase at Yreka City Hall.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on this 23rd day of March 2022 in Los Angeles County, California.

Dated: March 23, 2022

ALLISON B. MARGOLIN