

info@certifiedtranslate.com | 2425 Olympic Blvd., Suite 4000W | usa 1-888-856-2228
www.certifiedtranslate.com | Santa Monica, CA 90404 | int +1-310-684-3153
 | | fax +1-310-564-1944

# CERTIFICATE OF ACCURACY

Language Fish LLC (aka CertifiedTranslate) certifies that the document produced from the audio file named **bosaudio_20210803_meeting2.mp3** is a true and accurate transcription. The transcript was produced by the employees and contractors of Language Fish LLC to the best of their abilities and no intentional changes or redactions have been made.

Dated: March 23, 2022

Sean Kirschenstein, President
For Language Fish LLC

*Transcription attached

Case 2:21-cv-00999-KJM-AC   Document 61-5   Filed 03/24/22   Page 2 of 5

TRANSCRIPTION
*Case number: 2:21-cv-00999-KJM-DMC*
*Lo, et al. v. County of Siskiyou, et al.*
Page 4 of 41

| | | |
|---|---|---|
| 115 | Supervisor Haup...: | ... which I read and [inaudible 00:08:49]. |
| 116 | Speaker 2: | Correct, yeah. |
| 117 | Speaker 1: | And then we did have, um, various signers, uh, different, um, uh, people that |
| 118 | | sent in basically the same email [00:09:00] that have some concerns about the |
| 119 | | groundwater, uh, ordinances and the 100-gallon, uh, limit for groundwater. I've |
| 120 | | got several names here I can, I can read those off if you'd like. Um, but they |
| 121 | | were all basically the same, you know, repeat of the same email a- address, uh, |
| 122 | | email letter. |
| 123 | | [Gal Xing Tao 00:09:17], [Helcubang 00:09:19], [Wuo Zhong 00:09:20], [Yir Lore |
| 124 | | 00:09:22], [Pon Hou Cheng 00:09:23], [Pun Cheng 00:09:25]. [Pey Her 00:09:26], |
| 125 | | [Xi Lor 00:09:27], [Rebecca Hir 00:09:28], Jose [00:09:30] Magno, Eugene Vang, |
| 126 | | [Mei Li Zhong 00:09:32], Natalie Marino, [Julian Yaravata 00:09:35], [Cara Simia |
| 127 | | Tao 00:09:35], [Shao Yang 00:09:35], and [Ling Cho 00:09:42]. Those are all |
| 128 | | emails that we received as well related to groundwater ordinances. |
| 129 | Supervisor Haup...: | And do we have any correspondence from, uh, correspondence reports or |
| 130 | | arguments evidence by other county [00:10:00] departments or public |
| 131 | | agencies? |
| 132 | Speaker 1: | There was one more real quick, I'm sorry a [Janet Reimer 00:10:04] or Reimer. |
| 133 | | We had an email from this morning as well. Thank you. |
| 134 | Supervisor Haup...: | Anything from other agencies or other county departments? Okay. Uh, any |
| 135 | | performance arguments? I see, none. Performance arguments. I see, none. I'm |
| 136 | | gonna go to public comments. Uh, [00:10:30] so I have a number of cards here. |
| 137 | | Let's say for title, for 10B and A and the one person says, uh, item 10B, Susan |
| 138 | | Wallace, and then I'll go online after I get through this. |
| 139 | Susan Wallace: | Good morning. |
| 140 | Supervisor Haup...: | And I don't know. Um, excuse me. Uh, so counsel, [00:11:00] if you wish to |
| 141 | | speak on both, uh, items, 10A and 10B come back up there and the next time as |
| 142 | | well. |
| 143 | Speaker 2: | That's correct. They'd be the clean short again. |
| 144 | Supervisor Haup...: | Okay, all right. Thank you. Yeah. Good morning. |
| 145 | Susan Wallace: | (laughs). Good morning. Susan Wallace from [inaudible]. It's funny who just |
| 146 | | approved of this [inaudible 00:11:20] names there that we're dealing with in our |
| 147 | | subdivision as well for illegal marijuana grow. They are also taking water from |
| 148 | | other lots and feeding their grows. Um, [00:11:30] I'm hearing trouble with, with |
| 149 | | the drugs. We just talked about it here, too. These people are here illegally |
| 150 | | growing their pot manufacturing whatever products they want, sending it out of |
| 151 | | state. |

Case 2:21-cv-00999-KJM-AC   Document 61-5   Filed 03/24/22   Page 3 of 5

TRANSCRIPTION
*Case number: 2:21-cv-00999-KJM-DMC*
*Lo, et al. v. County of Siskiyou, et al.*
Page 5 of 41

| | |
|---|---|
| 152 | Most of these people even the ones out here do not live here. They come up |
| 153 | here invade our county on an annual basis to grow their crops, and they don't |
| 154 | care what they do with our property and they have destroyed it. It has been |
| 155 | [inaudible 00:11:58] a lot, next time there was a grow. [00:12:00] It took us two |
| 156 | years to clean that up and get the devastating waste including feces off of that |
| 157 | property. And that's disgusting. |
| 158 | So I am not happy about these people trying to claim that we're taking their |
| 159 | water away from them when they come up and to destroy our property and |
| 160 | make areas unlivable. And they use cast here we take a trip out to [Shasta Vista |
| 161 | 00:12:22], and out to the Big Springs area, we need to take a drive through and |
| 162 | see what's going on out there. |
| 163 | Yes, we have fire, and yes, the fire [00:12:30] gone away from the feds but we |
| 164 | all know who live here. The feds don't put fires out, the CalFire puts fires out |
| 165 | until it gets to CalFire area that fires that burn. So though now it's been done. |
| 166 | They're claiming that has been discriminatory. Well, I'm tired of being |
| 167 | discriminated against myself. I want justice. I want people who breaks the law, |
| 168 | damage our property, devastate our land to pay for it. And I think that they |
| 169 | should be made to pay for it. |
| 170 | So I'm not, I'm not a happy [00:13:00] camper about all this and I am proud as |
| 171 | punch with you guys sticking to the water business. They have no business |
| 172 | taking water from one place and transporting it elsewhere. We can't do it on |
| 173 | our campground. We can't do it on our private property. I cannot feed water to |
| 174 | another lot without having some kind of provision made even though I have an |
| 175 | agricultural well on one piece. So that water belongs to the people who actually |
| 176 | build a house put in a septic system and set up slip trenches [00:13:30] and |
| 177 | actually live and produce on the property itself with a house of septic and well |
| 178 | it's been approved by the county. I have to abide by those rules, these people |
| 179 | don't think they have to. |
| 180 | And they're up here in our faces and yelling out here that they want water. |
| 181 | Damn it. Dr- drill well, build a house, live like normal people instead of trashing |
| 182 | our area. And that's about where I'm at. I've had it with it, I'm not happy with |
| 183 | what's going on here. I like what they call our sheriff. He's doing a good |
| 184 | [00:14:00] job, and he's after it and they don't want to abide by the law. That's |
| 185 | their choice, their choice. |
| 186 | Try abiding by the law and following it and be good citizens, you came here and |
| 187 | lied to us in the first place about being good citizens. Oh, we wanna be good |
| 188 | citizens, we fought for you. No, you didn't. You were brought over to this county |

Case 2:21-cv-00999-KJM-AC   Document 61-5   Filed 03/24/22   Page 4 of 5

TRANSCRIPTION
Case number: 2:21-cv-00999-KJM-DMC
Lo, et al. v. County of Siskiyou, et al.
Page 6 of 41

| | | |
|---|---|---|
| 189 | | and to this country to take advantage of what we offered here and that's not |
| 190 | | what they're doing. They want to do their drugs. |
| 191 | Speaker 1: | Time. |
| 192 | Susan Wallace: | Thank you. |
| 193 | Supervisor Haup...: | Thank you. Our next speaker [00:14:30] is [Anne Lowell 00:14:31]. |
| 194 | Anne Lowell: | I'm also going to encourage you to pass resolutions that have been implied, um, |
| 195 | | but I wanna tell you that I'm a little offended sometimes when we have some |
| 196 | | speakers come up and say how they fought from the country. And they've done |
| 197 | | this and so I'm going to tell you a little bit about myself. |
| 198 | | My name is Anne Lowell. I live out [inaudible 00:14:57]. I'm on the board at Care |
| 199 | | [00:15:00] CE. And since the fire, we've been seeing a lot of activity and more |
| 200 | | and more water tax. But I want to tell you that my family also fought for this |
| 201 | | country. I am only the fourth generation of Americans here, well, actually third. |
| 202 | | Um, my parents and were here because my great grandparents fled Italy, um, |
| 203 | | because of Mussolini. |
| 204 | | So then where did they come? I [00:15:30] spent the first five years of my life in |
| 205 | | the labor camp called Hilt California. And so I want you to know that I feel so |
| 206 | | offended sometimes when I hear that because it's not just about that that |
| 207 | | particular, the homeowners that came here. A lot of us are from here, my |
| 208 | | family, my kids are only the fifth generation here in America. So sometimes we |
| 209 | | forget [00:16:00] that because the color of my skin, where we came from, and |
| 210 | | again, uh, my rights are being violated. We came here again after my parents |
| 211 | | moved us down to the Sacramento Valley back up here to live where I was born. |
| 212 | | And we have a house, a septic and a well, and all my parents went through the |
| 213 | | correct procedures, my ancestors, my great grandparents and grandparents and |
| 214 | | [00:16:30] my dad did the exact same thing. They follow the rules, and that's |
| 215 | | what we're asking. And it's sad that we have to make these laws in order to |
| 216 | | enforce our rules. But sometimes, you know, that's what we have to do. When |
| 217 | | we... When my husband and I first moved up here 13 years ago, it was much |
| 218 | | more laxed, and everybody abided by the rules. We don't see that anymore. |
| 219 | | So yes, it's horrible that now we have to enforce [00:17:00] it and move it on. |
| 220 | | Now, as a board member what I'm seeing is really a horrible since the fire, in the |
| 221 | | lava fire, more and more water trucks are now on Care CE county roads. And so |
| 222 | | I'm hoping that eventually you extend some of the, uh, county roads there. But |
| 223 | | I'm also seeing, um, even in my own neighborhood, hoses, trenches, feeding |
| 224 | | their grows all the way down roads, [00:17:30] um, with hoses and things like |
| 225 | | that to fill water tanks. Please just hold your, your... [inaudible 00:17:38]. Thank |
| 226 | | you. |

*Case number: 2:21-cv-00999-KJM-DMC*
*Lo, et al. v. County of Siskiyou, et al.*
Page 41 of 41

| | |
|---|---|
| 1513 | we'll see how the rest of the summer plays out. And I think with that, I think |
| 1514 | we'll go to closed session. |
| 1515 | |
| 1516 | The transcript has been reviewed with the audio recording submitted and it is an accurate transcription. |
| 1517 | Signed _____ |
| 1518 | |