Lisa Robustellini

| | |
|---|---|
| From: | Brandon Criss |
| Sent: | Monday, May 03, 2021 2:10 PM |
| To: | Phil Anzo; Angela Davis; Nancy Ogren |
| Cc: | Laws, Darryl@CALFIRE; Bryan Schenone |
| Subject: | Re: Fire Danger/Concerns/New water ordinances |

Dear all,

I was just going to send this email to CAO Davis, but think it best to loop us all in on the conversation. I don't mean to overstep my bounds by stepping into the Fire Management of the county, but I think it's a genuine concern that might take a team answer. I hope nothing bad does happen, but have learned that I shouldn't plan for the future on that basis.

Davis,

The section below in Chief Anzo's email was highlighted by me.

I agree and will support the ban on water tenders, so don't think I'll be voting NO on the new ordinances tomorrow.

I notified Chief Anzo of the ban on these water tenders as sometimes these water tenders respond to and extinguish fires (let it be noted the fires are started by that same group).

We will at minimum go through a transition period when water is being shut off and that these illegal grows will still be in operation. There is a definite risk of fire at the same time the county will ban private water tenders.

Of course Fire Dept. Tenders are not banned, but these private tenders at times get there faster and put the fires out before 911.

I wanted to loop you in on this conversation and bring you into it.

I'll continue my dialogue with Cal-Fire. However, I welcome your input, advice and leadership. Also who else we should bring into the conversation such as OES, etc.

There is a genuine fire risk and I'd like to get to a "yes" on how to protect the constituents of these areas. I know nothing will be perfect or absolute, but some plan and teamwork is better than not discussing it.

These areas also depend on volunteer fire departments, and volunteers are low or not always around. I think through Cal-Fire or OES a communication with the Fire Departments as well.

All the best,

*Brandon A. Criss  MPA*
Siskiyou County Supervisor District One

1

530 859-5548

**From:** Anzo, Phillip@CALFIRE <Phillip.Anzo@fire.ca.gov>
**Sent:** Monday, May 3, 2021 1:44 PM
**To:** Brandon Criss <bcriss@co.siskiyou.ca.us>
**Cc:** Laws, Darryl@CALFIRE <Darryl.Laws@fire.ca.gov>
**Subject:** Re: Fire Danger/Concerns/New water ordinances

Supervisor Criss,

We do have areas of concern with the Pleasant Valley and Mt Shasta Vista especially with the current activity occurring in these locations.

CAL FIRE can focus efforts on fire safety information and education to the public through defensible space inspections. Our increased presence should help raise fire awareness for those that live there.

Access is currently difficult to areas and that will be an early consideration if evacuations need to occur. Because the roads are private, it will be a challenge to make the improvements that are desperately needed.

The County's ban on non-fire water tenders may have impact on fires in the area. They have been known to extinguish fires prior to them being reported to 911.

We will be staffing Macdoel Station on the 24th or sooner if conditions and funding change.

I'm out of the office this week teaching in Sacramento but have CC'ed Darryl Laws, Operations Chief, to inform him of your concerns as well. Feel free to contact him at 530-598-2601 in my absence.

We can plan on a meeting after I return.

Thank you,

Phillip Anzo
Unit Chief
CAL FIRE Siskiyou


**From:** Brandon Criss <bcriss@co.siskiyou.ca.us>
**Sent:** Saturday, May 1, 2021, 5:08 PM
**To:** Anzo, Phillip@CALFIRE
**Subject:** Fire Danger/Concerns/New water ordinances

**Warning:** this message is from an external user and should be treated with caution.

Chief Anzo,

There have been more than a few fires started in Pleasant Valley already this year, and other areas of Butte Valley. We have unusually dry conditions, and we unfortunately have the "human factor" that is wildly unpredictable.

For Pleasant Valley there have been fires started that are associated with illegal marijuana grows. Also, the vast increase in residents to the area that are at risk of fire.

SC DOC 000476

There was a fire last night, started from a vehicle fire hauling fuel in Pleasant Valley. The fire was stopped by "locals" and a private water tender.

The county will be voting on two new ordinances on Tuesday that will ban the use of these water tenders. These bans as proposed are for water hauling in areas of Butte Valley, areas of (I think) KRCE and also Shasta Vista. Fire Department tenders are exempted.

This ban must be done or private wells will be ran dry and the long-term impact terrible to domestic water supplies.

For areas like Pleasant Valley the roads are private roads, not well maintained, which hinders emergency responses and escape routes.

As you know for such fires, in dry conditions, in areas with poor entrance and escape routes, with a lot of elderly, time is of the essence in fighting these fires.

I wouldn't make this ask, or ask your guidance on how to approach, if I didn't think we face a potential disaster. We've dodged the bullet these last few weeks/months and "Russian Roulette" scares me.

Shasta Vista is another concern. And I support whatever you think must be done to protect that area as well. However, there are multiple volunteer fire departments to respond and a staffed Weed and Yreka Cal-Fire Stations. The Weed Station covers Butte Valley at this time, and while well trained, it takes a lot of time to get to Butte Valley.

There was a fire in 2017 in Pleasant Valley that if it hadn't been for Cal-Fire being in Macdoel and the capability of your excellent professionals, that we would have lost Pleasant Valley. Local volunteers are good, but none of us have that level as Cal-Fire. Also in responding, Cal-Fire will be responding to the incident while volunteers will be responding to the station.

When will the Macdoel Station be staffed this year?

Due to these "other" conditions, and the recent history of fire activity ("Russian Roulette"), is there a way to or justification to staff the Macdoel Station earlier? Or a hybrid staff plan? Or for Cal-Fire to have a staffed engine, or for a hybrid staff to be able to quickly access and operate the Butte Valley Fire Engine, or a staff that can be there full time, etc. I think full time is necessary.

I'm sure Butte Valley Fire and Dorris Fire will not in anyway hinder or seek profit from a partnership, they all live in the community.

I'm not a fire manager so don't know the best approach, and don't mean to limit you to those options, all I can say is that the need is genuine, and the danger is real.

Also, with input from your Battalion Chief, Dorris Chief, and BV Chief, we might want to do a "table top exercise" or actual training plan for Pleasant Valley due to the high risk for the area.

I welcome your guidance, will follow your leadership and will help in anyway I can.

SC DOC 000477