# Summary

## Scott Shasta Health and Safety Needs Certification for ⸻

**You completed the survey or** ⸻

Return to Dashboard (/WRInfo/Owners/Details)

## Introduction

## Certification and Petition to Continue Diversions for Human Health and Safety

The purpose of this form is to request an exception from curtailment for minimum health and safety needs, as provided by the emergency regulation. **If you do not need to divert water for health and safety needs, please do not complete this form.**

At the end of this form, you must certify that all the information entered into the form is true and correct to the best of your knowledge under penalty of perjury. Please keep this in mind while filling out the form.

To navigate this survey, use the "Next" and "Prev" buttons to move forward or backward. On the final page, instead of a "Next" button you will see a "Finish and Submit" button which will complete your survey. Your responses to each page will be saved when you continue to the next page, but you can still go back and change your responses using the "Prev" button.

If you have any questions, please contact State Water Resource Control Board staff by email at ScottShastaDrought@waterboards.ca.gov (mailto:ScottShastaDrought@waterboards.ca.gov) or leave a phone message at: (916) 327-3113.

## Contact Information

This contact information is necessary so that we can contact you, if needed, regarding this form. You do not have to fill this out if you filled out the information on another form already.

**Name:**

⸻

**Best Contact Information (Phone or Email):**

⸻

**Secondary Contact Information (Phone or email):**

# Certification

"Minimum human health and safety needs" refer to the amount of water necessary for prevention of adverse impacts to human health and safety for which there is no feasible alternate supply. To be exempt from curtailment, your minimum human health and safety needs must be classified within one or more of the following categories.

**Please select all that apply.**

☑ Indoor domestic water uses including water for human consumption, cooking, or sanitation purposes, or water provided outdoors for human consumption, cooking, or sanitation. Bulk water deliveries or water hauling for these purposes should also use this option.

☐ Water supplies necessary for energy sources that are critical to basic grid reliability, as identified by the California Independent System Operator, California Public Utilities Commission, California Energy Commission, or a similar energy grid reliability authority. Please attach the approval or similar relevant documentation from the appropriate agency.

☐ Water supplies necessary to prevent tree die-off that would contribute to fire risk to residences, and for maintenance of ponds or other water sources for fire fighting, water supplies the California Department of Forestry and Fire Protection (or other appropriate authority) has identified as regionally necessary for fire preparedness or post-fire recovery and reforestation efforts. Please attach the approval or similar relevant documentation from the appropriate public agency.

☐ Water supplies identified by the California Air Resources Board, a local air quality management district, or other appropriate public agency with air quality expertise, as necessary to address critical air quality impacts to protect public health. Please attach the approval or similar relevant documentation from the appropriate public agency.

☐ Water supplies necessary to address immediate public health or safety threats, as determined by a public agency with health or safety expertise. Please attach the approval or similar relevant documentation from the appropriate public agency.

☐ Other water uses necessary for human health and safety which a state, local, tribal, or federal health, environmental, or safety agency has determined are critical to public health and safety or to the basic infrastructure of the state. In the box below, please identify the health and safety need. Please also attach the approval or similar relevant documentation from the appropriate public agency.

**For each box you checked above, provide an explanation for how your water usage meets the criteria provided. If your use is for indoor domestic supply, please just note the number of households. Note, you are able to attach files on the next page if your response does not fit in the box below.**

Not applicable

(5000 character max.)

**If you will divert no more than 55 gallons per person per day, please self-certify you use using one of the two choices below, and then skip to the end to submit your form (or attach any documents and then submit). You do not need to fill out the "Petition" section on the next page.**

☐ I certify that the water diverted will only be used for the need stated above and will not be more than 55 gallons per person per day.

☐ I certify that the water diverted will be used only for the need stated above or additional needs are under the non-consumptive use exception or the minimum livestock watering needs exception and that I have filled out or will fill out the appropriate certification(s) and/or petition(s) for those needs. The portion of my diversion that is for human health and safety needs will not be more than 55 gallons per person per day.

**If you cannot certify one of the above choices, please fill out and submit the petition on the following page.**

# Scott-Shasta Health and Safety Limit Increase Petition (if applicable)

The purpose of this portion of the form is to submit additional information regarding human health and safety water uses that require the use of more than 55 gallons per person per day, or for which use of the 55 gallons per person per day standard is not applicable (e.g. energy grid stability, fire protection, etc).
**If you do not plan to divert greater than 55 gallons per person per day, please skip the petition questions on this page and click "Next" to go to the next page.**

# Supporting Information and Additional Certification

Provide the following information to support your proposed diversion of greater than 55 gallons per person per day for human health and safety.

☐ I certify that the diverted water will be used only for the need described in the section (titled Certification).

**Estimate the amount of water needed in gallons per day.**
**If this number is less than or equal to 55 gallons per person per day, you do not need to fill out this page. Please click "Next" to go to the next page.**

Not applicable

**Describe why you need more than 55 gallons per person per day, and any other additional steps that you have taken or will take to reduce diversions, reduce consumption, and identify alternative water supplies:**

Not applicable.

(5000 character max.)

**Provide the timeframe for which the diverter expects the use to continue or in which the diverter expects to reduce usage to no more than 55 gallons per person per day. If the minimum human health and safety use is expected to continue requiring more than 55 gallons per person per day, please describe why:**

> Not appplicable

(5000 character max.)

**You will receive a response to your petition via email. Please ensure you provide an email address below if you did not already do so on a Contact Information page.**

# Attachments

❓

**As necessary, upload documents to show that the use is for minimum health and safety needs (e.g. documentation from the public agency), or other relevant information to support your petition.**

| Choose Files | No file chosen |

| Upload |

(Uploaded files:)

0%

**Please describe what, if any, documents have been attached:**

(5000 character max.)

# Submission

**Name of person signing: ***

**Relationship to legal rightholder ***

☑ I certify, under penalty of perjury, that all information entered into this form is true and correct to the best of my
   knowledge.          *

When you click "Finish and Submit," this form will be completed and sent, so please ensure all the information
submitted so far is correct. If you need to check information that was previously entered, use the button at the
bottom of the page that says "Prev" to return to the previous page.

Back to top of page
Show as PDF (/WRInfo/Surveys/Summary/81469?showControls=True&asPDF=True)
Return to Dashboard (/WRInfo/Owners/Details)

© 2022 - State Water Resources Control Board

# Summary

## Scott Shasta Curtailment Certification for (SC ⎯⎯⎯⎯⎯⎯

**You completed the survey o** ⎯⎯⎯⎯⎯⎯⎯

Return to Dashboard (/WRInfo/Owners/Details)

# Introduction

## Certification of Compliance with Curtailment Order

The purpose of this form is to track compliance with the curtailment order and its associated requirements. All water diverters in the Scott River and Shasta River watersheds who received a curtailment order must complete this form to comply with section 875 of the Scott River and Shasta River emergency regulation.

At the end of this form, you must certify that all the information entered is true and correct to the best of your knowledge under penalty of perjury. Please keep this in mind while filling out the form.

To navigate this form, use the "Next" and "Prev" buttons to move forward or backward. On the final page, instead of a "Next" button you will see a "Finish and Submit" button which will complete your form. Your responses to each page will be saved when you continue to the next page, but you can still go back and change your responses using the "Prev" button.

If you have questions, please contact State Water Resource Control Board staff at ScottShastaDrought@waterboards.ca.gov or leave a phone message at (916) 327-3113.

# Contact Information

This contact information is necessary so that we can contact you, if needed, regarding the forms. You do not need to fill this out if you filled out this information on another form already.

**Name**

**Best Contact Information (Phone or Email):**

**Secondary Contact Information (Phone or Email):**

# Certification of Compliance with Curtailment Order

Select which of the following applies:

☐ I certify that diversion under the water right identified has ceased.

☐ I am continuing to divert as provided by section 875.1 (non-consumptive use), 875.2 (minimum health and safety needs), or 875.3 (minimum diversions for livestock watering) of the emergency regulation and have submitted a certification(s).

☑ I certify that continued use is under other water rights not subject to curtailment, and I have specifically identified those other rights, including the basis of right and quantity of diversion in the box below.

☐ I certify that the only continued use for this right is in-stream.

**If you checked the third option "Continued use is under other water rights...", please specify the water right that is being used and quantity diverted:**

(5000 character max.)

**If you checked the second option (continuing to divert for minimum health and safety, livestock watering, or non-consumptive uses) select one or more of the following:**

☐ Diversions continue only to the extent that they are non-consumptive uses for which a certification for continued diversion has been submitted per section 875.1. Non-consumptive use should be submitted using the "Scott Shasta Non-consumptive Use Certification" which is available via the same portal used to access this form.

☐ Diversions continue only to the extent that they are to provide for minimum human health and safety needs for which a certification or petition has been submitted per section 875.2. Certifications for human health and safety should be submitted using the "Scott Shasta Health and Safety Use Certification & Petition" which is available via the same portal used to access this form.

☐ Diversions continue only to the extent that they are to provide for minimum livestock watering quantities for which a certification or petition has been submitted per section 875.3. Certifications and petitions for minimum livestock watering should be submitted using the "Minimum Livestock Diversion Certification" which is available via the same portal used to access this form.

**Are there any alternate water sources being used that are not entered above? If so, please describe in the box below.**

No

(5000 character max.)

# Attachments

**Please include any needed attachments:**

| Choose Files | No file chosen |
|---|---|

| Upload |
|---|

(Uploaded files:)

0%

**Please describe what, if any, documents have been attached:**

Not applicable

(5000 character max.)

# Submission

**Name of person signing: ***

~~[redacted]~~

**Relationship to legal rightholder ***

~~[redacted]~~

☐ I certify, under penalty of perjury, that all information entered into this form is true and correct to the best of my knowledge.    *

When you click "Finish and Submit," this form will be completed and sent, so please ensure all the information submitted so far is correct. If you need to check information that was previously entered, use the button at the bottom of the page that says "Prev" to return to the previous page.

Back to top of page
Show as PDF (/WRInfo/Surveys/Summary/81468?showControls=True&asPDF=True)
Return to Dashboard (/WRInfo/Owners/Details)

© 2022 - State Water Resources Control Board