About Us   Contact Us   Subscribe    Settings







Home   |   Drought   |   Scott Shasta Rivers

# Scott River and Shasta River Watersheds Drought Response

> **ⓘ CURTAILMENT STATUS**
> - Scott River - As of March 11, 2022, all curtailments in the Scott River Watershed are conditionally suspended through 11:59 p.m. on Friday, March 18, 2022. See Scott River Addendum 16 for more information.
> - Shasta River - As of February 25, 2022, all curtailments in the Shasta River Watershed are conditionally suspended through March 15, 2022. See Shasta River Addendum 8 for more information. (see curtailment status on map)
>
> Frequently visit this webpage and subscribe to our "Scott-Shasta Drought" email list to stay informed of updates to curtailments.

On May 10, 2021, Governor Newsom declared a drought emergency for 41 counties, including Siskiyou County, where accelerated action is needed to protect public health, safety, as well as the environment. The Scott River (Scott) and Shasta River (Shasta) are important tributaries to the Klamath River, the second largest river in California. The Scott and Shasta watersheds are experiencing one of the most severe droughts on record. These rivers are crucial sources of water for Siskiyou County and have immense economic, ecological, and cultural importance. Siskiyou County is home to 43,500 people. The Scott and Shasta watersheds provide water for agriculture, domestic users, the environment, fire protection, municipalities, Tribal Nations, and recreation.

As the region's drought situation worsens, local and state governments and community members are




About Us    Contact Us    Subscribe    ⚙ Settings

 Form Submittal Portal



*Scott River Canyon*

## 📢 Announcements

- **NEW!** March 11, 2022 Addendum 16 to Order for Reported Water Rights in the Scott River Watershed, issued September 9, 2021 by the Deputy Director for the Division of Water Rights; Order WR 2021-0083-DWR; and Order WR 2021-0084-DWR (Including List of Associated Water Rights)
- February 25, 2022 Addendum 8 to Order WR 2021-0082-DWR (Including List of Associated Water Rights)
- January 13, 2022 - Guidance on Groundwater Reduction Local Cooperative Solution for the Scott River Watershed
- January 4, 2022 - List of diverters and their associated rights in the Scott River and Shasta River watersheds who have not submitted curtailment certification form(s).



## ⚙ Drought Response Topics

About Us    Contact Us    Subscribe    ⚙ Settings



Information Orders ▶

Petitions for Reconsideration ▶

Resources and How to Contact Us ▶

Emergency Regulation ▶

Local Cooperative Solutions and Information ▶

Outreach ▶

Funding Opportunities ▶

Livestock Watering ▶

## 💧 How to Conserve

👥 **Klamath River watershed residents can help!** Surface and groundwater users can help lessen drought impacts, and even small efforts can result in huge benefits for flows and fish.

Here are just a few ways to help:

- Reduce diversions from surface and groundwater sources
- Conserve water, limit non-food irrigation, and reuse graywater (i.e., water from sinks,






About Us    Contact Us    Subscribe    Settings

- Click here for more water-saving tips.

 How to Report an Unauthorized Diversion or Water Waste



👆 Visit the CalEPA Complaint System to report unauthorized diversions, such as violations of water right permits or diversions impacting fisheries.



👆 Visit savewater.ca.gov to report water waste, such as leaks and overwatering, to your local water agency.

## Regional Resources

- Shasta Valley Resource Conservation District
- Siskiyou County Farm Bureau
- Siskiyou Resource Conservation District



## Stay informed





(Page last updated 03/11/2022



About Us    Contact Us    Subscribe    ⚙ Settings



🔍    ☰

ℹ Uniform Grants Guidance



## Resources

OIMA
CEDEN
Data & Databases
Drought Information
FAAST
Language Access Complaint
Queja de Acceso al Idioma
My Water Quality
Performance Report
Tribal Affairs
Wastewater Arrearage Payment
Website Index

## Working with the Board

Abbreviations and Acronyms
Board Priorities
Decisions Pending &
Opportunities for Public Participation
Employment
Frequently Asked Questions
Grants & Loans
Laws / Regulations
Plans / Policies
Public Records Center
Publications / Forms



Back to Top                                   Conditions of Use



About Us    Contact Us    Subscribe     Settings



Website Accessibility Certification

Copyright © 2022 State of California

The California Water Boards include the State Water Resources Control Board and nine Regional Boards

The State Water Board is one of six environmental entities operating under

the authority of the California Environmental Protection Agency

Cal/EPA | ARB | CalRecycle | DPR | DTSC | OEHHA | **SWRCB**

.

