# SUPPLEMENTAL AFFIDAVIT OF NHIA THAI VANG

I, NHIA THAI VANG, do hereby declare:

1.      I am 76 years old, and I reside in the Mount Shasta Vista subdivision in Siskiyou County with my wife, Bao Lee, who is 78 years old.

2.      I am a Plaintiff in this case.

3.      I previously provided the Court with an affidavit (dated and filed June 11, 2021), and a supplemental affidavit (dated July 6, 2021, and filed on July 15, 2021). The present affidavit is intended to supplement both the June 11 affidavit, and the July 6 affidavit, which were also true and correct.

4.      In the previous affidavits, I explained the difficulties associated with the County's interference with our access to water. We live in an area without wells because of the salty water underneath. During the water truck ban, my wife and I depended on our daughter and son-in-law to bring us water in 55-gallon drums. They are both employed full-time, and their availability to supply us with water was limited. Also during the ban, almost all of our animals that we depend on for food, as well as a few of our pets, had died. We also had to borrow water from friends when possible.

5.      Since the Court's injunction of September 3, 2021, we have been able to rebuild our lives. Our stress level has lowered considerably, and we are able to enjoy a quality of life with access to water. We have a male and female duck, who are starting to reproduce. There is also a male and female chicken, who we hope to see reproduce this season. We love our animals, and hope the injunction remains in place so we can continue to get the water we need.

6.      We arrived in the United States in 1989, and have grown to love this country. We have invested everything we have to set up a life in Siskiyou County for our retirement. This is our resting spot. During the war, the American's came to Vang Pao and told me, "if your people help us fight this war, when we win this war we will help you reconstruct your country and put up structures for you. If we lose this war we will take you to live in America to California."

1

SUPPLEMENTAL AFFIDAVIT OF NHIA THAI VANG
DILEVON LO *et al.* v. COUNTY OF SISKIYOU *et al.*

7.      We feel that so many people in Siskiyou County hate us because of who we are. There are some businesses that have welcomed us, and appreciate us, but the elderly are afraid to go out without a group of younger people with us.

8.      I am a war veteran.  I am not a criminal, but have been treated like one.  The County is throwing a blanket over all of us, causing a problem for all of us who are just living here peacefully.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on this 23 day of March 2022 in Siskiyou County, California.

Dated: March 23 2022

_Nhia Thai Vang_
**NHIA THAI VANG**

2