# SUPPLEMENTAL AFFIDAVIT OF KOUA LEE

I, KOUA LEE, do hereby declare:

1. I live in the Mount Shasta Vista subdivision of Siskiyou County with my wife, Yiping Yieng.

2. I am a Plaintiff in this case.

3. I previously provided the Court with an affidavit (dated and filed June 11, 2021), and a supplemental affidavit (dated July 6, 2021, and filed on July 15, 2021). The present affidavit is intended to supplement both the June 11 affidavit, and the July 6 affidavit, which were also true and correct.

4. In the previous affidavits, I explained the difficulties associated with the County's interference with our access to water. Prior to the Court's injunction of September 3, 2021, I needed to drive to Mt. Shasta City creek twice a week to obtain water that was previously provided for by the water trucks. As a result of the ban, we were unable to farm vegetables that we relied on for food, the animals we relied on for food had died, we could bathe only twice a week, and we were depressed because we were thirsty all of the time.

5. Since the Court's injunction, water is easier to get. A cousin who owns a water truck brings water to us, which we store in three tanks. We use the trucked water for cleaning and for raising vegetables. We continue to get their drinking water from the spring at Mt. Shasta City Park. We also get bottled water from Walmart. With water easier to get, we have more chickens with newly hatched chicks, and they are able to grow vegetables. Before we could only bathe by wiping off with a towel once a week, now we can regularly take showers.

6. I applied for and paid $170.00 for a well permit about five years ago. Last month (February 2022) I went to the county office to renew the well permit. I spoke with three women, but did not recall their names. They do not have an inspector; they don't have the resources; and there is a long list, so it will be a couple years from now before they can get it approved. Since I already paid the application fee no additional money was required.

1

SUPPLEMENTAL AFFIDAVIT OF KOUA LEE
DILEVON LO et al. v. COUNTY OF SISKIYOU et al.

7. The county forms were not in the Hmong language. They have not received any notifications from the county in the Hmong language. I inquired if there was anyone at the county who could speak the Hmong language and assist Hmong citizens. The Sheriff patrols are about the same as they were before the injunction, but at least they don't stop the trucks now.

8. If the injunction is lifted, we would not be able to survive. With no water we cannot bathe, cannot grow food, and would have no water for cooking. We would be back to the situation before the injunction.

9. We want to be treated fairly by the County, like others would want to be treated.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on this 22 day of March 2022 in Siskiyou County, California.

Dated: March 22 2022

**KOUA LEE**

2

**SUPPLEMENTAL AFFIDAVIT OF KOUA LEE**
DILEVON LO *et al.* v. COUNTY OF SISKIYOU *et al.*