# SUPPLEMENTAL AFFIDAVIT OF KHUE CHA

I, KHUE CHA, do hereby declare:

1. I am 61 years old, and I reside in the Mount Shasta Vista subdivision in Siskiyou County with my wife, Angel Cha.

2. I am a Plaintiff in this case.

3. I am a property owner in Shasta Vista. It took our hard earned savings, accumulated over a lifetime, to purchase this land.

4. I previously provided the Court with an affidavit (dated and filed June 11, 2021). The present affidavit is intended to supplement the June 11 affidavit, which is also true and correct.

5. During the water truck ban, we had to travel 25 miles to fill 5-gallon bottles, which we then carried 200—300 feet to load into our truck. My wife's back was inured in the process. We could only carry 100 gallons per truckload.

6. We have been interrogated about our reasons for getting the water. After explaining it was for our personal needs, we were left alone. Others in this county have been rude to us, simply because we are Asian. We were becoming depressed.

7. Since the Court's injunction, we have had easier access to water. The water truck delivers it to us, and we store the water in a tank. It is good enough quality for bathing, feeding the chickens, and watering our plants. If we are going to cook or consume the water, we boil it.

8. We now have 30 chickens, and a thriving garden of vegetables, cilantro, and green onions.

9. The Deputies left us alone for a period of time after the Court's ruling. More recently they are coming around again, about the same as before the injunction. We have not been pulled over or had individual contact with Deputies.

10. The County is not allowing us to apply for permits. After the fire evacuation they wouldn't let us apply anymore.

11. We have never received any notice from the county in the Hmong language.

1

1  When dealing with the county, we have not seen any forms in the Hmong language

2     12.    I believe the County is trying to drive the Hmong out. But they have no right to
3  do that because this land belongs to us. If they want us to leave, they can buy back the land from
4  us. Some of our community have left because they have lost all hope and given up. Our next-
5  door neighbor is one who left.

6     13.    We feel the discrimination from some in the County. Though there is still
7  discrimination we believe there is a way to work together.

8     14.    If the Court lifts the injunction, my garden will suffer again.

9     15.    We are fighting every day for basic human rights. Water is a basic need for
10  animals, plants, or humans. We don't want to keep suing each other and fighting over basic
11  needs as this.

12     16.    I want Judge Mueller to know that I believe the law is the law. It has to be there
13  to command the land. But water belongs to this earth, it belongs to the land, it belongs to
14  everyone. It is a basic right for everyone in this area.

16  I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on this
17  23 day of March 2022 in Siskiyou County, California.

19     Dated: March 23 2022                             Khue Cha
20                                                     KHUE CHA

---

2

SUPPLEMENTAL AFFIDAVIT OF KHUE CHA
DILEVON LO et al. v. COUNTY OF SISKIYOU et al.