# AFFIDAVIT OF FRANK LOR

I, FRANK LOR, do hereby declare:

1. I reside in Minnesota, and have property in Shasta Vista that is in my daughter's name. The property is located at Roland Road and Heintzelman Road.

2. I am not a Plaintiff in this case.

3. During the Lava Fire, I stayed in the Vistas to help the Hmong fight the fire. My job was to look for water sources and letting those fighting the fire know where to go for water.

4. I had access to my uncle's well, and some who had evacuated allowed their wells and pools and other water storage to be used. We were not allowed to get water from the Griset or Ellison wells.

5. Deputy Sheriff White told me I needed to evacuate. I told Deputy White that I could not evacuate because the police and fire department were not trying to put out the fire and I needed to help protect my place. I asked Deputy White to help us.

6. Deputy White took me out of the Vistas, and arrested me. I was taken to Yreka, where I was booked and released.

7. During the water ban, everything was bad.

8. Since the injunction, things had improved. I got water from my uncle's well and stored it in a 250-gallon water tote. I have not attempted to get any permits.

9. I was growing green onion, cabbage, pepper, and cilantro in my 30' by 80' greenhouse. Close to 300 plants, the size of my hand, were just starting to thrive. I was growing to provide vegetables for the elderly, not to sell them.

10. I was told that I could not use my wood stoves to keep the plants warm so I closed the greenhouse tightly.

11. On March 10, 2022, law enforcement served a search warrant on my property. The warrant said they were looking for marijuana.

1

AFFIDAVIT OF FRANK LOR
DILEVON LO *et al.* v. COUNTY OF SISKIYOU *et al.*

12. The officers entered my greenhouse, which contained vegetable plants. The plants were very young and the weather was extremely cold. When the officers opened the doors and left them open, the cold wind hit the plants and killed them.

13. I was standing outside my fence during the search. The officers yelled at me and told me they saw marijuana in the greenhouse. They wanted to know what happened to it. I told them they must have been mistaken.

14. Though no marijuana or other illegal material was found or seized, I was ordered to remove a swimming pool, three 250-gallon water storage tanks, and two wood stoves. My vegetable plants died as a result of officers leaving the doors to the greenhouse open, allowing them to freeze

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on this 22 day of March 2022 in Siskiyou County, California.

Dated: March 23 2022

FRANK LOR

AFFIDAVIT OF FRANK LOR
DILEVON LO et al. v. COUNTY OF SISKIYOU et al.