**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| Plaintiff(s) | CASE NUMBER: |
| v. | 21cv0999 |
| Defendant(s). | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

_____Lo Et Al_____  **X** Plaintiff  ☐ Defendant  ☐ Other _____
*Name of Party*

to substitute ___Allison B. Margolin of Allison B. Margolin, PLC___ who is

**X** Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

___418 S. Swall Dr.___
*Street Address*

___Beverly Hills, CA 90211___ ___allison@allisonmargolin.com___
*City, State, Zip*  *E-Mail Address*

___310-717-1159___  _____  ___222370___
*Telephone Number*  *Fax Number*  *State Bar Number*

as attorney of record instead of ___Allison B. Margolin, James Raza Lawrence, and Jennie W. Stepanian of___
*List **all** attorneys from same firm or agency who are withdrawing*

___Margolin & Lawrence___

**is hereby**  ☐ **GRANTED**  ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____  _____
U. S. District Judge/U.S. Magistrate Judge