**SPINELLI, DONALD & NOTT**
A Professional Corporation
DOMENIC D. SPINELLI (SBN: 131192)
J. SCOTT DONALD (SBN: 158338)
JEFFREY C. CHIAO (SBN: 236781)
601 University Avenue, Suite 225
Sacramento, CA 95825
Telephone: (916) 448-7888
Facsimile:   (916) 448-6888

Attorneys for Defendants County of Siskiyou; Jeremiah LaRue and Jesus Fernandez, in their official capacities as members of the Siskiyou County Sheriff's Department and in their individual capacities; Brandon Criss, Ed Valenzuela, Michael N. Kobseff, Nancy Ogren, and Ray A. Haupt, in their official capacities as members of the Siskiyou County Board of Supervisors and in their individual capacities; Edward Kiernan, in his official capacity as County Counsel for Siskiyou County and in his individual capacity; and DOES 1-100

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Dilevon Lo, Jerry Vang, Nathan Thao, Mao Thao, Pao Lee, Antonio Lee, Koua Lee, Nhia Thai Vang, Zeng Lee, Der Lee and Khue Cha,<br><br>          Plaintiffs,<br><br>     vs.<br><br>County of Siskiyou; Jeremiah LaRue and Jesus Fernandez, in their official capacities as members of the Siskiyou County Sheriff's Department and in their individual capacities; and Brandon Criss, Ed Valenzuela, Michael N. Kobseff, Nancy Ogren, and Ray A. Haupt, in their official capacities as members of the Siskiyou County Board of Supervisors and in their individual capacities; Edward Kiernan, in his official capacity as County Counsel for Siskiyou County and in his individual capacity; and DOES 1-100,<br><br>          Defendants. | Case No. 2:21-cv-00999-KJM-DMC<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS DISMISSING INDIVIDUAL DEFENDANTS AND FOR RULE 11 SANCTIONS**<br><br>Complaint Filed:  June 4, 2021<br>First Amended Complaint Filed: July 15, 2021<br><br>**Date:   July 29, 2022**<br>**Time:  10:00 AM**<br>**Courtroom:  3, 15th Floor**<br><br>Judge: Hon. Kimberly J. Mueller<br><br><br>**[FEES EXEMPT PURSUANT TO GOVERNMENT CODE SECTION 6103]** |

**NOTICE IS HEREBY GIVEN** that on **July 29, 2022, at 10:00 a.m.**, in the Courtroom of the Honorable Kimberly J. Mueller, Courtroom 3, 15th Floor, located at 501 I Street, Sacramento, California, 95814, Defendants County of Siskiyou; Jeremiah LaRue and Jesus Fernandez, in their official capacities as members of the Siskiyou County Sheriff's Department and in their individual capacities; Brandon Criss, Ed Valenzuela, Michael N. Kobseff, Nancy Ogren, and Ray A. Haupt, in their official capacities as members of the Siskiyou County Board of Supervisors and in their individual capacities; Edward Kiernan, in his official capacity as County Counsel for Siskiyou County and in his individual capacity, will and do file a Motion for Judgment on the Pleadings Dismissing the Individual Defendants in their individual and official capacities, and For Rule 11 Sanctions.

This Motion will be based upon this Notice; the Memorandum of Points and Authorities in support hereof; the Declaration of Jeffrey Chiao, and all records and documents on file herein, and such other and further evidence or matters as may be presented or offered here, in the reply brief and at the time of the hearing on this Motion.

Dated:  June 6, 2022                                          **SPINELLI, DONALD & NOTT**

By: _____/s/ J. Scott Donald_____
DOMENIC D. SPINELLI
J. SCOTT DONALD
JEFFREY C. CHIAO
Attorneys for Defendants
COUNTY OF SISKIYOU

### CERTIFICATION OF MEET AND CONFER EFFORTS

Counsel for Defendants met and conferred with counsel for Plaintiffs through written correspondence on October 29, 2021, February 18, 2022, and March 24, 2022; and a telephone conference on February 17, 2022, and April 4, 2022, regarding the issues raised in this motion. As of the filing of this motion, the parties had not come to an agreement with respect to the issues raised in this motion.

1  Dated: June 6, 2022                                       **SPINELLI, DONALD & NOTT**
2
3
4                                                   By:   _/s/ J. Scott Donald_
                                                          DOMENIC D. SPINELLI
5                                                         J. SCOTT DONALD
                                                          JEFFREY C. CHIAO
6                                                         Attorneys for Defendants
                                                          COUNTY OF SISKIYOU
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28