**ALLISON B. MARGOLIN, PLC**
Allison B. Margolin (SBN 222370)
Geoffrey Gallegos (SBN 336616)
418 S. Swall Dr.
Beverly Hills, CA 90211
Telephone: (323) 653-9700

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| Dilevon Lo, Jerry Vang, Nathan Thao, Pao Lee, Antonio Lee, Koua Lee, Nhia Thai Vang, Zeng Lee, Der Lee, and Khue Cha,<br><br>Plaintiffs,<br>vs.<br><br>County of Siskiyou, Jeremiah LaRue and Jesus Fernandez, in their official capacities as members of the Siskiyou County Sheriff's Office and in their individual capacities; and Brandon Criss, Ed Valenzuela, Michael N. Kobseff, Nancy Ogren, and Ray A. Haupt, in their official capacities as members of the Siskiyou County board of Supervisors and in their individual capacities; Edward Kiernan, in his official capacity as County Counsel for Siskiyou county and in his official capacity; and DOES 1-100<br><br>Defendants. | CASE NO: 2:21-cv-00999-KJM-DMC<br><br>**PLAINTIFFS' NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT**<br><br>Date:         July 7, 2022<br>Time:         9:00 a.m.<br><br>Magistrate Judge: Hon. Allison Claire |

PLEASE TAKE NOTICE that, as directed by the Court's Minute Order of May 18, 2022 (ECF Doc. No. 80), Plaintiffs, by and through counsel, provide Notice of Submission of Confidential Settlement Conference Statement, submitted via email to acorders@caed.uscourts.gov on June 16, 2022.

DATED: June 16, 2022                                   Respectfully submitted,


                                                              By:    __/s/ Allison B. Margolin_____
                                                                        Allison B. Margolin
                                                                        Attorney for Plaintiffs

---

1
PLAINTIFFS' NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT
DILEVON LO *et al.* v. COUNTY OF SISKIYOU *et al.*