JOHN THOMAS H. DO (SBN 285075)
jdo@aclunc.org
EMI YOUNG (SBN 311238)
eyoung@aclunc.org
GRAYCE ZELPHIN (SBN 279112)
gzelphin@aclunc.org
BRANDON GREENE (SBN 293783)
bgreene@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
Facsimile: (415) 255-8437

*Counsel for Amicus Curiae ACLU of Northern California*

GLENN KATON (SBN 281841)
glennk@advancingjustice-alc.org
ASIAN AMERICANS ADVANCING JUSTICE -
ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, CA 94111
Telephone: (415) 896-1701
Facsimile: (415) 896-1702

*Counsel for Amicus Curiae Asian Law Caucus*

STANLEY YOUNG (SBN 121180)
syoung@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor Palo Alto, CA 94306-2112
Telephone: (650) 632-4704
Facsimile: (650) 632-4800
MELISSA DECKER (SBN 330062)
mdecker@cov.com
COVINGTON & BURLING LLP
Salesforce Tower, 415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: (415) 591-7085

*Counsel for Amici Curiae ACLU of Northern California and Asian Law Caucus*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DILEVON LO, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SISKIYOU, ET AL.,<br><br>Defendants. | Case No. 21-cv-00999-KJM-AC<br><br>**CIVIL RIGHTS AMICI'S NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT** |

PLEASE TAKE NOTICE: In advance of the settlement conference on July 7, 2022, Civil Rights Amici (the American Civil Liberties Union of Northern California and Asian American Advancing Justice-Asian Law Caucus) have submitted a confidential statement to acorders@caed.uscourts.gov.

Date: June 16, 2022

Respectfully,

/s/*John Thomas H. Do*
John Thomas H. Do
Emi Young
Grayce Zelphin
Brandon Greene
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA

*Counsel for Amicus Curiae ACLU of Northern California*

/s/*Glenn Katon* (made with permission)
Glenn Katon
ASIAN AMERICANS ADVANCING JUSTICE
ASIAN LAW CAUCUS

*Counsel for Amicus Curiae Asian Law Caucus*

/s/*Stanley Young* (made with permission)
Stanley Young
Melissa Decker
COVINGTON & BURLING LLP
*Counsel for Amici Curiae ACLU of Northern California and Asian Law Caucus*

1
NOTICE OF SUBMISSION BY CIVIL RIGHTS AMICI CURIAE
21-cv-00999-KJM-AC