UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dilevon Lo, et al., | Case No. 2:21-cv-00999-KJM-AC |
| Plaintiffs, | **ORDER** |
| vs. | |
| County of Siskiyou, et al., | |
| Defendants. | |

Before the Court is the parties' Stipulation for Voluntary Dismissal Without Prejudice of Siskiyou County Board of Supervisors Brandon Criss, Ed Valenzuela, Michael N. Kobseff, Nancy Ogren, and Ray A. Haupt, in their official and individual capacities, and Siskiyou County Counsel Ed Kiernan, in his official and individual capacity, under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  The parties have stipulated that the above named parties be dismissed without prejudice.  Defendants' have agreed to withdraw their motion filed as ECF Doc. 83, Motion for Judgment on the Pleadings and for Rule 11 Sanctions.

Accordingly, IT IS HEREBY ORDERED:

1. The Joint Stipulation for Dismissal of Certain Parties, ECF No. 87, is **GRANTED**.

2. Defendants' Motion for Judgment on the Pleadings and for Rule 11 Sanctions, ECF No. 83, is **VACATED**.

1  This order resolves ECF No. 83.

2  IT IS SO ORDERED

3  DATED: July 5, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE